## COUNSEL FOR PLAINTIFF

J. William Fawcett, Sr.
*Counsel of Record*
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

Thomas R. McCarthy (VA Bar #82787)
(pro hac vice forthcoming)
Cameron T. Norris (VA Bar #91624)
(pro hac vice forthcoming)
Gilbert C. Dickey (VA Bar #98858)
(pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com