IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                     *Plaintiff*,<br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>                     *Defendants*. | Case No. |

**DECLARATION OF DECLARATION OF GILBERT DICKEY**

I, Gilbert Dickey, declare as follows:

1.  I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.  I am a counsel at Consovoy McCarthy representing American Alliance for Equal Rights in this action.

3.  In this case, AAER seek a temporary restraining order and preliminary injunction prohibiting Defendants, Fearless Fund Management, LLC, Fearless Fund II, LP, Fearless Fund II GP, LLC, and Fearless Foundation, Inc., from closing the application period and moving forward with the selection of grant recipients in the Fearless Strivers Grant Contest. AAER has offered several exhibits to support that request.

4.  Exhibit A is a true and correct copy of Fearless Fund's website entitled "Fearless Strivers Grant Contest" as it appeared on Tuesday, August 1, 2023. That website can be accessed here: https://perma.cc/NS2D-FX7M.

1

5. Exhibit B is a true and correct copy of Fearless Fund's website entitled "Fearless Strivers Grant Contest – Official Rules" as it appeared on Tuesday August 1, 2023. That website can be accessed here: https://perma.cc/G9NM-2BR3.

6. Exhibit C is a true and correct copy of Fearless Fund's website entitled "2023 Fearless Strivers Grant Contest" as it appeared on Monday, July 31, 2023. That website can be accessed here: https://perma.cc/GWA5-ZYKT.

7. Exhibit D is a true and correct copy of Fearless Fund's website entitled "Fearless Fund" as it appeared on Monday, July 31, 2023. That website can be accessed here: https://perma.cc/8USJ-GYG9.

8. Exhibit E is a true and correct copy of an advertisement for the Fearless Strivers Grant Contest from Fearless Fund's Facebook page as it appeared on Tuesday, August 1, 2023.

9. Exhibit F is a true and correct copy of an advertisement for the Fearless Strivers Grant Contest from Fearless Fund's LinkedIn profile as it appeared on Monday, July 31, 2023. That advertisement can be accessed here: https://perma.cc/6RTL-BFJD.

10. Exhibit G is a true and correct copy of an advertisement for the Fearless Strivers Grant Contest from Fearless Fund's Instagram profile as it appeared on Monday, July 31, 2023.

11. Exhibit H is a true and correct copy of the declaration of Edward Blum.

12. Exhibit I is a true and correct copy of the declaration of Owner A.

13. Exhibit J is a true and correct copy of the declaration of Owner B.

14. Exhibit K is a true and correct copy of the declaration of Owner C.

15. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

4

Executed on August 2, 2023

_____
Gilbert Dickey