# EXHIBIT A



Black women-owned businesses are vital to our economy yet receive less than one percent of venture capital funding. Fearless Fund is deepening its commitment to this community with the launch of the 2023 Fearless Strivers Grant Contest.

With Mastercard prizing, we'll be awarding four lucky small businesses across the country with $20,000 grants, digital tools to help them grow their business online, and mentorship so they can continue to bolster their business. There are four entry periods throughout the year. Don't miss your opportunity, simply complete the entry form for your chance to win. Click the '**Apply Now**' button below and enter today!

NO PURCHASE NECESSARY. THIS IS A SKILL BASED CONTEST. Void where prohibited. Open to black women who are legal U.S. residents (including DC), 18+ and the principal owner of a U.S.-based small

business.

See Official Rules for complete details.

Next entry period 8/1/23- 8/31/23

APPLY NOW

Learn more about how Mastercard's tools and resources can help you grow your business.



Mastercard is a registered trademark, and the circles design are trademarks, of Mastercard International Incorporated.

SUBSCRIBE TO THE

# FEARLESS FUND

Sign up with your email address to receive news and updates.

Your email address

We won't send you spam. Unsubscribe at any time.

Powered By ConvertKit

DONATE    PRIVACY POLICY    RESOURCES

© Fearless Fund. All rights reserved. | Site by one20ninety