# EXHIBIT C

Log In

# 2023 Fearless Strivers Grant Contest

Opens Feb 6 2023 12:00 AM (EST)
Deadline Aug 31 2023 11:59 PM (EDT)

## Description

Black women-owned businesses are vital to our economy yet receive less than one percent of venture capital funding. Fearless Fund is deepening its commitment to this community with the launch of the 2023 Fearless Strivers Grant Contest.

With Mastercard prizing, we'll be awarding four lucky small businesses across the country with $20,000 grants, digital tools to help them grow their business online, and mentorship so they can continue to bolster their business. There are four entry periods throughout the year.  Don't miss your opportunity, simply complete the entry form for your chance to win.  Click the 'Apply Now' button and enter today!

NO PURCHASE NECESSARY. THIS IS A SKILL BASED CONTEST. Void where prohibited. Open to black women who are legal U.S. residents (including DC), 18+ and the principal owner of a U.S.-based small business. Ends 8/31/23. See Official Rules for complete details.

## Program Eligibility

- Business must be at least 51% black woman owned
- Revenue generating *(Minimum annual revenue of $50,000 strongly preferred)*
- Formed under United States law and operating in the United States

**The Grant Contest** *(there will be one winner selected per entry period)*

- Grantees will receive $20,000 in grants to go towards business growth;
- Digital tools to help them grow their business online; and
- Mentorship

**Entry Period Dates** *(there will be one winner selected per entry period)*

- ~~2/1/23 – 2/22/23~~
- ~~4/1/23 – 4/30/23~~
- ~~6/1/23 – 6/30/23~~
- 8/1/23 – 8/31/23

APPLY