# EXHIBIT D



# FEARLESS fund

Fearless Fund invests in women of color led businesses seeking pre-seed, seed level or series A financing. Our mission is to bridge the gap in venture capital funding for women of color founders building scalable, growth aggressive companies. Fearless Fund is built by women of color for women of color.

## SUBSCRIBE TO THE FEARLESS FUND

Sign up with your email address to receive news and updates.

Your email address

We won't send you spam. Unsubscribe at any time.

Powered By ConvertKit

DONATE   PRIVACY POLICY   RESOURCES

© Fearless Fund. All rights reserved. | Site by <u>one20ninety</u>