# EXHIBIT E

     



**Fearless Fund**
February 7

🎉 Applications are officially open for our 2023 Fearless Strivers Grant Contest.

With @Mastercard prizing, we'll be awarding four lucky Black women owned small businesses across the country with $20,000 grants, digital tools to help them grow their business online, and mentorship so they can continue to bolster their business.

There are four entry periods throughout the year. Don't miss your opportunity! https://www.fearless.fund/official-rules

Follow the link in our bio to ENTER TODAY!  NO PURCHASE NECESSARY. THIS IS A SKILL BASED CONTEST. Void where prohibited. Open to black women who are legal U.S. residents (including DC), 18+ and the principal owner of a U.S.-based small business. Ends 8/31/23.

#FearlessFund #Mastercard #FearlessStrivers #BlackWomanOwned



13          2  6

