# EXHIBIT F

Case 1:23-cv-03424-TWT Document 1-9 Filed 08/02/23 Page 2 of 12




Join now    Sign in

# Fearless Fund's Post

**Fearless Fund**
8,969 followers
5mo

🎉 Applications are officially open for our 2023 Fearless Strivers Grant Contest.

With Mastercard prizing, we'll be awarding four lucky Black women owned small businesses across the country with $20,000 grants, digital tools to help them grow their business online, and mentorship so they can continue to bolster their business.

There are four entry periods throughout the year. Don't miss your opportunity!

https://lnkd.in/gkZRc5Db

Click below to ENTER TODAY! NO PURCHASE NECESSARY. THIS IS A SKILL BASED CONTEST. Void where prohibited. Open to black women who are legal U.S. residents (including DC), 18+ and the principal owner of a U.S.-based small business. Ends 8/31/23.

https://lnkd.in/gx6ggD9g

#FearlessFund #Mastercard #FearlessStrivers #BlackWomanOwned



👍❤️👏 60 · 2 Comments

👍 Like          💬 Comment          ↗ Share



**301 INC**                                                    5mo      ⋮

Inspiring initiative! Good luck to all of the amazing applicants!

👍 Like · 💬 Reply

To view or add a comment, **sign in**

# See other posts by Fearless Fund



**Fearless Fund**
8,969 followers
4d

🔥 Interested in volunteering at next months **#VCSUMMIT** August 18-19th??

We're looking for men and women who are interested in being apart of the event of the year!!

If you are in or near Atlanta, apply today.

**https://lnkd.in/gzF2hs2q**

Tag a friend that might be interested below! ⬇️

—-

!! LIMITED TICKETS REMAINING !!

We have limited in person tickets available and have opened virtual tickets! Don't miss out!!

https://lnkd.in/g4x9A3WJ

#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #Costco #Generalmills #SheaMoisture #mielleorganics #Amazon #Comcast #Ups



👍❤️💡 14 · 1 Comment

👍 Like          💬 Comment          ↗ Share

To view or add a comment, **sign in**

 **Fearless Fund**
8,969 followers
5d

!!VIRTUAL TICKETS NOW AVAILABLE !!

We are so excited to see you at next months #VCSUMMIT and for those that can't make it in person, we've opened virtual tickets!!

Virtual tickets include:

✅ Day 1: Transformative educational sessions led by industry leaders, where you'll unlock a wealth of knowledge, gain practical skills, and explore emerging trends, empowering you with actionable takeaways to propel your personal and professional growth to new heights.

✅ Day 2: Experience a Live Demo Day, where visionary entrepreneurs pitch to investor for access to capital. Seize your opportunity to showcase your own venture by applying to pitch live and secure the investment you need to fuel your success.

✅ Connect with a diverse community of like-minded individuals, including influential leaders, seasoned professionals, and aspiring trailblazers through the @thelabzlive Virtual Platform!

Register today! https://lnkd.in/gUD79c6g

#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #Costco #Generalmills #SheaMoisture #mielleorganics #Amazon #Comcast #Ups

1

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**

---

**Fearless Fund**
8,969 followers
1w

We are thrilled to highlight our most recent Fearless Strivers Grant recipient who received a $20,000 grant, Mastercard Digital Doors toolkit and Priceless 1:1 mentorship to build and bolster their business! Thank you @mastercard for your partnership!

Our Fearless Strivers Grant Contest WINNER is Oyinade Famuyiwa of Aarin & Co.

Aarin & Co. is a mommy owned, baby inspired brand that offers stylish hair care for infants and toddlers. Our collection of satin-lined accessories are thoughtfully designed to protect babies' delicate hair from friction, affording parents an alternative to conventional cotton hats found in today's marketplace. Ranging from satin-lined turbans and headbands, to beanies, bucket hats and mini silk scrunchies, there's everything to love and to help protect your little one's textured hair without compromising on style.

Follow them at @aarinandco learn more!

Follow the link below learn more about how you can enter the Fearless Strivers Grant Contest today!

https://lnkd.in/eYy-xtvS

#FearlessFund #Mastercard #Priceless #FearlessStriversGrant

31 · 3 Comments

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**

**Fearless Fund**
8,969 followers
2w

In Atlanta, GA — 🔥 We are ecstatic to announce a Fireside Chat with the phenomenal Jessica Alba!! Join us at next months #VCSUMMIT for "Navigating the Art of Pivoting" 💥

This fireside chat with Arian Simone will highlight the ups and downs of women navigating raising capital in a male dominated industry!

The Fearless #VCSUMMIT is happening THIS August 18-19th and it will truly be the event of the YEAR! 🙌🏾

7/31/23, 11:49 PM
Case 1:23-cv-03424-TWT  Document 1-9  Filed 08/02/23  Page 7 of 12
Fearless Fund on LinkedIn: #fearlessfund #mastercard #fearlessdrivers #foraWomanwhe...

Register today at **https://lnkd.in/g4x9A3WJ** 🎉

——-

**#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #Costco #Generalmills #SheaMoisture #mielleorganics #Amazon #Comcast #Ups**

66

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**

**Fearless Fund** reposted this

**Johnny Tran**
Managing Director at 301 INC, General Mills
3w

Congrats to **Arian Simone**, **Ayana Parsons**, **Sam Sugarman** and the **Fearless Fund** team!  Proud for **301 INC** and **General Mills** to be a part of a killer line up of investors including our friends at **Bank of America**, **Costco Wholesale**, and **Mastercard**

Case 1:23-cv-03424-TWT  Document 1-9  Filed 08/02/23  Page 8 of 12

#iwork4generalmills #venturecapital #diversityandinclusion

**Fearless Fund Receives Multi-Million Dollar Follow-On Investment From Bank of America, Costco, and Mastercard**

businesswire.com

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**

**Fearless Fund**
8,969 followers
3w

!!TODAY ONLY!!

Secure your **#VCSUMMIT** ticket for $25 OFF with code: July4🎉

Just select unlock above the ticket count and enter the code!!

Tag a friend and reserve your seat by visiting the link in bio!! 🔗

**https://lnkd.in/g4x9A3WJ**

A HUGE thank you to our sponsors!! SheaMoisture **Amazon Comcast Mielle Organics LLC Costco Wholesale JPMorgan Chase & Co.**

**#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #Costco #Generalmills #SheaMoisture #Amazon #Comcast #Ups #mielleorganics**

7/31/23, 11:49 PM
Case 1:23-cv-03424-TWT Document 1-9 Filed 08/02/23 Page 9 of 12
Fearless Fund on LinkedIn #fearlessfund #mastercard #fearlesstrivers #blackwomanowned

8/11

28

| Like | Comment | Share |

To view or add a comment, **sign in**

**Fearless Fund**
8,969 followers
1mo

🎤 It's time to pitch your business for funding 💰 and we want to help you get ready to take the stage to pitch live during **#VCSUMMIT23** 🙌

Here are a few questions our Investors may be asking!

Applications for Demo Day close TOMORROW!

Click the link in our below to apply today! 🙌

**https://lnkd.in/g-9ypibn**

8 · 1 Comment

Fearless Fund on LinkedIn: #fearlessfund #mastercard #fearlessstovers #blackwomanowned…

**Like**                          **Comment**                          **Share**

To view or add a comment, **sign in**

---

**Fearless Fund**
8,969 followers
1mo

!! SHARE SHARE SHARE !!

We're investing in THREE WOC owned businesses!🎉 APPLICATIONS CLOSING SOON 🎤

We are THRILLED to invest into WOC businesses again at this years **#VCSummit**!!

Up to 7 businesses will pitch, and there will be a 1st, 2nd, and 3rd place finisher!

Applications close June 15th!! Apply to pitch LIVE during our Demo Day on August 19th 🔗

**https://lnkd.in/g-9ypibn**

Tag a WOC business owner seeking investment for her business!! ⬇️⬇️

A HUGE thank you to our sponsors!! **Amazon  Comcast  Costco Wholesale  General Mills  Mielle Organics LLC**  SheaMoisture  **UPS**

**#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #DemoDay #PitchCompetition #BusinessInvestment**

15 · 5 Comments

---

**Like**                          **Comment**                          **Share**

To view or add a comment, **sign in**

Fearless Fund on LinkedIn: #fearlessfund #mastercard #fearlessstrivers #blackwomanowned

**Fearless Fund**
8,969 followers
1mo



📣 APPLICATIONS CLOSING SOON 🎤

We are THRILLED to invest into WOC businesses once again at this years #VCSummit!!

Up to 7 businesses will pitch, and there will be a 1st, 2nd, and 3rd place finisher!

Applications close June 15th!! Apply to pitch LIVE during our Demo Day on August 19th by visiting the link below! 🔗

https://lnkd.in/g-9ypibn

Tag a WOC business owner seeking investment for her business!! ⬇️⬇️

A HUGE thank you to our sponsors!! @amazon @comcast @costco @generalmills @mielleorganics @sheamoisture @ups

#FearlessFund #WhereVentureMeetsCulture #VentureCapital #ForWOCbyWOC #VCSummit #FearlessVcSummit #DemoDay #PitchCompetition #BusinessInvestment

17 · 5 Comments

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**

FEARLESS fund

8,969 followers

View Profile        +   Follow

# Explore topics

Sales

Marketing

Public Administration

Business Administration

HR Management

Engineering

Soft Skills

See All

| | |
|---|---|
| © 2023 | About |
| Accessibility | User Agreement |
| Privacy Policy | Your California Privacy Choices |
| Cookie Policy | Copyright Policy |
| Brand Policy | Guest Controls |
| Community Guidelines | Language |