# EXHIBIT G

7/31/23, 10:37 PM

Case 1:23-cv-03424-TWT Document 1-10 Filed 08/02/23 Page 2 of 3

We are thrilled to highlight our most recent Fearless Strivers Grant recipient who received a $20,000 grant, Mastercard Digital Doors… | Instag…



# Instagram

Log In   Sign Up

**fearless.fund** and **aarinandco**

**fearless.fund** We are thrilled to highlight our most recent Fearless Strivers Grant recipient who received a $20,000 grant, Mastercard Digital Doors toolkit and Priceless 1:1 mentorship to build and bolster their business! Thank you @mastercard for your partnership!

Our Fearless Strivers Grant Contest WINNER is Oyinade Famuyiwa of Aarin & Co.

Liked by **mastercard** and **others**
7 DAYS AGO

Log in to like or comment.

More posts from **fearless.fund**





Log into Instagram

Log in to see photos and videos from friends and discover other accounts you'll love.

7/31/23, 10:37 PM
We are thrilled to highlight our most recent Fearless Strivers Grant recipient endorsed by a $20,000 grant, MasterCard Digital Doors… | Instag…
Case 1:23-cv-03424-TWT Document 1-10 Filed 08/02/23 Page 3 of 3

# Instagram

Log In    Sign Up







Husband and wife duo Tye @drtyecaldwell and Courtney Caldwell @ShearShareCEO run their own hair care business but noticed a problem: empty chairs.

They came up with the @shearshare app that has been a game changer 💇‍♂️



See more posts

| Meta | About | Blog | Jobs | Help | API | Privacy | Terms | Top Accounts | Locations | Instagram Lite | Threads |

Contact Uploading & Non-Users    Meta Verified

English ⌄     © 2023 Instagram from Meta