EXHIBIT H

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff*, <br><br> v. <br><br> FEARLESS FUND MANAGEMENT, LLC, *et al.* <br> *Defendant.* | Case No. |

## DECLARATION OF EDWARD BLUM

I, Edward Blum, declare as follows:

1.     I am over the age  of 18, of sound mind, and otherwise competent to sign this declaration.

2.     I am the President of the American Alliance for Equal Rights.

3.     American Alliance for Equal Rights is a nationwide membership organization dedicated to challenging distinctions and preferences made on the basis of race and ethnicity.

4.     AAER's members are harmed by racially exclusionary programs and policies like the Fearless Fund's Fearless Striver's Grant Contest. This contest excludes some of AAER's members solely because of their race.

5.     AAER has at least two members who are ready and able to apply to the Fearless Strivers Grant Contest, but cannot because they are the wrong race.

1

6.    I have spoken with Owner A and have discussed Business A with her.

7.    I have spoken with Owner B and have discussed Business B with her.

8.    I have spoken with Owner C and have discussed Business C with her.

9.    I have witnessed firsthand the retaliation that individuals can receive for bringing litigation challenging racial preferences. I supported Abigail Fisher in her challenge to affirmative action in *Fisher v. Univ. of Texas at Austin*, 570 U.S. 297 (2013), and *Fisher v. Univ. of Texas at Austin*, 579 U.S. 365 (2016). Ms. Fisher "endured consistent harassment since 2008" "[a]s a direct result of [her] involvement in that case." *SFFA v. Harvard Coll.*, No. 1:14-cv-14176 (D. Mass. Apr. 29, 2016), ECF 150-4 ¶3. She experienced "threats" and "insults" from across the country, and she suffered professionally. *See id.* ¶¶5, 9-10. Ms. Fisher explained that these experiences "often led [her] to second-guess [her] involvement in the case and as an advocate against unlawful affirmative action policies." ¶11.

10.    Based on my experience and discussions with many individuals, I believe many individuals would not challenge programs like Fearless Fund's absent the anonymity protections that associations provide.

2

11.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2023

_____

Edward Blum
President of American Alliance for
Equal Rights

3