IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff,* <br> v. <br><br> FEARLESS FUND MANAGEMENT, LLC, *et al.* <br> *Defendants.* | Case No. |

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION
(RELIEF REQUESTED BY AUGUST 17, 2023)**

Plaintiff, American Alliance for Equal Rights, respectfully requests that the Court issue a temporary restraining order and preliminary injunction against Defendants. *See* Fed. R. Civ. P. 65. Defendants have announced a racially-discriminatory grant program, called the Fearless Strivers Grant Contest. The program awards $20,000 grants, but is "open only to black females." By its terms, an applicant enters a contract with Defendants by submitting an entry. But an applicant must "certify" that she meets the program's racially discriminatory requirement to submit an entry. Plaintiff has members who are ready and able to apply for the program, but cannot because they are the wrong race. Section 1981 prohibits Defendants racially discriminatory policy. 42 U.S.C. § 1981; *see also Domino's Pizza, Inc. v. McDonald*, 546 U.S. 470, 474 (2006).

Time is of the essence. The current application for Defendants' program will close on August 31, and grant recipients will be selected soon after that deadline. To ensure that this Court can resolve its claim and to prevent irreparable harm, Plaintiff requests that this Court issue a temporary restraining order preventing Defendants from closing the fourth application period or awarding grants. Then, Plaintiff requests that this Court preliminarily enjoin Defendant form enforcing its racially discriminatory criteria. Given the press of time, Plaintiff requests this Court's action on the TRO **by August 17, 2023**.

Dated: August 2, 2023

Thomas R. McCarthy (VA Bar #82787)
(pro hac vice forthcoming)
Cameron T. Norris (VA Bar #91624)
(pro hac vice forthcoming)
Gilbert C. Dickey (VA Bar #98858) (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

Respectfully submitted,

 */s/   J. William Fawcett*
J. William Fawcett, Sr. (GA Bar #646162)
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *J. William Fawcett*

## CERTIFICATE OF SERVICE

I filed this document and the accompanying documents via ECF. Because Defendants have not yet entered an appearance, I am serving this document and any accompanying documents by an in-person server at the addresses below:

Fearless Fund Management, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW
Atlanta, GA 30313

Fearless Foundation, Inc.
c/o Arian Simone Reed
3151 Stillhouse Creek Dr. SE
Atlanta, GA 30039

Fearless Fund II, GP, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW, Suite 190
Atlanta, GA 30313

Fearless Fund II, LP
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

I will notify the Court once Defendants have been served.

Dated: August 2, 2023         */s/  J. William Fawcett*
                              J. William Fawcett, Sr.