# EXHIBIT G

7/31/23, 10:37 PM
We are thrilled to highlight our most recent Fearless Strivers Grant recipient who received a $20,000 grant, Mastercard Digital Doors… | Instag…
Case 1:23-cv-03424-TWT Document 2-8 Filed 08/02/23 Page 2 of 3

# Instagram

Log In  Sign Up



 **fearless.fund** and **aarinandco**

 **fearless.fund** We are thrilled to highlight our most recent Fearless Strivers Grant recipient who received a $20,000 grant, Mastercard Digital Doors toolkit and Priceless 1:1 mentorship to build and bolster their business! Thank you @mastercard for your partnership!

Our Fearless Strivers Grant Contest WINNER is Oyinade Famuyiwa of Aarin & Co.

   

Liked by **mastercard** and **others**
7 DAYS AGO

**Log in** to like or comment.

More posts from **fearless.fund**

  

og into Instagram

og in to see photos and videos from friends and discover other accounts you'll love.

https://www.instagram.com/p/CvFlIv7OklO/  1/2






