# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.* *Defendants*. | Case No. |

### DECLARATION OF OWNER A

I, Owner A, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am the primary and sole owner of Business A. I am authorized to sign for Business A. I submit this declaration on behalf of myself and Business A.

3. I am ready and able to apply for a grant for Business A through the Fearless Strivers Grant Contest in the fourth promotion period, but I am ineligible because I am not a black woman.

4. Business A would use the $20,000 grant for improvement and expansion the business.

5. I meet all the nonracial requirements for the contest.

6. I am a woman.

7. I live in New York.

1

8. I am above the age of majority in New York.

9. Business A is located in New York.

10. Business A is organized as a Limited Liability Company under the laws of New York and employs fewer than 50 individuals on a full-time or part-time basis.

11. Business A had annual revenue of more than $50,000 but less than $3 million in 2022.

12. I am not an officer, director, or employee of Fearless Fund, Mastercard International Incorporated, or teamDigital Promotions or any of their affiliated companies or agents. Nor is any member of my immediate family or household of an officer, director, or employee of any of those entities.

13. Both I and Business A became members of American Alliance for Equal Rights because we support its mission as well as this lawsuit.

14. I am signing this declaration under a pseudonym because I operate a small business and, if my participation in this litigation becomes public, I fear reprisal against Business A and myself.

15. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2023

_____
Owner A