# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.* *Defendants*. | Case No. |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff American Alliance for Equal Rights submits the following statement of its corporate interest pursuant to Federal Rule of Civil Procedure 7.1 and certificate of interested persons pursuant to local rule 3.3.

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.

- American Alliance for Equal Rights (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Fearless Fund Management, LLC (Defendant). Counsel is not aware of any parent corporation or any publicly-held company that owns more than 10% of the stock of this party.

1

- Fearless Fund II, GP, LLC (Defendant). Counsel is not aware of any parent corporation or any publicly-held company that owns more than 10% of the stock of this party.

- Fearless Fund II, LP (Defendant). Counsel is not aware of any parent corporation or any publicly-held company that owns more than 10% of the stock of this party.

- Fearless Foundation, Inc. (Defendant). Counsel is not aware of any parent corporation or any publicly-held company that owns more than 10% of the stock of this party.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None known at this time

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

<u>Counsel for Plaintiff</u>

- Thomas R. McCarthy, Cameron T. Norris, and Gilbert C. Dickey of Consovoy McCarthy, PLLC (pro hac vice forthcoming)

- J. William Fawcett, Sr. of Chambliss & Fawcett, LLP

<u>Counsel for Defendants</u>

- Unknown

Dated: August 2, 2023

Thomas R. McCarthy (VA Bar #82787)
(pro hac vice forthcoming)
Cameron T. Norris (VA Bar #91624)
(pro hac vice forthcoming)
Gilbert C. Dickey (VA Bar #98858) (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

Respectfully submitted,

 /s/   *J. William Fawcett*
J. William Fawcett, Sr. (GA Bar #646162)
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *J. William Fawcett*

## CERTIFICATE OF SERVICE

I filed this document and any accompanying documents via ECF. Because Defendants have not yet entered an appearance, I am serving this document and any accompanying documents by an in-person server at the addresses below:

Fearless Fund Management, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW
Atlanta, GA 30313

Fearless Foundation, Inc.
c/o Arian Simone Reed
3151 Stillhouse Creek Dr. SE
Atlanta, GA 30039

Fearless Fund II, GP, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW, Suite 190
Atlanta, GA 30313

Fearless Fund II, LP
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

I will notify the Court once Defendants have been served.

Dated: August 2, 2023                /s/ *J. William Fawcett*
                                     J. William Fawcett, Sr.