IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                      *Plaintiff*,<br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>                      *Defendants.* | Case No. 1:23-cv-3424-TWT |

**NOTICE OF FILING OF EXHIBIT**

Plaintiff, American Alliance of Equal Rights, files the attached document as Exhibit J to the Declaration of Gilbert Dickey. Doc. 1-3.

Dated: August 2, 2023

Thomas R. McCarthy (VA Bar #82787)
(pro hac vice forthcoming)
Cameron T. Norris (VA Bar #91624)
(pro hac vice forthcoming)
Gilbert C. Dickey (VA Bar #98858) (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

Respectfully submitted,

*/s/   J. William Fawcett*
J. William Fawcett, Sr. (GA Bar #646162)
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

1

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *J. William Fawcett*

## CERTIFICATE OF SERVICE

I filed this document and any accompanying documents via ECF. Because Defendants have not yet entered an appearance, I am serving this document and any accompanying documents by an in-person server at the addresses below:

Fearless Fund Management, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW
Atlanta, GA 30313

Fearless Foundation, Inc.
c/o Arian Simone Reed
3151 Stillhouse Creek Dr. SE
Atlanta, GA 30039

Fearless Fund II, GP, LLC
c/o Arian Simone Reed
384 Northyards Blvd NW, Suite 190
Atlanta, GA 30313

Fearless Fund II, LP
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

I will notify the Court once Defendants have been served.

Dated: August 2, 2023

/s/  *J. William Fawcett*
J. William Fawcett, Sr.