AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-03424-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fearless Fund II, LP
was received by me on *(date)* 08/02/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Fearless Fund II, LP at 289 S Culver Street, Lawrenceville, Georgia 30046 on *(date)* 08/03/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/04/2023

*Server's signature*

Randal L. George, Process Server
*Printed name and title*

4164 Indian Trace, SW
Lilburn, GA 30047

*Server's address*

Additional information regarding attempted service, etc:
Served: SUMMONS IN A CIVIL ACTION; COMPLAINT; EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (RELIEF REQUESTED BY AUGUST 17, 2023); PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (RELIEF REQUESTED BY AUGUST 17, 2023); CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; NOTICE OF FILING OF EXHIBIT; CIVIL COVER SHEET; COUNSEL FOR PLAINTIFF and DECLARATION OF DECLARATION OF GILBERT DICKEY