## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

AMERICAN ALLIANCE
FOR EQUAL RIGHTS,

*Plaintiff,*

v.

FEARLESS FUND
MANAGEMENT, LLC, *et al.*

*Defendants.*

Case No. 1:23-cv-3424-TWT

## NOTICE REGARDING SERVICE OF PROCESS

The Alliance filed this suit on August 1, seeking emergency interim relief by August 17. Quick relief is needed because applications for the challenged program quickly opened (on August 1) and will quickly close (on August 31).

Consistent with the tight timeframe, the Alliance has spent the last two days making extensive efforts to serve Defendants with the complaint, summonses, and filings associated with its emergency motion for a TRO and preliminary injunction. For the of the Defendants, those efforts have been, so far, unsuccessful. If Defendants cannot be served and do not voluntarily appear, the Alliance will need this Court to grant a TRO ex parte. *See* Fed. R. Civ. P. 65(b)(1). For now, the Alliance submits this notice and attached declarations to apprise the Court of its efforts to date.

As explained more fully in the attached declarations, service has been challenging, though it's unlikely that Defendants lack actual notice. One Defendant, Fearless Fund II, LP, was served in person on August 3, 2023. Doc.

1

15. The other three Defendants have no one ready to accept service at the addresses they registered with the Georgia Secretary of State. Dickey Dec. Regarding Service at ¶¶6-8. The Alliance attempted service of process at the workplace of one of Defendants' partners, but no one answered. *Id*. ¶9. The Alliance emailed the documents to one of Defendants' partners, though it received an out-of-office response. *Id*. ¶¶10-11. The Alliance also emailed the documents to Defendants' other partner, as well as Defendants' official email address. *Id*. ¶¶10, 12, 13. And the documents were sent via certified mail to all Defendants and will arrive tomorrow. *Id*. ¶14. This lawsuit has also received extensive media coverage. *Id*. ¶15.

The Alliance will continue its efforts to "give notice" to Defendants of this lawsuit and their request for emergency interim relief. Fed. R. Civ. P. 65(b)(1)(B). And they will keep the Court updated along the way.

Dated: August 4, 2023                     Respectfully submitted,

                                          _/s/  Gilbert C. Dickey_
J. William Fawcett, Sr. (GA Bar           Thomas R. McCarthy (VA Bar
#646162)                                  #82787) (pro hac vice)
Chambliss & Fawcett, LLP                  Cameron T. Norris (VA Bar
2900 Paces Ferry Road, Ste. B-101         #91624)
Atlanta, GA 30339                         (pro hac vice)
(770) 434-0310                            Gilbert C. Dickey (VA Bar #98858)
wfawcett@cf-firm.com                      (pro hac vice)
                                          CONSOVOY MCCARTHY PLLC
                                          1600 Wilson Blvd., Ste. 700
                                          Arlington, VA 22209
                                          (703) 243-9423
                                          tom@consovoymccarthy.com
                                          cam@consovoymccarthy.com
                                          gilbert@consovoymccarthy.com

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

                                          /s/ Gilbert C. Dickey