**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.* *Defendants.* | Case No. 1:23-cv-3424-TWT |

**DECLARATION OF GILBERT DICKEY REGARDING SERVICE**

I, Gilbert Dickey, declare as follows:

1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.    I am a counsel at Consovoy McCarthy PLLC representing American Alliance for Equal Rights in this action.

3.    The Alliance filed this suit on the morning of Wednesday, August 2, 2023. Doc. 1. At the time of filing, it also sought a temporary restraining order, a preliminary injunction, and an immediate hearing on its request for a temporary restraining order. Doc. 2, 2-1.

4.    This Court issued summonses for each of the four defendants, Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, and Fearless Foundation, Inc., on the same day that this case was filed. *See* Doc. 4, 5, 7, 10. Those summonses listed the registered agent name and address that each of the businesses has listed with the Georgia Secretary of State.

1

5.     After this Court issued the summonses, the Alliance has made extensive efforts to serve Defendants with the complaint, summonses, and the TRO/PI papers. It attempted to serve all these documents in-person through a process server; it emailed them to accounts associated with Defendants; and it sent the summonses and other documents to Defendants through certified mail. It has not received any response.

6.     The Alliance attempted in-person service through a process server on August 2, 2023, but three of the Defendants could not be served. Exhibit A is a true and correct copy of an affidavit from the process server, Randal George, detailing his attempts at in-person service.

7.     In the case of Fearless Fund Management, LLC, and Fearless Fund II GP, LLC, the process server attempted service at the registered business address. He informed me that the address was a virtual office, and that the person attending the front desk told him that representatives of Fearless Fund, including its registered agent and general partner Arian Simone Reed, were very rarely there. *See id*.

8.     In the case of Fearless Foundation, the process server also attempted service at the registered address. He informed me that the address was an apartment building. Because there was no unit listed with the Secretary of State, he searched the call box for anyone by the name of the registered

agent and chief executive officer, Arian Simone Reed, but there was no one listed with that name. *See id*.

9.     The process server then attempted service at the work address of the only other general partner of the Fearless Fund, Ayana Parsons. He was unable to enter the building because it had secured access. He informed me that the front desk called for Ms. Parsons, but no one answered. *See id*.

10.     On the night of Wednesday, August 2, 2023, I attempted to contact the Defendants through email.

11.     I emailed general partner Ayana Parsons through the email listed at her workplace, attaching the summonses and other filings. After I received an automatic reply saying that Ms. Parsons was on leave, I forwarded the message to the two emails provided for those seeking immediate assistance. Exhibit B is a true and correct copy my email to Ms. Parsons. Exhibit C is a true and correct copy of the automatic reply. Exhibits D and E are true and correct copies of my emails to the addresses provided for those seeking immediate assistance.

12.     I also sent emails to several addresses trying to contact general partner Arian Simone at Fearless Fund, attaching the summonses and other filings. The emails to arian@fearless.fund and ariansimone@fearless.fund have not been returned as undeliverable. Exhibit F is a true and correct copy of the

email to arian@fearless.fund. Exhibit G is a true and correct copy of the email to ariansimone@fearless.fund.

13.    I also emailed the summonses and other filings to the publicly listed email for Fearless Fund, hello@fearless.fund. That email has not been returned as undeliverable. Exhibit H is a true and correct copy of that email.

14.    On the morning of Thursday, August 4, 2023, I sent the summonses and other filings to the addresses listed with the Secretary of State by certified mail. The tracking information provided by the United States Postal Service expects that each of those packages will be delivered by 9:00 p.m., Saturday, August 5. Exhibit I is a true and correct copy of the tracking information as it appears on August 4, 2023.

15.    In addition to these attempts at service, this case has drawn substantial media attention. Reuters, perma.cc/9YUR-UT2Y; Axios, rb.gy/46da7; the Atlanta Journal-Constitution, perma.cc/5NNR-ETHA, and several other outlets have covered the suit.

16.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2023

_____
Gilbert Dickey