# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMERICAN ALLIANCE FOR EQUAL
RIGHTS,

Plaintiff,

CIVIL ACTION
FILE NO. 1:23-cv-03424-TWT

v.

FEARLESS FUND MANAGEMENT,
LLC;FEARLESS FUND II, GP,LLC;
FEARLESS FUND II, LP; and
FEARLESS FOUNDATION, INC.,

Defendants,

## AFFIDAVIT OF DILIGENCE

COMES NOW Randal L. George, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that he is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that he attempted to serve **FEARLESS FUND MANAGEMENT, LLC;FEARLESS FUND II, GP,LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC.** at the below address, date and time:

1. Attempted to serve **Defendants by serving Arian Simone Reed, Registered Agent/General Partner** on Wednesday, August 2, 2023 at 3:02 PM at 384 Northyards Blvd NW, Ste 190, Atlanta, GA, 30313 address it shows a business called the The Gathering Spot, I asked for Arian Simone Reed but she was not there, the lady at the reception desk said The Gathering Spot is a virtual office space and the Fearless organization uses it as a mailing address.

2. Attempted to serve **Defendants by serving Ayana Parsons, General Partner** at her place of work, Korn Ferry on Wednesday, August 4, 2023 at 3:19 PM at 1201 West Peachtree Street, Suite 2500, Atlanta, Georgia. The building at 1201 West Peachtree Street is a restricted access building, Security called four different numbers at Korn Ferry and all of the calls went to voicemail.

3. Attempted to serve **Defendants by serving Arian Simone Reed, Registered Agent/General Partner** on Wednesday, August 4, 2023 at 7:23 PM at 3151 Stillhouse Creek Dr, Atlanta, GA 30339 address is Bell Vinings Apartments. The document that were filed give this street address but no apartment number. I searched in the call box for the name Reed but there was not one.

1

I certify under penalty of perjury that the foregoing is true and correct.

Executed this August 4, 2023

*[signature]*

Randal George
4164 Indian Trace, SW
Lilburn, GA 30047
404-840-2822

2