# Exhibit B



Gilbert Dickey <gilbert@consovoymccarthy.com>

---

**Electronic Service of Court Documents**

**Gilbert Dickey** <gilbert@consovoymccarthy.com>  Wed, Aug 2, 2023 at 8:24 PM
To: ayana.parsons@kornferry.com
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, wfawcett@cf-firm.com

Ms. Parsons:

Please find attached summonses and court documents in a case filed against Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., in the U.S. District Court for the Northern District of Georgia this morning. We attempted service earlier today. I don't believe that Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., are represented by an attorney, but if they are, please put us in contact with them.

Sincerely,

Gilbert Dickey
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



---

**23 attachments**

- 4 - Fearless Fund Management Summons.pdf
  153K
- 5 - Fearless Fund LP Summons.pdf
  154K
- 7 - Fearless Fund II GP Summons.pdf
  153K
- 10 - Fearless Foundation Summons.pdf
  167K
- 1 - Complaint.pdf
  154K
- 1-1 Civil Cover Sheet.pdf
  210K
- 1-2 Civil Cover Sheet Attachment.pdf
  64K
- 1-3 Dickey Declaration.pdf
  162K
- 1-4 Exhibit A.pdf
  323K
- 1-5 Exhibit B.pdf
  146K
- 1-6 Exhibit C.pdf
  89K
- 1-7 Exhibit D.pdf
  242K



- 1-8 Exhibit E.pdf  525K
- 1-9 Exhibit F.pdf  4319K
- 1-10 Exhibit G.pdf  1982K
- 1-11 Exhibit H.pdf  847K
- 1-12 Exhibit I.pdf  131K
- 1-13 Exhibit K.pdf  87K
- 2 - Motion for TRO and PI.pdf  97K
- 2-1 - Memorandum ISO TRO and PI.pdf  154K
- 3 - Certificate of Interested Personse.pdf  92K
- 11 - Notice of Filing.pdf  83K
- 11-1 Exhibit J.pdf  189K