# Exhibit C



Gilbert Dickey <gilbert@consovoymccarthy.com>

## Automatic reply: Electronic Service of Court Documents

**Ayana Parsons** <ayana.parsons@kornferry.com>  Wed, Aug 2, 2023 at 8:26 PM
To: Gilbert Dickey <gilbert@consovoymccarthy.com>

Hello and thank you for your message. I am currently out of the office on leave. Please see below for who to contact for immediate assistance.

For current clients needing assistance, please contact Amanda Hunter at amanda.hunter@kornferry.com.

For prospective clients wanting to work with me, please contact Latitia Brown at latitia.brown@kornferry.com.

For all other requests, please contact Latitia Brown at latiita.brown@kornferry.com. Thank you!