# Exhibit D



Gilbert Dickey <gilbert@consovoymccarthy.co

## ectronic Service of Court Documents

lbert Dickey <gilbert@consovoymccarthy.com> Wed, Aug 2, 2023 at 9:44 I
: Amanda.hunter@kornferry.com
: Will Fawcett <wfawcett@cf-firm.com>, Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris
am@consovoymccarthy.com>

Ms. Hunter,

Based on the instructions in her automatic reply, I am forwarding the below email for Ayana Parsons.

Sincerely,

Gilbert Dickey
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com




---------- Forwarded message ---------
From: **Gilbert Dickey** <gilbert@consovoymccarthy.com>
Date: Wed, Aug 2, 2023 at 8:24 PM
Subject: Electronic Service of Court Documents
To: <ayana.parsons@kornferry.com>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, <wfawcett@cf-firm.com>

Ms. Parsons:

Please find attached summonses and court documents in a case filed against Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., in the U.S. District Court for the Northern District of Georgia this morning. We attempted service earlier today. I don't believe that Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., are represented by an attorney, but if they are, please put us in contact with them.

Sincerely,

Gilbert Dickey
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com




**23 attachments**


**4 - Fearless Fund Management Summons.pdf**
153K


**5 - Fearless Fund LP Summons.pdf**
154K



**7 - Fearless Fund II GP Summons.pdf**
153K

**10 - Fearless Foundation Summons.pdf**
167K

**1 - Complaint.pdf**
154K

**1-1 Civil Cover Sheet.pdf**
210K

**1-2 Civil Cover Sheet Attachment.pdf**
64K

**1-3 Dickey Declaration.pdf**
162K

**1-4 Exhibit A.pdf**
323K

**1-5 Exhibit B.pdf**
146K

**1-6 Exhibit C.pdf**
89K

**1-7 Exhibit D.pdf**
242K

**1-8 Exhibit E.pdf**
525K

**1-9 Exhibit F.pdf**
4319K

**1-10 Exhibit G.pdf**
1982K

**1-11 Exhibit H.pdf**
847K

**1-12 Exhibit I.pdf**
131K

**1-13 Exhibit K.pdf**
87K

**2 - Motion for TRO and PI.pdf**
97K

**2-1 - Memorandum ISO TRO and PI.pdf**
154K

**3 - Certificate of Interested Personse.pdf**
92K

**11 - Notice of Filing.pdf**
83K

**11-1 Exhibit J.pdf**
189K