# Exhibit E



Gilbert Dickey <gilbert@consovoymccarthy.com>

**Electronic Service of Court Documents**

Gilbert Dickey <gilbert@consovoymccarthy.com>  Wed, Aug 2, 2023 at 9:45 PM
To: latitia.brown@kornferry.com
Cc: Will Fawcett <wfawcett@cf-firm.com>, Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>

Ms. Brown,

Based on the instructions in her automatic reply, I am forwarding the below email for Ayana Parsons.

Sincerely,

Gilbert Dickey
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



---------- Forwarded message ---------
From: **Gilbert Dickey** <gilbert@consovoymccarthy.com>
Date: Wed, Aug 2, 2023 at 8:24 PM
Subject: Electronic Service of Court Documents
To: <ayana.parsons@kornferry.com>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, <wfawcett@cf-firm.com>

Ms. Parsons:

Please find attached summonses and court documents in a case filed against Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., in the U.S. District Court for the Northern District of Georgia this morning. We attempted service earlier today. I don't believe that Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., are represented by an attorney, but if they are, please put us in contact with them.

Sincerely,

Gilbert Dickey
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



**23 attachments**

 **4 - Fearless Fund Management Summons.pdf**
153K

 **5 - Fearless Fund LP Summons.pdf**
154K

- 7 - Fearless Fund II GP Summons.pdf 153K
- 10 - Fearless Foundation Summons.pdf 167K
- 1 - Complaint.pdf 154K
- 1-1 Civil Cover Sheet.pdf 210K
- 1-2 Civil Cover Sheet Attachment.pdf 64K
- 1-3 Dickey Declaration.pdf 162K
- 1-4 Exhibit A.pdf 323K
- 1-5 Exhibit B.pdf 146K
- 1-6 Exhibit C.pdf 89K
- 1-7 Exhibit D.pdf 242K
- 1-8 Exhibit E.pdf 525K
- 1-9 Exhibit F.pdf 4319K
- 1-10 Exhibit G.pdf 1982K
- 1-11 Exhibit H.pdf 847K
- 1-12 Exhibit I.pdf 131K
- 1-13 Exhibit K.pdf 87K
- 2 - Motion for TRO and PI.pdf 97K
- 2-1 - Memorandum ISO TRO and PI.pdf 154K
- 3 - Certificate of Interested Personse.pdf 92K
- 11 - Notice of Filing.pdf 83K
- 11-1 Exhibit J.pdf 189K