# Exhibit G



Gilbert Dickey <gilbert@consovoymccarthy.com>

---

## Electronic Service of Court Documents

**Gilbert Dickey** <gilbert@consovoymccarthy.com>  Wed, Aug 2, 2023 at 10:20 PM
To: "ariansimone@fearless.fund" <ariansimone@fearless.fund>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Cam Norris <cam@consovoymccarthy.com>, Will Fawcett <wfawcett@cf-[n].com>

Ms. Simone:

Please find attached summonses and court documents in a case filed against Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., in the U.S. District Court for the Northern District of Georgia this morning. We attempted service earlier today. I don't believe that Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc., are represented by an attorney, but if they are, please put us in contact with them.

Sincerely,

Gilbert Dickey
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



Gilbert Dickey
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com



---

**23 attachments**

 **4 - Fearless Fund Management Summons.pdf**
153K

**5 - Fearless Fund LP Summons.pdf**
154K

**7 - Fearless Fund II GP Summons.pdf**
153K

**10 - Fearless Foundation Summons.pdf**
167K

**1 - Complaint.pdf**
154K

**1-1 Civil Cover Sheet.pdf**
210K

**1-2 Civil Cover Sheet Attachment.pdf**
64K

**1-3 Dickey Declaration.pdf**
162K

**1-4 Exhibit A.pdf**
323K

**1-5 Exhibit B.pdf**
146K

**1-6 Exhibit C.pdf**
89K

**1-7 Exhibit D.pdf**
242K

**1-8 Exhibit E.pdf**
525K

**1-9 Exhibit F.pdf**
4319K

**1-10 Exhibit G.pdf**
1982K

**1-11 Exhibit H.pdf**
847K

**1-12 Exhibit I.pdf**
131K

**1-13 Exhibit K.pdf**
87K

**2 - Motion for TRO and PI.pdf**
97K

**2-1 - Memorandum ISO TRO and PI.pdf**
154K

**3 - Certificate of Interested Personse.pdf**
92K

**11 - Notice of Filing.pdf**
83K

**11-1 Exhibit J.pdf**
189K