# Exhibit I

USPS Tracking®

FAQs >

Tracking Number:                                                                                    Remove >

9590 9402 5926 0049 9718 06

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**5** August 2023 ⓘ

by

**9:00pm** ⓘ

The U.S. Postal Service has received electronic notification on August 3, 2023 at 10:03 am that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Pre-Shipment**
**Return Receipt Associated**
August 3, 2023, 10:03 am

Text & Email Updates                                                                              ⌄

USPS Tracking Plus®                                                                                ⌄

Product Information                                                                                ⌄

See Less ∧

Tracking Number:                                                                                    Remove >

9590 9402 5926 0049 9717 45

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**5**  **August 2023** ⓘ

by
**9:00pm** ⓘ

The U.S. Postal Service has received electronic notification on August 3, 2023 at 10:05 am that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

▶ **Pre-Shipment**
**Return Receipt Associated**
August 3, 2023, 10:05 am

See More ∨

Remove ⟩

Tracking Number:
9590940259260049971820

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**5**  **August 2023** ⓘ

by
**9:00pm** ⓘ

The U.S. Postal Service has received electronic notification on August 3, 2023 at 10:06 am that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Pre-Shipment**

▶ **Return Receipt Associated**
August 3, 2023, 10:06 am

See More ∨

Tracking Number:

Remove ✕

9590940259260049971813

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**5**   **August 2023** ⓘ   | by
**9:00pm** ⓘ

The U.S. Postal Service has received electronic notification on August 3, 2023 at 10:11 am that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**
    USPS Tracking Plus®

▶ **Pre-Shipment**
**Return Receipt Associated**
August 3, 2023, 10:11 am

See More ∨

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs