IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>       *Plaintiff*,<br> v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>       *Defendants*. | Case No. 1:23-cv-3424-TWT |

**MOTION FOR AN EXPEDITED BRIEFING SCHEDULE
AND MEMORANDUM IN SUPPORT**

Plaintiff, American Alliance for Equal Rights, moves for an order expediting the briefing schedule on its motion for a temporary restraining order and preliminary injunction. The Alliance asks this Court to order Defendants to file their response to that motion by Friday, August 11, 2023, and the Alliance to file its reply by Monday, August 14, 2023.

Since filing on August 2, the Alliance has worked diligently to effect service in this case. One of Defendants—Fearless Fund II, LP—was served on August 3, but formal service has been difficult for the other three entities because they do not have anyone present at their registered addresses to receive service. Doc. 16 at 1-2. While the Alliance has not been able to confirm that the other three have been formally served, it appears that they do have actual notice. The same partner—Arian Simone—leads all four organizations. Doc. 16-1 at ¶¶ 7-8. And on August 3, Defendants told the media that they would

1

"respond soon" to this lawsuit. perma.cc/YZZ6-M599. The Alliance has not yet heard from Defendants or any counsel.

An expedited briefing schedule is necessary to ensure that this Court can resolve the Alliance's motion in time to provide relief and preserve the opportunity for appellate review (if needed). To ensure this Court and the parties have adequate time, the Alliance requested relief by August 17. Doc. 2. But under this Court's ordinary schedule, the earliest a response would be due is on that very date. *See* Local Rule 7.1(B). That schedule will not allow this Court to fully consider the briefing and issue an order in time to provide relief and preserve time for a potential emergency appeal.

For this reason, the Alliance requests that this Court issue an order making Defendants' response due on Friday, August 11, and the Alliance's reply due on Monday, August 14. This proposed schedule would give the parties enough time to prepare their arguments while ensuring this Court can consider those arguments and issue an order by August 17. Though August 11 is four days away, Defendants have had actual notice of this lawsuit since August 3, giving them sufficient time to prepare a response. The Alliance would also be willing to withdraw its request for a TRO and then brief the preliminary injunction in the ordinary course, if Defendants would agree to voluntarily keep open the application process while the parties litigate. But the Alliance has been unable to make that offer because it has not yet heard from

Defendants or their counsel. And, of course, Defendants should not be able to effectively deny the Alliance's motion by running out the clock.

| | |
|---|---|
| Dated: August 7, 2023 | Respectfully submitted, |
| | */s/   Gilbert C. Dickey* |
| J. William Fawcett, Sr. (GA Bar #646162)<br>Chambliss & Fawcett, LLP<br>2900 Paces Ferry Road, Ste. B-101<br>Atlanta, GA 30339<br>(770) 434-0310<br>wfawcett@cf-firm.com | Thomas R. McCarthy (VA Bar #82787) (pro hac vice)<br>Cameron T. Norris (VA Bar #91624)<br>(pro hac vice)<br>Gilbert C. Dickey (VA Bar #98858)<br>(pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gilbert@consovoymccarthy.com |

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*

3