**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiff,* <br><br> v. <br><br> FEARLESS FUND MANAGEMENT, LLC, *et al*. <br><br> *Defendants.* | Case No. 1:23-cv-3424-TWT |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

The summons and complaint were served on Fearless Fund II, GP LLC

by U.S. Postal Service Certified Mail on August 5, 2023. The signed return

receipt is attached as proof of service.

Dated: August 10, 2023                    Respectfully submitted,

                                         */s/   Gilbert C. Dickey*

J. William Fawcett, Sr. (GA Bar          Thomas R. McCarthy (VA Bar
#646162)                                 #82787) (pro hac vice)
Chambliss & Fawcett, LLP                 Cameron T. Norris (VA Bar
2900 Paces Ferry Road, Ste. B-101        #91624)
Atlanta, GA 30339                        (pro hac vice)
(770) 434-0310                           Gilbert C. Dickey (VA Bar #98858)
wfawcett@cf-firm.com                     (pro hac vice)
                                         CONSOVOY MCCARTHY PLLC
                                         1600 Wilson Blvd., Ste. 700
                                         Arlington, VA 22209
                                         (703) 243-9423
                                         tom@consovoymccarthy.com
                                         cam@consovoymccarthy.com
                                         gilbert@consovoymccarthy.com

1

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*