# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>         *Plaintiff*,<br> v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>         *Defendants*. | Case No. 1:23-cv-3424-TWT |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

The summons and complaint were served on Fearless Fund Management, LLC by U.S. Postal Service Certified Mail on August 5, 2023. The signed return receipt is attached as proof of service.

Dated: August 10, 2023

Respectfully submitted,

 */s/   Gilbert C. Dickey*

| | |
|---|---|
| J. William Fawcett, Sr. (GA Bar #646162)<br>Chambliss & Fawcett, LLP<br>2900 Paces Ferry Road, Ste. B-101<br>Atlanta, GA 30339<br>(770) 434-0310<br>wfawcett@cf-firm.com | Thomas R. McCarthy (VA Bar #82787) (pro hac vice)<br>Cameron T. Norris (VA Bar #91624)<br>(pro hac vice)<br>Gilbert C. Dickey (VA Bar #98858)<br>(pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gilbert@consovoymccarthy.com |

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ <em>Gilbert C. Dickey</em>