IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff,* <br> v. <br> FEARLESS FUND MANAGEMENT, LLC, *et al.* <br> *Defendants.* | Case No. 1:23-cv-3424-TWT |

**CERTIFICATE OF SERVICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION AND SUPPORTING DOCUMENTS**

The motion for temporary restraining order and preliminary injunction and supporting documents were served on Fearless Fund II, GP LLC by U.S. Postal Service Certified Mail on August 5, 2023. The signed return receipt is attached as proof of service.

1

| | |
|---|---|
| Dated: August 10, 2023 | Respectfully submitted, |
| | */s/   Gilbert C. Dickey* |
| J. William Fawcett, Sr. (GA Bar #646162) | Thomas R. McCarthy (VA Bar #82787) (pro hac vice) |
| Chambliss & Fawcett, LLP | Cameron T. Norris (VA Bar #91624) |
| 2900 Paces Ferry Road, Ste. B-101 | (pro hac vice) |
| Atlanta, GA 30339 | Gilbert C. Dickey (VA Bar #98858) |
| (770) 434-0310 | (pro hac vice) |
| wfawcett@cf-firm.com | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | tom@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | gilbert@consovoymccarthy.com |

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*