IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                         *Plaintiff,*<br><br>   v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>                        *Defendants.* | Case No. 1:23-cv-3424-TWT |

**CERTIFICATE OF SERVICE OF MOTION FOR TEMPORARY RE-
STRAINING ORDER AND PRELIMINARY INJUCTION AND SUP-
PORTING DOCUMENTS**

The motion for temporary restraining order and preliminary injunction and supporting documents were served on Fearless Fund Management, LLC by U.S. Postal Service Certified Mail on August 5, 2023. The signed return receipt is attached as proof of service.

1

Dated: August 10, 2023

J. William Fawcett, Sr. (GA Bar #646162)
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

Respectfully submitted,

/s/ *Gilbert C. Dickey*
Thomas R. McCarthy (VA Bar #82787) (pro hac vice)
Cameron T. Norris (VA Bar #91624)
(pro hac vice)
Gilbert C. Dickey (VA Bar #98858)
(pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

**CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*