| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ayanna Young     C. Date of Delivery: 8/5/23 |
| 1. Article Addressed to:<br><br>Fearless Fund Management, LLC<br>c/o Arian Simone Reed<br>384 Northyards Blvd NW<br>Atlanta, GA 30313<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5926 0049 9718 06 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>22 2410 0003 4125 2456 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



Sender:

Conovoy McCarthy PLLC
1600 Wilson Blvd Suite 700
Arlington, VA 22209