IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br>       *Plaintiff,* <br>  v. <br> FEARLESS FUND MANAGEMENT, LLC, *et al.* <br>       *Defendants.* | Case No. 1:23-cv-3424-TWT |

**NOTICE OF WITHDRAWAL OF REQUEST FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR EXPEDITED BRIEFING**

Plaintiff, American Alliance for Equal Rights, withdraws its request for a temporary restraining order and its motion for expedited briefing. Docs. 2, 18. Plaintiff continues to seek a preliminary injunction. Doc. 2.

The Alliance sought an emergency TRO and expedited briefing on that request to avoid irreparable harm because the application period for the challenged program was set to close on August 31. Earlier today, Defendants agreed, through counsel, to keep the application for the program open through September 30. In light of this agreement, the Alliance withdraws its requests for an emergency TRO and its motion for expedited briefing. Docs. 2, 18. It does not withdraw its motion for a preliminary injunction and continues to seek that relief on the normal schedule. Doc. 2.

| | |
|---|---|
| Dated: August 11, 2023 | Respectfully submitted, |
| | _/s/   Gilbert C. Dickey_ |
| J. William Fawcett, Sr. (GA Bar #646162) | Thomas R. McCarthy (VA Bar #82787) (pro hac vice) |
| Chambliss & Fawcett, LLP | Cameron T. Norris (VA Bar #91624) |
| 2900 Paces Ferry Road, Ste. B-101 | (pro hac vice) |
| Atlanta, GA 30339 | Gilbert C. Dickey (VA Bar #98858) |
| (770) 434-0310 | (pro hac vice) |
| wfawcett@cf-firm.com | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | tom@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | gilbert@consovoymccarthy.com |

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2023, I served this document on counsel for Defendants by email at the following address: msenger@gibsondunn.com.

/s/ *Gilbert C. Dickey*