IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

## NOTICE OF APPEARANCE

Byung J. Pak of the law firm of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309, hereby enters his appearance as counsel for Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP and Fearless Foundation, Inc. in the above-captioned action and requests that all pleadings be served upon him at the address set forth below.

This 15th day of August, 2023

*/s/ Byung J. Pak*
Byung J. Pak
Georgia Bar No. 559457
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000
(404) 881-7777 (fax)
bjay.pak@alston.com

*Counsel for Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP and Fearless Foundation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                        /s/ *Byung J. Pak*
                                        Byung J. "BJay" Pak


**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Civil Rule 7.1(D), I hereby certify that the foregoing complies with the font and point selection approved by this Court in Local Civil Rule 5.1(C). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

                                        */s/ Byung J. Pak*
                                        Byung J. "BJay" Pak