IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

**JOINT MOTION TO EXTEND PRELIMINARY INJUNCTION
BRIEFING SCHEDULE AND RESPONSIVE PLEADING DEADLINE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff American Alliance for Equal Rights and Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc. (together, "Defendants") (collectively, "the "Parties") jointly request that the Court modify the below deadlines as follows:

- Extend the deadline for Defendants to file their opposition to Plaintiff's motion for a preliminary injunction, Dkt. 2, to August 31, 2023;

- Require Plaintiff to file its reply in support of its motion for a preliminary injunction on or before September 8, 2023; and

1

- Extend the deadline for Defendants to answer or otherwise respond to the Complaint to October 30, 2023.

In support of this request, the Parties state the following:

1. Plaintiff filed its Complaint, Dkt. 1, and Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. 2, on August 2, 2023.

2. Defendant Fearless Fund II, LP was served with the Complaint and Plaintiff's motion on August 3, 2023 (Dkt. 15). Accordingly, Defendant Fearless Fund II, LP's opposition to Plaintiff's motion is currently due on August 17, 2023, *see* Local Civ. R. 7.1(B), while Defendant Fearless Fund II, LP's response to the Complaint is currently due on August 24, 2023, *see* Fed. R. Civ. P. 12(a).

3. Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, and Fearless Foundation, Inc. agreed to waive service of the Complaint and motion. Plaintiff provided Defendant Fearless Foundation, Inc. with a Waiver of Service Form on August 11, 2023. Therefore, Defendant Fearless Foundation, Inc.'s opposition to Plaintiff's motion is currently due on August 25, 2023, *see* Local Civ. R. 7.1(B), while Defendant Fearless Foundation, Inc.'s response to the Complaint is currently due on October 10, 2023, *see* Fed. R. Civ. P. 12(a). Plaintiff provided Defendants Fearless Fund Management, LLC and Fearless Fund II, GP, LLC with a Waiver of Service

Form on August 14, 2023. Therefore, Defendants Fearless Fund Management, LLC and Fearless Fund II, GP, LLC's oppositions to Plaintiff's motion are currently due on August 28, 2023, *see* Local Civ. R. 7.1(B), while Defendants Fearless Fund Management, LLC and Fearless Fund II, GP, LLC's responses to the Complaint are currently due on October 13, 2023, *see* Fed. R. Civ. P. 12(a).

4. Plaintiff withdrew its request for a temporary restraining order, Dkt. 2, on August 11, 2023 (Dkt. 25), in light of Defendants' representation that the application window for the challenged program would not close before September 30, 2023. Plaintiff has not withdrawn its motion for a preliminary injunction.

5. Defendants have only recently engaged counsel in this matter and require additional time to finalize their opposition to Plaintiff's motion for a preliminary injunction. In addition, the interests of judicial efficiency would be served by all four Defendants filing their opposition on the same date.

6. The Parties therefore respectfully submit that good cause exists for the Court to extend the deadline for Defendants to file their opposition to Plaintiff's motion for a preliminary injunction to August 31, 2023.

7. Plaintiff is prepared to file its reply on or before September 8, 2023. Though the Local Rules would give Plaintiff until September 15, Plaintiff is

willing to cut its time in half to give this Court sufficient time to hold a hearing, if desired, and to reach a timely decision. Given the current deadline of September 30 and the possible need to seek emergency interim relief from the Eleventh Circuit, Plaintiff respectfully asks this Court to issue a decision by September 22, 2023.

8. The Parties also agree that the interests of judicial efficiency would be served by all four Defendants having the same deadline of October 30, 2023 to answer or otherwise respond to the Complaint.

9. The Parties certify that this is their first request for an extension of time for this purpose, this extension is not requested for the purpose of undue delay, and this extension will not prejudice the conduct of the litigation.

Dated: August 16, 2023                                   Respectfully submitted,

**/s/ Byung J. Pak*

| | |
|---|---|
| Mylan Denerstein (NY Bar #2620730) (pro hac vice pending) | Byung J. Pak (GA Bar #559457) ALSTON & BIRD |
| Katherine Marquart (NY Bar #5550785) (pro hac vice pending) | 1201 W. Peachtree St. Atlanta, GA 30309 |
| GIBSON, DUNN & CRUTCHER LLP | Phone: (404) 881-7816 |
| 200 Park Avenue | Fax: (404) 881-7777 |
| New York, NY 10166-0193 | bjay.pak@alston.com |
| Phone: (212) 351-4000 | |
| Fax: (212) 351-4035 | Leila N. Knox (GA Bar #242279) |
| mdenerstein@gibsondunn.com | ALSTON & BIRD |
| kmarquart@gibondunn.com | 1201 W. Peachtree St. |

4

| | |
|---|---|
| Jason Schwartz (VA Bar #43635) (pro hac vice pending)<br>Zakiyyah T. Salim-Williams (NY Bar #4077905) (pro hac vice pending)<br>Molly Senger (MD Bar #0912170155) (pro hac vice pending)<br>Naima Farrell (MA Bar #688133) (pro hac vice pending)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Phone: (202) 955-8500<br>Fax: (202) 467-0539<br>jschwartz@gibsondunn.com<br>zswilliams@gibsondunn.com<br>msenger@gibsondunn.com<br>nfarrell@gibsondunn.com | Atlanta, GA 30309<br>Phone: (404) 881-7843<br>Fax: (404) 881-7777<br>leila.knox@alston.com<br><br><br>*Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.* |
| **/s/ Gilbert C. Dickey | **/s/ J. William Fawcett, Sr. |
| Thomas R. McCarthy (VA Bar #82787) (pro hac vice)<br>Cameron T. Norris (VA Bar #91624) (pro hac vice)<br>Gilbert C. Dickey (DC Bar #1645164) (pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>Phone: (703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br><br>**Pursuant to Appendix H to the Civil Local Rules, the electronic signatory has confirmed that the content of the document is acceptable.* | J. William Fawcett, Sr. (GA Bar #646162)<br>CHAMBLISS & FAWCETT, LLP<br>2900 Paces Ferry Road, Ste. B-101<br>Atlanta, GA 30339<br>Phone: (770) 434-0310<br>wfawcett@cf-firm.com<br><br><br><br><br><br><br><br><br>*Attorneys for Plaintiff American Alliance for Equal Rights* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        /s/ *Byung J. Pak*
        Byung J. Pak

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.1(D), I hereby certify that the foregoing complies with the font and point selection approved by this Court in Local Civil Rule 5.1(C). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

        /s/ *Byung J. Pak*
        Byung J. Pak

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND <u>RESPONSIVE PLEADING DEADLINE</u>

The Court, having considered the Parties' Joint Motion to Extend Preliminary Injunction Briefing Schedule and Responsive Pleading Deadline, and for good cause appearing, HEREBY ORDERS THAT:

1. Defendants shall file their opposition to Plaintiff's preliminary injunction motion, Dkt. 2, on or before August 31, 2023;

2. Plaintiff shall file its reply in support of its preliminary injunction motion on or before September 8, 2023; and

3. Defendants shall answer or otherwise respond to the Complaint on or before October 30, 2023.

1

Dated:

                                                              _____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2