IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>            Plaintiff,<br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, ET AL.,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) )<br><br>CASE NO.<br>1:23-cv-03424-TWT |

## **MOTION TO WITHDRAW APPLICATION FOR ADMISSION PRO HAC VICE**

Defendant Fearless Fund Management, LLC, et al., hereby moves for Ben Crump's application for admission *pro hac vice* (Dkt. 30) to be withdrawn in the above-referenced action, as this application was filed in error. The Court has not yet ruled on this application.

This 17th day of August, 2023.

[Continued on Next Page]

1

2

/s/ *Byung J. Pak*
Byung J. Pak
Georgia Bar No. 559457
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000
(404) 881-7777 (fax)
bjay.pak@alston.com

*Counsel for Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP and Fearless Foundation, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

 /s/ *Byung J. Pak*
Byung J. Pak

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Civil Rule 7.1(D), I hereby certify that the foregoing complies with the font and point selection approved by this Court in Local Civil Rule 5.1(C). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

 /s/ *Byung J. Pak*
Byung J. Pak

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR ADMISSION PRO HAC VICE**

This Court, having considered the Motion to Withdraw Application for Admission Pro Hac Vice of Ben Crump (Dkt. 30), and good cause appearing, HEREBY ORDERS:

Defendants' Motion to Withdraw Application for Admission Pro Hac Vice is GRANTED.

The Clerk of Court is directed to remove the *pro hac vice* application of Ben Crump from the docket of this case. IT IS SO ORDERED.

Dated: _____

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE