**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

AMERICAN ALLIANCE
FOR EQUAL RIGHTS,

                *Plaintiff*,

         *v.*

FEARLESS FUND
MANAGEMENT, LLC, *et al.*,

           *Defendants.*

Case No. 1:23-CV-3424-TWT

**ORDER GRANTING JOINT MOTION TO EXTEND PRELIMINARY
INJUNCTION BRIEFING SCHEDULE AND RESPONSIVE
<u>PLEADING DEADLINE</u>**

The Court, having considered the Parties' Joint Motion to Extend

Preliminary Injunction Briefing Schedule and Responsive Pleading Deadline,

and for good cause appearing, HEREBY ORDERS THAT:

    1.    Defendants shall file their opposition to Plaintiff's preliminary

injunction motion, <u>Dkt. 2</u>, on or before August 31, 2023;

    2.    Plaintiff shall file its reply in support of its preliminary

injunction motion on or before September 8, 2023; and

    3.    Defendants shall answer or otherwise respond to the Complaint

on or before October 30, 2023.

SO ORDERED this 17th day of August 2023:

HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE