IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

**ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR ADMISSION PRO HAC VICE**

This Court, having considered the Motion to Withdraw Application for Admission Pro Hac Vice of Ben Crump (Dkt. 30), and good cause appearing, HEREBY ORDERS:

Defendants' Motion to Withdraw Application for Admission Pro Hac Vice is GRANTED and the motion is withdrawn.

IT IS SO ORDERED this 18th day of August 2023.

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE