**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiff*, <br><br> *v.* <br><br> FEARLESS FUND MANAGEMENT, LLC, *et al*., <br><br> *Defendants*. | Case No. 1:23-CV-3424-TWT |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3,  Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation (collectively, "Defendants")  make the following disclosures.

1)    **A complete list of the parties and the corporate disclosure statement required by FRCP 7.1.**

   a.  The Defendant parties are Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation.

   b.  The following publicly held corporations have a 10% or greater ownership interest in Fearless Fund II, LP: General Mills, Inc., Costco

Wholesale Corporation, Mastercard Incorporated, and Bank of America Corporation Inc.

c.  No publicly held corporation has a 10% or greater ownership interest in Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, or Fearless Foundation.

**2)    A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the particular case**

None.

**3)    A complete list of each person serving as a lawyer in this proceeding. Where the particular circumstances may warrant such action, counsel may petition the Court for permission to file the certificates in camera or under seal.**

Defendants are represented by the following attorneys:

Mylan L. Denerstein (*pro hac vice*)
Lee R. Crain (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Zakiyyah T. Salim-Williams
(*pro hac vice*)
Molly T. Senger (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jschwartz@gibsondunn.com
zswilliams@gibsondunn.com
msenger@gibsondunn.com
nfarrell@gibsondunn.com

Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com

Brooke Cluse (*pro hac vice*)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(844) 964-1002
brooke@bencrump.com

Byung J. Pak (GA Bar #559457)
Leila N. Knox (GA Bar #242279)
ALSTON & BIRD
1201 W. Peachtree St.
Atlanta, GA 30309
(404) 881-7000
Bjay.pak@alston.com
Leila.knox@alston.com

Alphonso David (*pro hac vice*)
GLOBAL BLACK ECONOMIC FORUM
34 35th Street, Suite 5A
Brooklyn, NY 11232
(212) 287-5864
alphonso.david@gbef.com

*Attorneys for Defendants Fearless Fund
Management, LLC; Fearless Fund II, GP
LLC; Fearless Fund II, LP; and Fearless
Foundation, Inc.*

Respectfully submitted this 31 day of August, 2023.

Dated:  August 31, 2023

Respectfully submitted,

 /s/ Mylan L. Denerstein

Alphonso David (*pro hac vice*)
GLOBAL BLACK ECONOMIC
FORUM
34 35th Street, Suite 5A
Brooklyn, NY 11232
(212) 287-5864
alphonso.david@gbef.com

*Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.*

Mylan L. Denerstein (*pro hac vice*)
Lee R. Crain (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Zakiyyah T. Salim-Williams (*pro hac vice*)
Molly T. Senger (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jschwartz@gibsondunn.com
zswilliams@gibsondunn.com
msenger@gibsondunn.com
nfarrell@gibsondunn.com

Katherine Marquart (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com

*Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.*

4

**  /s/ Byung J. Pak

Brooke Cluse (*pro hac vice*)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(844) 964-1002
brooke@bencrump.com

Byung J. Pak (GA Bar #559457)
Leila N. Knox (GA Bar #242279)
ALSTON & BIRD
1201 W. Peachtree St.
Atlanta, GA 30309
(404) 881-7000
Bjay.pak@alston.com
Leila.knox@alston.com

*Attorneys for Defendants Fearless
Fund Management, LLC; Fearless
Fund II, GP, LLC; Fearless Fund II,
LP; and Fearless Foundation, Inc.*

*Attorneys for Defendants Fearless Fund
Management, LLC; Fearless Fund II,
GP, LLC; Fearless Fund II, LP; and
Fearless Foundation, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Local Rules 5.1C and 7.1D, I hereby certify that the foregoing was prepared in Times New Roman 14-point font, double- spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

This 31st day of August, 2023.

 */s/ Mylan L. Denerstein*       
Mylan L. Denerstein

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

  */s/ Mylan L. Denerstein*    
Mylan L. Denerstein