IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT<br><br>Hon. Thomas W. Thrash, Jr. |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Date | Description |
|---|---|---|
| **1** | **08/31/2023** | **Declaration of Arian Simone** |
| A | 2023 | Fearless Fund Impact Report 2023 |
| **2** | **08/31/2023** | **Declaration of L. Shennice Cleckley** |
| **3** | **08/31/2023** | **Declaration of Melissa Bradley** |
| A | 08/31/2023 | Resume of Melissa Bradley |
| B | 11/2005 | David G. Blanchflower & Jon Wainwright, *An Analysis of the Impact of Affirmative Action Programs on Self-Employment in the Construction Industry* (Nat'l Bureau of Econ. Rsch., Working Paper No. 11793, Nov. 2005). |
| C | 10/2019 | M'BALOU CAMARA ET AL., ENTERING ENTREPRENEURSHIP: RACIAL DISPARITIES IN THE PATHWAYS INTO BUSINESS OWNERSHIP (2019). |
| D | 05/24/2023 | Andre M. Perry et al., *Who is Driving Black Business Growth?  Insights from the Latest Data on Black-Owned Businesses*, Brookings Inst. (May 24, 2023), *available at* https://www.brookings.edu/articles/who-is-driving-black-business-growth-insights-from-the-latest-data-on-black-owned-businesses/#:~:text=One%20key%20finding%20pertains%20to,seemed%20to%20drive%20overall%20growth. |
| E | 10/2020 | Mckinsey & Co., Building Supportive Ecosystems For Black-Owned US Businesses (Oct. 2020). |
| F | 11/2020 | Robert W. Fairlie et al., *Black and White: Access to Capital Among Minority-Owned Startups* (Nat'l Bureau of Econ. Rsch., Working Paper No. 28154, Nov. 2020). |

| Exhibit | Date | Description |
|---|---|---|
| G | 2016 | Timothy Bates & Alicia Robb, *Impacts of Owner Race and Geographic Context on Access to Small-Business Financing*, 30 Econ. Dev. Q. 159 (2016). |
| H | 2014 | William R. Kerr et al., *Entrepreneurship as Experimentation*, 28 J. Econ. Perspectives 25 (2014). |
| I | 09/28/2020 | Neil Bhutta et al., *Disparities in Wealth by Race and Ethnicity in 2019 Survey of Consumer Finances*, Bd. of Governors of the Fed. Reserve Sys., (Sept. 28, 2020), *available at* https://www.federalreserve.gov/econres/notes/feds-notes/disparities-in-wealth-by-race-and-ethnicity-in-the-2019-survey-of-consumer-finances-20200928.html. |
| J | 09/2022 | JESSICA SEMEGA & MELISSA KOLLAR, U.S. DEP'T OF COMMERCE, U.S. CENSUS BUREAU, INCOME IN THE UNITED STATES: 2021 (Sept. 2022). |
| K | 05/17/2023 | Melanie Hanson, *Student Loan Debt By Race*, EDUC. DATA INITIATIVE (May 17, 2023), *available at* https://educationdata.org/student-loan-debt-by-race. |
| L | 12/1998 | David Blanchflower et al., *Discrimination in the Small Business Credit Market* (Nat'l Bureau of Econ. Rsch., Working Paper No. 6840, Dec. 1998). |
| M | 02/2018 | ALICIA ROBB, OFFICE OF ADVOCACY, U.S. SMALL BUSINESS ADMIN., FINANCING PATTERNS AND CREDIT MARKET EXPERIENCES: A COMPARISON BY RACE AND ETHNICITY FOR U.S. EMPLOYER FIRMS |
| N | 2012 | Aaron K. Chatterji & Robert C. Seamans, *Entrepreneurial Finance, Credit Cards and Race*, 106 J. FIN. ECON. 182 (2012). |
| O | 09/2022 | Celine Yue Fei, What Drives Racial Minorities to Use Fintech Lending? Evidence from a Structural Estimation (Sept. 2022), *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3949148. |

| Exhibit | Date | Description |
|---|---|---|
| P | 05/27/2021 | Jessica Battisto et al., *Who Received PPP Loans by Fintech Lenders*, FED. RESERVE BANK OF N.Y. (May 27, 2021), https://libertystreeteconomics.newyorkfed.org/2021/05/who-received-ppp-loans-by-fintech-lenders/. |
| Q | 06/16/2017 | Julapa Jagtiani & Catharine Lemieux, Fintech Lending: Financial Inclusion, Risk Pricing, and Alternative Information, FED. RESERVE BANK OF PHILA. (June 16, 2017), *available at* https://www.fdic.gov/analysis/cfr/bank-research-conference/annual-17th/papers/14-jagtiani.pdf. |
| R | 01/06/2023 | Dominic-Madori Davis, *Black Founders Still Raised Just 1% of All VC Funds in 2022*, TECHCRUNCH (Jan. 6, 2023), *available at* https://techcrunch.com/2023/01/06/black-founders-still-raised-just-1-of-all-vc-funds-in-2022/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAADOeO0N4FG9XtUygcJY5N-nUq5sm_fqNg1IR2MSNrL2LjspqwJZIYI_scQ2TATxWnPF0Gsu9MNN23ITxULN4OW3x5AshW9FFVi8P4f-bF7_I5XM_IL1-EQMtqG5ln2Eci-NIZg8AfKQNS15Ci8ixyWRixI5mLWrabO-oWE6J0tQk. |
| S | 02/2023 | MEGAN ARMSTRONG ET AL., MCKINSEY & CO., CORPORATE COMMITMENTS TO RACIAL JUSTICE: AN UPDATE (Feb. 2023). |
| T | 02/02/2023 | Gabrielle Fonrouge, *Venture Capital for Black Entrepreneurs Plummeted 45% in 2022, Data Shows*, CNBC (Feb. 2, 2023), https://www.cnbc.com/2023/02/02/venture-capital-black-founders-plummeted.html. |
| U | 06/11/2020 | Stephen Miller, *Black Workers Still Earn Less Than Their White Counterparts*, SHRM (June 11, 2020), https://www.shrm.org/resourcesandtools/hr-topics/compensation/pages/racial-wage-gaps-persistence-poses-challenge.aspx. |
| V | 2023 | Fearless Fund Impact Report 2023 |

| Exhibit | Date | Description |
|---|---|---|
| W | 05/2021 | Donna Kelley et al., *Black Women Are More Likely to Start a Business than White Me*n, HARV. BUS. REV., (May 2021), *available at* https://hbr.org/2021/05/black-women-are-more-likely-to-start-a-business-than-white-men. |
| X | 02/09/2022 | GIZELLE GEORGE-JOSEPH & DANIEL MILO, GOLDMAN SACHS, BLACK WOMENOMICS: EQUALIZING ENTREPRENEURSHIP (Feb. 9, 2022). |
| Y | 2017 | DELL GINES, FED. RESERVE BANK OF KANSAS CITY, BLACK WOMEN BUSINESS STARTUPS 12 (2017). |
| Z | 11/10/2021 | Dominic-Madori Davis, *The VC Landscape is Dire for Black Women.  7 Black Women Who Have Raised Millions in Funding Reveal Their Best Fundraising Advice*, BUS. INSIDER (Nov. 10, 2021), *available at* https://www.businessinsider.com/how-to-raise-venture-capital-as-black-female-founder-2021-11. |
| **4** | **08/31/2023** | **Declaration of Dr. Erica Gamble** |