# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiff,* <br><br> *v.* <br><br> FEARLESS FUND MANAGEMENT, LLC, *et al.*, <br><br> *Defendants.* | Case No. 1:23-CV-3424-TWT |

**DECLARATION OF ARIAN SIMONE IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

I, Arian Simone, declare and state as follows:

1.      I make this declaration in support of Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc.

2.      I am the CEO and Co-Founder of the Fearless Fund and Chair of the Board of the Fearless Foundation.  I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

3.      In summary, I co-founded the Fearless Fund because my professional experience as a Black woman entrepreneur showed me firsthand how women of color are grossly underrepresented in the venture capital space—as both funders and funded.

4.      From an early age, I have been intrigued by business. In elementary school I sold lemonade.  In middle school, I diversified to poinsettias.  And in high school I scaled up to Mary Kay makeup.

5.      In December 2001, when I was in college at Florida A&M University, I went to pay my utility bill and saw a sign that read "Business Licenses."  When I asked about it, the woman at the counter explained that people needed licenses to establish a business.  I immediately told her I wanted

to open a store, bought a license, and began my journey running FABULOUS, my boutique.

6.   I loved owning and running the boutique.  I was able to interact with people from all walks of life, and valued the ability to bring joy to their days.  I also learned how to manage a team, to empower people and to provide them with professional opportunities for growth.  Unfortunately, I didn't have the resources to sustain FABULOUS and after three years, I had no choice but to close the business.

7.   My experience creating and managing FABULOUS as a 21-year-old college student was life changing, though.  Owning and managing a small business gave me my first *real* experience trying to raise capital.  It was challenging.  It is not easy to obtain a financial investment, and I quickly realized that I was at an even greater disadvantage because most of the people making investment decisions did not look like me or share my experiences as a Black woman.  I realized through this experience that the best way for people like me to grow their business to scale and to diversify was to find other women of color who can not only mentor us, support us, and empathize with our situation, but also invest in our businesses and in our future.

2

8.     I set a goal for myself then to become the investor that I had been looking for when I sought funding for my own business.  With this goal in mind, I sought out opportunities to expand my skills, and learned about the capital markets.  I obtained an MBA, and I began working for Apple Bottom Jeans, a clothing company, in product placement to develop my skills.  But one month after I joined, the company was sold, my income dried up, and I was left with no backstop.  I applied for dozens of positions but nobody hired me.  I even spent some time living in my car as I planned out the next steps in my career.

9.     Ultimately, in 2004, I launched my own public relations and marketing firm.  As the firm grew in success, I met leaders in the venture capital space.  Venture capital firms generally provide financing to start-up companies and small businesses in exchange for a portion of the equity of those companies.  In part, based on these experiences, I knew it was time to make good on the promise I made to myself back in college – to become the business investor I had wanted to find when I was looking for funding.  So in partnership with Ayana Parsons, I launched the Fearless Fund and, a few months later, I launched the Fearless Foundation in 2018.

10.    I met Ayana in college.  Her corporate background, lengthy experience in consumer packaged goods, and her ability to hire and retain

talent made her the perfect partner for the Fearless Fund.  Ayana and I believed that people of color, and especially Black women, had been left out of the conversations of venture capital and corporate funding for small businesses for far too long.  Our mission was to effect systemic change through economic empowerment and investment in women-of-color entrepreneurs from the top down.  We know that when women of color succeed, everyone around them succeeds too.

11.    The Fearless Fund is a venture capital fund that invests in women of color-led businesses seeking early-stage financing.  This is important because, without outside investment, most small business owners will never have the resources they need to grow their companies and make them sustainable long term.  Profits alone are rarely enough.

12.    While the Fearless Fund is about investment opportunities, the Fearless Foundation ("Foundation") is a charitable effort and a labor of love.  I knew that there are thousands of smart and motivated women of color ready to launch their own business and capable of running it.  I have had the privilege of meeting so many of them throughout my career.  Many of these women, however, are not familiar with how to access venture capital and, even if they are, lack the connections and resources that give many non-diverse business

4

owners an edge.  Through grants, mentorship, and educational opportunities, the Foundation is helping to bridge this gap.

13.     In the past two years, the Foundation has partnered with multiple corporate sponsors to award more than $ 3.6 million in grants to women-of-color business owners and to offer educational programs like "Get Venture Ready," which has trained more than 1,000 women-of-color founders to build scalable and sustainable companies that are ready to receive venture capital, if desired.

14.     One of these grant and educational programs is the Fearless Strivers Grant program, which the Foundation launched in 2021.  The goal of the Strivers Grant is to create a pipeline of successful, high-growth businesses founded and led by Black women.

15.     Based on my years of experience, and study of publicly-available statistics, I know that success in the venture capital industry depends heavily on investor relationships, and venture capital firms often invest primarily in founders with similar demographics.  Just this month, the Fearless Fund and the Fearless Foundation published an Impact Report showing why, against this backdrop, women of color face more obstacles starting and growing

5

businesses than any other demographic.  A true and correct copy of this report is attached hereto as **Exhibit A.**

16.    I am passionate about the work the Fearless Foundation does to try to remove these obstacles and to create equity in the venture capital space for women of color, and, through the Strivers Grant, for Black women specifically.  Simply put, this has become my life's work.  The Strivers Grant is not only a means to give money to Black women business owners but also a tool by which the Foundation deepens its relationships with the community of women-of-color entrepreneurs and publicizes its work.

17.    I believe that economic opportunity, and owning your own business in particular, is the cornerstone of the American Dream.  It is my goal, and the goal of the Foundation, to provide funding, education, and access to women of color so that they, too, can achieve their dreams.

* * * * * * * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2023.

Arian Simone

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/  *Mylan  L.  Denerstein*

Mylan L. Denerstein

# Exhibit A





# OVERVIEW



**2** Introduction

**3** A Message From Our Founders

**8** Venture Capital Landscape for Women of Color

**18** Bridging the Gap for Women of Color Founders

**22** Fearless Organization's Impact

**49** Our Vision

**50** Acknowledgments

# FEARLESS FUND'S
# FIRST ANNUAL IMPACT REPORT

Fearless Fund invests in women of color-led consumer and technology businesses at the Pre-Seed, Seed and Series A stages. As the first venture capital firm founded by women of color for women of color, our mission is to bridge the gap in venture capital funding for historically underrepresented founders. Our goal is to create meaningful change by supporting diverse founding teams in their efforts to generate outsized returns. This report highlights the challenges, efforts, and opportunities in our journey towards achieving this goal.

## A MESSAGE FROM OUR FOUNDERS

## "When we address inequity, everyone wins."

Fearless Fund was launched in 2018 to provide support for scalable businesses led by women of color, a demographic that is highly founded, yet least funded.

As two business school classmates and entrepreneurs who have personally experienced the challenges of securing capital, we aim to create more exposure and opportunities for underrepresented founders. Fearless Fund's mission is to generate equitable change in the early-stage investment landscape.





**ARIAN SIMONE**
Co-Founder and Managing Partner

## Message from Arian:

When I first embarked on my entrepreneurial journey while attending Florida A&M University, I began raising capital to open a boutique. During this time, I observed a lack of diversity amongst investors. Following that experience, I set the goal of becoming the investor that I had sought out.  While continuing my entrepreneurial journey, I established the Fearless magazine, which led to the creation of the Fearless platform. The mission of this platform is to reduce racial and gender disparities, educate entrepreneurs via training, and empower individuals of color to gain access to capital. In 2010, I founded the Fearless Foundation (the "Foundation"), a 501(c)(3) non-profit organization that provides grants, programs for businesses, educational opportunities for entrepreneurs, and college scholarships for underrepresented students. The Fearless Foundation has continued to offer these resources since its inception.

Although the Foundation has successfully provided startup education and non-dilutive grants to thousands of entrepreneurs, it became evident to me that a more comprehensive solution was necessary to address the significant gap for underrepresented founders. Ayana Parsons and I founded the Fearless Fund in 2018 to bridge the gap in venture capital funding for women of color creating high-growth companies capable of generating venture-scale returns. By December 2022, Fearless Fund had invested over $25MM in 40 companies founded by women of color.

I am proud to have fulfilled the promise to become an investor, but the **shortage** of Black and brown investors remains for women and founders of color seeking to secure adequate funding for their businesses. Sustainable change will only occur by increasing the diversity of investment teams and expanding the scope of investments to more broadly incorporate diverse founders.



AYANA PARSONS

Co-Founder and General Partner

## Message from Ayana:

Growing up in Arkansas, I watched as my father, a serial entrepreneur, launched business after business(my favorite being "Ayana's Designer Perfume"). His journey inspired me, yet he struggled to scale due to a lack of capital and business connections. Meanwhile, I also watched my mother advocate for marginalized communities and become a well-known community activist and social worker. Watching the passion and drive of both of my parents motivated me to co-found Yardstick Management with my husband, Ebbie. We aimed to help mission-driven organizations overcome their most significant business challenges, particularly those affecting marginalized communities.

When starting Yardstick Ebbie and I initially struggled to secure a business loan and ultimately decided to bootstrap the business. Bootstrapping was one of the best decisions we made, allowing us to scale for over a decade and achieve a successful exit to a private equity firm with a mission aligned long-term vision implemented into their strategy.

I am driven by a desire to provide the same opportunities for success and generational wealth to smart, savvy, and resilient women of color, including my two young daughters, both of whom are budding entrepreneurs.

In 2023 and beyond, Fearless Fund aims to double down on underrepresented founders who have experienced a plethora of fundraising challenges in today's economic climate. Following a successful proof of concept via Fund I, we plan to raise additional capital to drive even more impact on a global scale.



# VENTURE CAPITAL LANDSCAPE FOR WOMEN OF COLOR

There is a notable disparity between private capital allocation to women and people of color, and their proportional populations within the US. Women make up 51% of the population, yet receive less than **3% of funding.** The discrepancy is even more noticeable for women of color, who received **less than 0.4% of funding in 2022** despite making up 20.3% of the US population. The vast majority of capital was deployed to startups led by men. Women of color continue to face significant disadvantages, both in overall venture funding and within the landscape of women-owned companies.

Source: Catalyst, Workplaces that work for women

The table below clearly demonstrates the disparities in funding allocation based on race/ethnicity amongst women in the US in 2021. The data reveals that the majority of funding (64.9%) is allocated to white women, while the percentages for other racial/ethnic groups are significantly lower.

| Race/Ethnicity | % of US Population amongst women | % of Funding Allocated to Women | Total $ Funding |
|---|---|---|---|
| American Indian | 1.5% | 1.0% | $348,056,000 |
| Asian/Native Hawaiian | 6.6% | 13.2% | $635,467,150 |
| Black | 13.9% | 11.7% | $561,348,433 |
| Latina | 18.6% | 9.2% | $441,545,606 |
| White | 59.4% | 64.9% | $3,121,742,532 |

Source: Catalyst, Women of Color in the United States, Crunchbase data

# "Black women are the most founded, yet least funded demographic of entrepreneurs."

According to a report by J.P. Morgan, Black women are the fastest growing entrepreneurial demographic in the U.S., having started 2.7 million businesses nationwide. **While constituting 42% of new businesses established between 2014 and 2019, this demographic of founders received a meager average under 2% of private funding during the aforementioned period.**

Latinx founders, who establish more businesses per capita than any other racial group in the U.S., receive a similar funding level with less than 2% of venture capital funding, including 40% of businesses owned by women. Unfortunately, these imbalanced statistics remain prevalent across all demographics of women of color.

Source: Harvard Business Review

**We partnered with Crunchbase to gather the following data on women of color founders.**

# In 2021 $337 billion of VC funding was deployed

● Startups with at least 1 WOC founder received $1.9 billion or 0.57% of total funding.

● Startups with all-women teams received 2.3% of total funding.

### Women-Founded Companies that Received VC Funding in 2021

| Race/Ethnicity | No. of Companies | Total $ Funding | % of VC Funding |
|---|---|---|---|
| Middle Eastern | 9 | $48,056,000 | 0.01% |
| Multi-Race | 30 | $241,201,500 | 0.07% |
| Asian/Native Hawaiian | 70 | $635,467,150 | 0.19% |
| Black | 71 | $561,348,433 | 0.17% |
| Hispanic/Latina | 58 | $441,545,606 | 0.13% |
| White | 307 | $5,814,986,176 | 1.73% |

Source: Pitchbook, New Data Reveals the Full Extent of Us VC Declines in 2022
Source: J.P. Morgan Black Women are the Fastest Growing Group of Entrepreneurs but the Job isn't Easy

**Venture Capital Landscape for Women of Color**

**In 2022, dollars allocated to women of color-founded companies dropped by ~60% vs. ~15% for the entire VC ecosystem.**

# In 2022 $288 billion of VC funding was deployed

● Startups with at least 1 WOC founder received $1.1 billion or .39% of total funding.

● Startups with all-women teams received 0.92% of total funding.

### Women-Founded Companies that Received VC Funding in 2022

| Race/Ethnicity | No. of Companies | Total $ Funding | % of VC Funding |
|---|---|---|---|
| Middle Eastern | 2 | $51,100,000 | 0.02% |
| Multi-Race | 24 | $83,454,000 | 0.03% |
| Asian | 31 | $283,890,172 | 0.10% |
| Hispanic/Latina | 35 | $339,191,467 | 0.12% |
| Black | 51 | $361,736,913 | 0.13% |
| White | 114 | $1,530,495,765 | 0.53% |

**Venture Capital Landscape for Women of Color**

# RAISING CAPITAL AS A WOMAN OF COLOR

## Starting and growing businesses present more obstacles for women of color than any other demographic.

These challenges, explained below, have resulted in fewer opportunities for both women of color founders and investors.

### Lack of Investor Diversity/Representation

Crunchbase reports that 81% of venture capital firms lack even one Black investor.

According to a report by Forbes:



White men represent **30%** of the US population, **58%** of all Venture Capitalists and control **93%** of VC dollars.

Women of color represent **20.3%** of the US population, less than **1%** of Venture Capitalists and manage **2.1%** of VC dollars.

Source: Forbes, Diversity, The Holy Grail Of Venture Capital, Catalyst.org Research, Women of Color in the United States

Venture capital is largely based on investor relationships. The bulk of Partners at high AUM VC firms have largely continued to invest in founders of similar demographics, rather than evaluating more opportunities led by underrepresented founders. According to Morgan Stanley's 2019 Beyond the VC Funding Gap report, 45% of VC firms surveyed did not know how the returns from women-founded companies compared with their overall portfolio, and 53% were unsure about multicultural-founded companies.

The aforementioned mindset results in inequities for both underrepresented founders and investors within the VC/startup environment. The disparities lead to a limited perspective and missed opportunities for outsized returns from diverse founders and businesses. **We believe that continuing on this path will exacerbate the imbalances for diverse founders and existing/aspiring investors.**

### Did You Know?

- 61% of Black female entrepreneurs utilize self-funding as their primary small business capital source

- Less than 75 Black women raised $1 million or more in VC funding since 2021



Source: Business Insider Black Female Founders Raised Millions In VC

## Representation in the workplace

According to the U.S. Bureau of Labor Statistics, while women represent over 50% of available talent and hold over 50% of management and professional-level jobs, less than 21% reach C-suite roles and only 5% achieve CEO roles at major corporations. **Women of color only represent 1% of C-suite executives in the US.** These trends may shed light on the way women of color are viewed in terms of their credibility and experience not only in Corporate America but also when starting their own businesses.





## Lack of mentorship and resources for entrepreneurs

According to Global Entrepreneurship Monitor, the number of women of color owned companies increased by 467% from 2001-2021 (vs. 114% for all women-owned businesses). Of these new businesses, only 3% become mature, sustainable businesses. There has historically been a lack of dedicated resources available to guide new entrepreneurs. While the development of underrepresented founder-focused accelerators, including Digital Undivided, Visible Hands, and Andreessen Horowitz's TxO program have provided a solution for a small portion of companies, more mentorship is needed for businesses, particularly at infancy stages.

## BRIDGING THE GAP FOR WOMEN OF COLOR FOUNDERS

### The Opportunity

As highlighted before, a disproportionately small share of venture capital funding is allocated to women of color founders, which was especially evident in 2022. **Only 1.9% of the total funding that year was directed toward female founders**, representing the lowest proportion since 2016 (after reaching a peak of 3.4% in 2019).

To illustrate the opportunity, we'll use data from a report by American Express, which states that in 2019, there were **6.4 million women of color-owned businesses in the U.S.** This **represents ~21% of the 30.8 million businesses open at that time.** Applying that 21% to the $288.3 billion of venture capital dollars invested in 2022, **we believe there is an illustrative opportunity to deploy at least $60B to women of color-led companies.** While this illustration is not perfect, we hope that it demonstrates the gap between women of color-led companies and the dollars allocated to these companies.



2023 FEARLESS FUND IMPACT REPORT | 18

# Investor bias and ignorance stand as prominent causes for unequal distribution of assets.

According to a report by Morgan Stanley, 53% of male VCs believe that there aren't enough women founders out there and 43% say the same about multicultural entrepreneurs. On average, women raised less than half as much money as their male counterparts, **yet they returned 78 cents per dollar invested to investors, compared with 31 cents for the men. Additionally, private technology companies led by women are more capital-efficient, achieving 35% higher ROI, and, when venture-backed, 12% higher revenue than startups run by men.** Continued education around diverse investing, the creation of diverse teams, and dedication of more capital to diverse founders will benefit the private markets ecosystem.

Source: Forbes Diversity the Holy Grail of Venture Capital



2023 FEARLESS FUND IMPACT REPORT | 19

# SOME FUNDS AND ORGANIZATIONS CHANGING THE INVESTMENT LANDSCAPE FOR WOMEN OF COLOR

## Incubators/Accelerators

360 Venture Collective
Amazon Black Business Program
Andreessen Horowitz TxO
Black Ambition
Black Girl Ventures
DigitalUndivided
Google for Startups
Nex Cubed
Plug In LA
Visible Hands
Conscious Venture Lab
Hutch, by Fearless
Lightship
Opportunity Hub [OHUB]

## Venture Capital Funds – Total $1.45B

| | |
|---|---|
| 100 Black Angels & Allies Fund | Kapor Capital |
| The 22 Fund | Lightship Capital |
| Backstage Capital | MaC Venture Capital |
| Black Star Fund | New Age Capital |
| Black Tech Nation Ventures | New Voices Fund |
| Brown Ventures | North Carolina SSBCI |
| Cake Ventures | Noemis Ventures |
| Capitalize VC | Overlooked Ventures |
| Chingona Ventures | Portfolia |
| Cleo Capital | Precursor Ventures |
| Cleveland Avenue | RareBreed Ventures |
| Collab Capital | Seae Ventures |
| Concrete Rose | Serena Ventures |
| Debut Capital | SteelSky Ventures |
| Emmeline Ventures | Supply Change Capital |
| Latimer Ventures | Vamos Ventures |
| Harlem Capital | Zane Venture Fund |
| Impact America Fund | Zeal Capital Partners |





## FEARLESS FUND × FEARLESS FOUNDATION

**The Fearless platform was established to provide educational resources to women of color founders in order to amplify the number of mature, high-growth businesses founded by this demographic.**

# FUND IMPACT

Through the end of 2022, Fearless
Fund made the following investments:



*Excludes $50K fund-of-funds investment

Fearless Fund has invested in 40
companies which in aggregate
employed over 250 people at the
time of investment. By the end of
2022, these same companies grew
their employee headcount to
approximately 540, marking a 116%
increase. Additionally, over **96%** of
Fearless Fund's investments qualify
under the Community Reinvestment
Act, demonstrating its dedication to
supporting small businesses in
underrepresented metropolitan
areas.  Over 20% of these companies
have been able to raise subsequent
funding, with a meaningful increase
in this percentage expected in 2023.

*Includes one Fund of Funds investment

# FUND IMPACT



| LOCATION | TOTAL INV | % TOTAL INV |
|---|---|---|
| ARIZONA | $500K | 2% |
| GEORGIA | $6.1M | 23% |
| CALIFORNIA | $5.8M | 22% |
| OHIO | $250K | 1% |
| MICHIGAN | $1.2M | 5% |
| TEXAS | $1.6M | 6% |
| FLORIDA | $1.2M | 5% |
| LOUISIANA | $1.1M | 4% |
| NEW YORK | $7.8M | 29% |
| DC | $1.1M | 4% |

**INVESTMENTS BY GEOGRAPHY**



SERIES B $2M

SERIES A $4.8M

PRE-SEED $5.4M

SEED $14.4M

**INVESTMENTS BY STAGE**

*Excludes $50K fund-of-funds investment

# FUND IMPACT

## Total investments by subsector



8 BEAUTY/HEALTH

8 ENTERPRISE SOLUTIONS

2 CONSUMER TECH

6 APPAREL AND ACCESSORIES

6 MARKETPLACE

5 FOOD AND BEVERAGE

4 FINTECH

*Excludes $50K fund-of-funds investment

# CHAMPIONING WOMEN OF COLOR

**Founder Successes:**
Our portfolio companies are breaking barriers and making history. We aim to shine a light on and uplift women of color who are paving the way for future generations of women of color entrepreneurs. Our investments have had a positive impact from portfolio companies that have gone to raise $20M~$30M+ rounds and create tangible change for employees and customers.

# FOUNDER SUCCESSES



DEEPICA MUTYALA, LIVE TINTED

Live Tinted is the **first-ever South Asian** brand to be available at Ulta, and continues to be the fastest-growing beauty brand in the retailer's Sparked program. Live Tinted has sold 1 million units since it launched in 2018 and was Named Ulta's Emerging Brand of the Year in 2021. Under Deepica's leadership, the company continues to launch innovative makeup and skincare products for all skin types and tones.

After raising over $3M in seed funding in 2021, Live Tinted has gone on to raise over $10M in Series A funding, led by Montage Ventures with participation by Halogen Ventures, Curate Capital, and Fearless Fund.

# FOUNDER SUCCESSES:



PINKY COLE, SLUTTY VEGAN

Slutty Vegan is a highly sought after plant-based burger chain that is democratizing veganism in food deserts and underserved communities. Slutty Vegan is the brainchild of Pinky Cole, a serial entrepreneur and cultural icon, who has grown the company exponentially with her wit and grit.

Slutty Vegan is now valued at $100 million with eight locations, four food trucks, and a sister company.

# FOUNDER SUCCESSES:



NYAKIO GRIECO, THIRTEEN LUNE

Thirteen Lune is an e-commerce platform designed to inspire the discovery of beauty brands created by Black and brown founders that resonate with people of all colors.

Ninety percent of the brands carried by Thirteen Lune are created by BIPOC founders, who make products for people of all colors, and 10% are dedicated to fostering allyship from non-BIPOC owned brands.

Since its inception, Thirteen Lune has scaled into 600+ doors and helped 100+ brands get on JCPenny shelves.

# FOUNDER SUCCESSES



MELISSA BUTLER. THE LIP BAR AND THREAD BEAUTY CO

The Lip Bar is a vegan and cruelty-free beauty brand that exists to help change the way you think about beauty.

Thread Beauty Co. is an inclusive beauty brand designed with the Gen Z, BIPOC community in mind. At its core, Thread is about freely expressing creativity.

In 2022, Melissa closed a $6.7 million round led by Pendulum, providing access to a robust international community through Endeavor and other women entrepreneurs to focus on expanding The Lip Bar and Thread Beauty's distribution as well as incubating a third beauty brand.

Today, The Lip Bar and Thread Beauty are sold in over 1,000 stores across the country, including Target and Walmart. Butler has plans to scale and grow her business while continuing to disrupt the beauty industry and challenge societal norms of the past.

# Get Venture Ready Program

The Fearless Foundation's inaugural 2021 Get Venture Ready ("GVR") Program is a 12-month pilot training program designed exclusively for women of color ("WOC") business owners to acquire the training, mentorship, knowledge, and skills needed to gain access to capital.

Women of Color entrepreneurs encounter distinctive obstacles in scaling their businesses, often experiencing reduced access to funding from conventional sources like banks and venture capital firms. Consequently, securing the capital required to expand their ventures and generate employment becomes challenging. Our grant programs aim to address this opportunity gap by offering financial assistance and resources to empower Women of Color entrepreneurs, enabling them to achieve their business objectives and create a meaningful impact within their communities.

## Total amount of grants awarded in 2022:

**2022 WOC GRANT:**
**150 Grants**
($10,000 -$20,000 each)
**$2,000,000**
awarded total

**2022 STRIVERS GRANT:**
**20 Grants**
($10,000 each)
**$2,000,000**
awarded total

**2022 UNITY GRANT:**
**1 Grant @ $10,000**
**$10,000 total**

**GVR PROGRAM GRANTS:**
**3 per cohort totaling $25,000 per cohort**
**$75,000 total**

**Women of Color face systemic barriers in building and sustaining their businesses. Their success requires more than capital. They require education, training, mentorship, community and more. We serve every need of our entrepreneurs through our grant programs**

## OVERALL FOUNDATION IMPACT (2022 - 2023)

# $3,655,000

Awarded in 346 grants, Average grant is $10,564

# 22,457

Women of Color have applied for our grants

# 11

Programs launched with partners MasterCard, Amazon, Nike, JPMorgan Chase, Tory Burch, Ulta, Ally, NEC, Goldman Sachs, dReam Center Church of ATL, One Musicfest

**Launched the Arian Simone Leadership Academy in 2022 in Dawa Village, Ivory Coast**

Existing complex: 2 classroom buildings, Indoor restroom, Teacher housing (3 homes), Pastor's housing, Soccer Field, Playground

Future 2023-2024: Church, 2 additional buildings (classroom and multipurpose room)



# COMMUNITY OUTREACH

### VC Summit:
Our Annual Venture Capital Summit comprises two exciting days focused on empowering women-of-color entrepreneurs and educating the community about venture capital and entrepreneurship. During these two days we cover topics from sustainable partnerships to breaking into the tech world as a female founder, and prioritizing mental health as an entrepreneur. Last year, we invested $1MM in three WOC-owned businesses. The event drew 500+ in-person attendees and over 4,000 virtual participants.

### Education Day
This is a day dedicated to educating the community around the ins and outs of venture capital and entrepreneurship. Attendees experience a day of action-packed enrichment including informative panels and fireside chats from our Fearless Fund portfolio companies and keynotes from industry experts and notable celebrities.

During last year's summit, we educated more than 4,500 women virtually and in-persona, covering topics like "Creating Sustainable Partnerships", "Breaking into the World of Tech as a Female Founder", and "Maintaining Your Mental Health".

### Demo Day
The Fearless Demo Day attracts the top women of color founders across the nation for a premiere showcase of promising startups pitching for a chance at an investment in their business.

Last year, we invested $1 million in three women of color owned businesses:

**Villie: $400,000**
Digital platform designed exclusively for new parents seeking a supportive community and a place to cherish and share their baby's milestones.

Empowering Caregivers with Advanced Software Solutions comprehensive software solutions tailored to caregivers of aging parents.
**Care Copilot: $325,000**

**Springrose: $275,000**
Revolutionizing Adaptive Intimate Apparel adaptive lingerie designed specifically for arthritis, MS, shoulder injuries, stroke, etc.





# SOCIAL MEDIA PRESENCE

## 1.6M+
impressions on Instagram in 2022

## 1.2M+
pages reached in 2022

## 122K+
followers across all platforms

**FEARLESS REMAINS FOCUSED ON ITS MISSION TO PROVIDE ADEQUATE FUNDING AND MENTORSHIP OPPORTUNITIES TO WOMEN OF COLOR ENTREPRENEURS.**

# WHAT CAN YOU DO TO HELP BRIDGE THE FUNDING GAP FOR WOMEN OF COLOR FOUNDERS?

We are calling on organizations, such as pensions, family offices, endowments, corporations, and VC funds to take decisive action and promote equity, inclusion and diversity through our set of recommendations that address the systemic barriers women of color entrepreneurs face.

**This call to action is rooted in the belief that diversity drives innovation and that investing in underrepresented groups of entrepreneurs can lead to significant social and economic benefits.**

# #FEARLESSFIVE

**Commit TODAY to one or more of our #FEARLESSFIVE actions**

## 1 Invest

By allocating additional capital to WOC-led businesses and fund managers, institutions can play a crucial role in addressing the systemic inequities that have hindered WOC's access to capital and ability to succeed as entrepreneurs. This can be through LP or direct investments, and/or by supporting foundations and grant programs supporting this founder demographic.

## 2 Mentor

Invest time offering guidance to a WOC founder. Provide business-specific guidance, fundraising advice, hiring support, etc.

## 3 Hire

Evaluate the diversity within your existing organization. Make an effort to make sure there's diverse representation amongst your organization's overall team, leadership, advisors, vendors, etc.

## 4 Data Transparency

We can't measure change without measuring data. It is challenging gathering data on the intersection of women of color entrepreneurs. We encourage founders and funders to publicly report the composition of your team's diversity across leadership, senior and overall team categories.

## 5 Policy Advocacy

Support equity, inclusion and economic freedom today! Rally behind our mission at fearlessfreedomnow.org as we advocate for systemic change that uplifts women of color entrepreneurs and unites us all to forge a more equitable entrepreneurial ecosystem. When women of color thrive in business, we all flourish. Together, let's change the world. #FearlessFreedom

# OUR VISION

**"We exist to change the game for women of color founders." - Ayana Parsons**



**Short term goals** include raising and deploying capital into high-growth, scalable consumer and technology companies while simultaneously running GVR cohorts for earlier-stage companies.

**Longer-term,** Fearless hopes that the successful performance of its portfolio and the portfolios of other underrepresented founder-focused investors will generate additional interest from both limited partners and general partners.

With existing support from change makers including Bank of America, Costco, Equity Alliance, Insight Partners, JP Morgan, Mastercard and PayPal among others, we believe that as long as Fearless continues to grow alongside women of color entrepreneurs, there will be a long-term beneficial change that will create an everlasting impact.

# ACKNOWLEDGMENTS

**LIMITED PARTNERS**

   

   

   



**FUND ADVISORS**

**Rodney Sampson**
**Tracy Gray**

Writing, design, research and editing support provided by Trivia Edwards, Sam Sugarman, Omoniola Olademoji, Charlenia Snider, and 0514 Designs.



**Arian Simone Reed and Ayana Parsons**
Co-Founders and General Partners

**FEARLESS FUND**

| | |
|---|---|
| **Jazmin Carr** | Community Engagement Manager |
| **William Duckworth** | Operations Associate |
| **Trivia Edwards** | Investment Analyst |
| **Kameron Hypolite** | Investment Analyst |
| **Lauryn Lawrence** | Executive Assistant & Marketing Coordinator |
| **Dave Parker** | Venture Partner |
| **Sam Sugarman** | Investment Associate |

**FEARLESS FOUNDATION**

| | |
|---|---|
| **Shennice Cleckley** | Executive Director |
| **Jasena Cooper** | Director of US Programs |
| **Patricia Green** | Director of Strategic Partnerships |
| **Tiffany Mack** | Grant & Research Manager |
| **Christina Murray** | Director of International Programs |
| **LaShay Price** | Brand Director |
| **Sarah Sabastro** | US Programs Manager |
| **Charlenia Snider** | Digital Manager |
| **Helaman Souza** | International Programs Manager |



"The path to equity begins with acknowledging and challenging the biases that perpetuate inequality in all aspects of life."

– Kimberlé Crenshaw, legal scholar, and founder of the "intersectionality" concept.



#FEARLESSFIVE