# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

**DECLARATION OF DR. ERICA GAMBLE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Dr. Erica Gamble, D.M., declare and state as follows:

1. I make this declaration in support of Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc.

2. I am the owner of the Wig Dr. boutique, and a 2022 recipient of the Fearless Strivers Grant. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

3. I founded the Wig Dr. in 2015. Before that, I was constantly traveling as a human resources executive. I had no time to go to the hairdresser, but my job meant that I needed to always look my best. The solution was wigs.

4. Between formal wigs for work appointments and fun wigs for weekends with friends, I quickly began amassing a huge collection. When my husband and I were building a home and couldn't find a place for all of them, we kidded that I should just open a shop.

5. What started as a joke became an idea that took hold. Soon I had quit my job in HR and opened a storefront in a location with reasonable rent. The first year was incredibly difficult. I learned the hard way that the location I had picked – hidden between a paint shop and a gas station – wasn't a good

place to attract clientele. I tried to put a sign up in front of the building, and a tree grew up and hid it. And all the while I was relying on my own savings and credit cards to finance the venture. I started to second-guess my decision.

6. Then, a young mother came into my store and changed the trajectory of my entire business. She had just been diagnosed with breast cancer, and had been referred to me by a nearby treatment center. Standing there with her husband and two children, she told me that she was going to be treated with chemotherapy, that the doctors told her she was almost certainly going to lose her hair, and that she needed a good wig.

7. At the time, my store was stocked almost entirely with cheap wigs that I had gotten at a going-out-of-business sale. I realized that, as much as I knew about wigs for fashion, I didn't know anything about what this woman needed, or how I could help.

8. So I started to educate myself. I went to hospitals and talked to doctors and nurses, and I talked to cancer organizations doing community work. I let them know that I was specializing in serving their patients, and at the same time I learned as much as I could about what those patients needed. I even went back to school and got a license in trichology, so that I would know how to help my clients with scalp issues and hair loss.

9. By 2020, after spending several years in temporary and shared space, I was able to open a storefront of my own—part of a strip mall with a large grocery store chain as an anchor. Even given all that I had learned and how much I had grown, however, I still struggled with monthly overhead. I needed to pay rent and buy higher quality inventory. And my sales revenue wasn't enough to cover it.

10. I went to discuss a loan at the small business department of a local bank, but they told me that I had not been in the business for long enough and that my business didn't have enough lines of credit—something that I wasn't able to fix because my vendors weren't big enough to report to credit agencies. I tried my luck at other banks, and the most I ever got was a $700 loan from a credit union. It became clear that I would have to be nearly perfect to qualify for funding, and that just wasn't possible for me, or almost any other woman of color I knew.

11. In 2021, when I had given up on banks and traditional sources of funding, I learned about the Fearless Foundation. I started participating in their programming and applying for the grants they offered. In 2022, I was ecstatic to learn that I had been awarded $10,000 through the Strivers Grant program. This influx of funding was the boost I needed so that I could focus on growing my business, and not just on making ends meet.

12. Being recognized by a well-regarded organization like the Fearless Foundation also gave me credibility to apply for, and receive, additional grants that helped me continue to grow. The Wig Dr. now has two locations in suburban Atlanta, and I have expanded to offer mastectomy services like custom prosthetics and bras.

13. But the funding I received from the Strivers Grant isn't as important as the community that I've become a part of through the Fearless Foundation. Through the Foundation's mailing list, events, and social platforms, I have met women-of-color business owners from across the country who, like me, are trying to build contacts and develop resources to run their companies. Through these connections, I've gotten new ideas and found new opportunities. Among other things, I recently completed a free, six-week business accelerator course that I learned about through the Fearless Foundation.

14. Based on my experience, grants for Black women like the Strivers Grant are crucial because it's harder for us to gain access to resources – not just financial resources, but all resources. There is a lack of access to education and information about running a business. And the Black women I know don't come from families that can loan them money or have generational wealth to

draw upon. There's a gap. For me, the Strivers Grant program helped to fill that gap.

15. I think of my business now like a ministry. If it were just about selling wigs, that's something I could do online. But most of the women who come to me are trying to find a replacement for hair that they have lost or will lose because of cancer or other life-changing events. They need one-on-one support and someone to help them find a solution so that they can look and feel confident, even as they struggle with stress, illness, and more. I'm deeply committed to filling that role, and grateful to the Strivers Grant program and Fearless Foundation for helping me do so.

* * * * * * * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2023.

Dr. Erica Gamble

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

1