IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>        Plaintiff,<br><br>   v.<br><br>FEARLESS FUND MANAGEMENT, LLC et al.,<br><br>        Defendants. | Case No. 1:23-CV-3424-TWT |

**PROPOSED AMICUS CURIAE BLACK ECONOMIC ALLIANCE FOUNDATION'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Proposed Amicus Curiae Black Economic Alliance Foundation (the "BEA Foundation") requests leave to file the attached brief in support of Defendants' opposition to Plaintiff's motion for preliminary injunction. Plaintiff and Defendants consent to the filing.

This Court possesses the "inherent authority" to grant leave to file an amicus brief. *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015) (citing *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006)). As the Court has recognized, leave to file an amicus brief is appropriate when

an amicus curiae has "demonstrated sufficient interest in [the] litigation," *DeJulio v. Georgia*, 127 F. Supp. 2d 1274, 1284 (N.D. Ga. 2001), *aff'd*, 290 F.3d 1291 (11th Cir. 2002), and "where the parties 'contribute to the court's understanding of the matter in question' by proffering timely and useful information," *Pritzker*, 135 F. Supp. 3d at 1288 (quoting *Conservancy of Sw. Fla. v. U.S. Fish & Wildlife Serv.*, No. 2:10-cv-106-FTM-SPC, 2010 WL 2603276, at *1 (M.D. Fla. Sept. 9, 2010)).

Such is the case here. The BEA Foundation is the nation's leading 501(c)(3) nonprofit organization harnessing the collective expertise and influence of Black business leaders to build economic prosperity and generational wealth for the Black community. The BEA Foundation works with economic policy experts to research Black economic mobility in furtherance of its mission to expand opportunities for businesses founded and led by Black entrepreneurs. Given its mission, the BEA Foundation has "sufficient interest in this litigation," *DeJulio*, 127 F. Supp. 2d at 1284, which seeks to limit the ability of organizations to provide capital to increase Black economic mobility and business ownership.

Additionally, the proposed amicus brief would "contribute to the court's understanding of the matter in question by proffering timely and useful information." *Pritzker*, 135 F. Supp. 3d at 1288 (cleaned up). The brief explores historic and persistent economic disadvantages borne by Black women, including in particular

the denial of vital capital to Black women business owners and entrepreneurs. This information demonstrates the need for and importance of Defendants' efforts on behalf of Black women—a group that has been economically marginalized both historically and today and requires continued efforts to remedy past discrimination.

For the foregoing reasons, Proposed Amicus Curiae Black Economic Alliance Foundation respectfully requests the Court's leave to file the attached brief. A proposed order granting this motion is attached for the Court's convenience.

Dated: September 1, 2023

By /s/ Joyce Gist Lewis
Joyce Gist Lewis
Georgia Bar No. 296261
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com

Respectfully submitted,

Aria C. Branch*
Meaghan E. Mixon*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
Email: ABranch@elias.law
Email: MMixon@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
Facsimile: (206) 656-0180
Email: JHawley@elias.law

*Counsel for Proposed Amicus Curiae Black Economic Alliance Foundation*

*Pro hac vice* application forthcoming

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: September 1, 2023        /s/ Joyce Gist Lewis
*Counsel for Proposed Amicus Curiae*
*Black Economic Alliance Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: September 1, 2023        /s/ Joyce Gist Lewis
*Counsel for Proposed Amicus Curiae*
*Black Economic Alliance Foundation*