# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEARLESS FUND MANAGEMENT, LLC et al.,<br><br>　　　　Defendants. | Case No. 1:23-CV-3424-TWT |

## [PROPOSED] ORDER

This Court has considered Proposed Amicus Curiae Black Economic Alliance Foundation's motion for leave to file a brief in the above-captioned matter (ECF No. __) and, having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

Proposed Amicus Curiae Black Economic Alliance Foundation's Motion for Leave to File Amicus Brief in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is therefore **GRANTED**.

**IT IS SO ORDERED**, this _____ day of _____, 2023.

_____

**HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE**