**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEARLESS FUND MANAGEMENT, LLC et al.,<br><br>　　　　Defendants. | Case No. 1:23-CV-3424-TWT |

**PROPOSED AMICUS CURIAE BLACK ECONOMIC ALLIANCE FOUNDATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Proposed Amicus Curiae Black Economic Alliance Foundation, through its undersigned attorneys, hereby submits the following certificate of interested persons and statement of its corporate interests pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa.

**(1)** The undersigned counsel of record for Proposed Amicus Curiae Black Economic Alliance Foundation certifies that the following is a full and complete list of all parties in this action, including, to counsel's knowledge, any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- American Alliance for Equal Rights (Plaintiff);

- Fearless Fund Management, LLC (Defendant);

- Fearless Fund II, GP, LLC (Defendant);

- Fearless Fund II, LP (Defendant);

- Fearless Foundation, Inc. (Defendant); and

- Black Economic Alliance Foundation (Proposed Amicus Curiae).

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>Plaintiff</u>

- J. William Fawcett of Chambliss & Fawcett, LLP;

- Thomas R. McCarthy of Consovoy McCarthy PLLC;

- Cameron T. Norris of Consovoy McCarthy PLLC; and

- Gilbert C. Dickey of Consovoy McCarthy PLLC.

<u>Defendants</u>

- Byung J. Pak of Alston & Bird;

- Leila N. Knox of Alston & Bird;

- Mylan Denerstein of Gibson, Dunn & Crutcher LLP;

- Katherine Marquart of Gibson, Dunn & Crutcher LLP;

- Jason Schwartz of Gibson, Dunn & Crutcher LLP;

- Zakiyyah T. Salim-Williams of Gibson, Dunn & Crutcher LLP;

- Molly Senger of Gibson, Dunn & Crutcher LLP;

- Naima Farrell of Gibson, Dunn & Crutcher LLP;

- Lee R. Crain of Gibson, Dunn & Crutcher LLP;

- Alphonso David of Global Black Economic Forum; and

- Brooke Cluse of Ben Crump Law, PLLC.

Proposed Amicus Curiae Black Economic Alliance Foundation

- Joyce Gist Lewis of Krevolin & Horst, LLC;

- Aria C. Branch of Elias Law Group LLP;

- Meaghan E. Mixon of Elias Law Group LLP; and

- Jonathan P. Hawley of Elias Law Group LLP.

**(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:**

- N/A

Dated: September 1, 2023

By /s/ Joyce Gist Lewis
Joyce Gist Lewis
Georgia Bar No. 296261
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com

Respectfully submitted,

Aria C. Branch*
Meaghan E. Mixon*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
Email: ABranch@elias.law
Email: MMixon@elias.law

Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0179
Facsimile: (206) 656-0180
Email: JHawley@elias.law

*Counsel for Proposed Amicus Curiae Black Economic Alliance Foundation*

*Pro hac vice* application forthcoming

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: September 1, 2023

/s/ Joyce Gist Lewis
*Counsel for Proposed Amicus Curiae*
*Black Economic Alliance Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: September 1, 2023

/s/ Joyce Gist Lewis
*Counsel for Proposed Amicus Curiae*
*Black Economic Alliance Foundation*