IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.* *Defendants*. | Case No. 1:23-cv-3424-TWT |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff, the American Alliance for Equal Rights, seeks an extension of pages for its reply in support of its motion for a preliminary injunction. *See* Local Civil Rule 7.1(D). The Alliance requests a ten-page extension, permitting it to file a reply not exceeding 25 pages.

There is good cause for an extension. Defendants submitted their brief in opposition to the Alliance's motion for a preliminary injunction last night. *See* Doc. 59. That opposition reached the 25-page limit and includes several nonmerits arguments. *See id.* It was also accompanied by several exhibits, totaling 870 pages. *See* Doc. 59-1–59-5. In addition to those submissions, the Alliance has received three requests for consent from parties planning to file amicus briefs. A ten-page extension will ensure that the Alliance has adequate space in its reply to address the arguments presented in these filings, thus aiding this Court by providing a thorough presentation of the issues.

1

Counsel for the Alliance conferred with counsel for Defendants on this motion, and they do not oppose.

For the foregoing reasons, the Alliance requests leave to file a reply in support of their motion for a preliminary injunction not to exceed 25 pages.

Dated: September 1, 2023

Respectfully submitted,

/s/ *Cameron T. Norris*

| | |
|---|---|
| J. William Fawcett, Sr. (GA Bar #646162)<br>Chambliss & Fawcett, LLP<br>2900 Paces Ferry Road, Ste. B-101<br>Atlanta, GA 30339<br>(770) 434-0310<br>wfawcett@cf-firm.com | Thomas R. McCarthy (VA Bar #82787) (pro hac vice)<br>Cameron T. Norris (VA Bar #91624)<br>(pro hac vice)<br>Gilbert C. Dickey (VA Bar #98858)<br>(pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gilbert@consovoymccarthy.com |

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Cameron T. Norris*

## CERTIFICATE OF SERVICE

On September 1, 2023, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *Cameron T. Norris*