IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>           Plaintiff,<br><br>    v.<br><br>FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC.,<br><br>           Defendants. | No. 1:23-CV-03424-TWT |

**UNOPPOSED MOTION OF NATIONAL VENTURE CAPITAL ASSOCIATION AND THE VENTURE CAPITAL FOUNDATION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**

The National Venture Capital Association ("NVCA") and the Venture Capital Foundation (a/k/a Venture Forward), as proposed *amici curiae*, respectfully request leave to file the attached brief in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction. Plaintiff and Defendants consent to the filing of the attached brief.

NVCA is a nonprofit trade association representing U.S. venture capital investors and the entrepreneurs they support. Its membership spans hundreds of VC firms from more than 40 states nationwide, including venture capital partnerships, corporate venture groups, seed capital funds, growth equity firms, and university innovation funds. Venture Forward is a nonprofit and supporting organization to NVCA, dedicated to addressing serious imbalances within the venture capital industry that prevent it from maximizing innovation, impact, and returns.

NVCA and Venture Forward seek leave to file the attached *amici curiae* brief to demonstrate to the Court that historically, venture capital opportunity, access, and success have been concentrated among a few demographics. In particular, NVCA and Venture Forward have collected surveys and statistical evidence that demonstrate that the venture capital industry has historically excluded Black employees—and in particular, Black women. NVCA and Venture Forward's brief

will also highlight how grant programs like Fearless Fund's are critical to rectifying these historical imbalances and describe Black women entrepreneur success stories.

## CONCLUSION

For the foregoing reasons, NVCA and Venture Forward respectfully request that the Court grant leave to file the attached *amici curiae* brief.

[signature on following page]

Dated:  September 1, 2023

| | |
|---|---|
| Charles Lifland (*PHV* forthcoming)<br>clifland@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>18th Floor<br>Los Angeles, CA 90071<br>Tel: 213-430-6000<br>Fax: 213-430-6407<br><br>Tristan Morales (*PHV* forthcoming)<br>tmorales@omm.com<br>Ellie Hylton (*PHV* forthcoming)<br>ehylton@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel: 202-383-5300<br>Fax: 202-383-5414<br><br>Ashley Thurman (*PHV* forthcoming)<br>athurman@omm.com<br>O'MELVENY & MYERS LLP<br>2501 North Harwood Street<br>Suite 1700<br>Dallas, TX 75201<br>Tel: 972-360-1900<br>Fax: 972-360-1901<br><br>David Cohen (*PHV* forthcoming)<br>dcohen@omm.com<br>Bruce Pettig (*PHV* forthcoming)<br>bpettig@omm.com<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061 | Respectfully submitted,<br><br>*/s/ T. Brandon Waddell*<br>T. Brandon Waddell<br>Georgia Bar No. 252639<br>Sarah Brewerton-Palmer<br>Georgia Bar No. 589898<br>CAPLAN COBB LLC<br>75 Fourteenth Street, N.E.<br>Suite 2700<br>Atlanta, Georgia 30309<br>Tel: 404-596-5600<br>Fax: 404-596-5604<br>bwaddell@caplancobb.com<br>spalmer@caplancobb.com<br><br><br>*Attorneys for the National Venture Capital Association and Venture Forward* |

3

## **CERTIFICATE OF COMPLIANCE**

This document complies with Local Rule 5.1(B) because it has been prepared using 14-point Times New Roman font.

/s/ *T. Brandon Waddell*
T. Brandon Waddell

5

## CERTIFICATE OF SERVICE

I hereby certify that, on September 1, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

*/s/ T. Brandon Waddell*
T. Brandon Waddell
