IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>    Plaintiff,<br><br>  v.<br><br>FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC.,<br><br>    Defendants. | No. 1:23-CV-03424-TWT |

**[PROPOSED] ORDER**

This Court has considered proposed *amici curiae* the National Venture Capital Association and the Venture Capital Foundation's (a/k/a Venture Forward) unopposed motion for leave to file a brief in the above-captioned matter, and having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amici* participation.

1

2

The Unopposed Motion of National Venture Capital Association and the Venture Capital Foundation For Leave to File Brief As *Amici Curiae* In Support of Defendants is therefore granted.

**IT IS SO ORDERED**, this ____ day of _____, 2023.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge