# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-03424-TWT |

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee") is a nonpartisan, nonprofit organization that was formed in 1963 at the request of President John F. Kennedy to enlist the private bar's leadership and resources in combating racial discrimination. The principal mission of the Lawyers' Committee is to secure equal justice for all through the rule of law.

Plaintiff attempts to distort hard-won civil rights legislation whose purpose was to bring about parity and equality for Black Americans when the Thirteenth Amendment alone failed to do so.  Plaintiff aims to use 42 U.S.C. 1981, better known as Section 1981, to stifle private affirmative action in charitable giving aimed at addressing the lingering manifest imbalance in venture capital backing and distribution for Black women in this country.  This is in direct contravention of the spirit, history, and purpose of Section 1981.

This litigation involves matters of significant public interest.  The Court holds the inherent authority to grant leave to file an amicus brief where *amici* demonstrate a sufficient interest in the litigation.  *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga 2015); *DeJulio v. Georgia*, 127 F. Supp.2d 1274, 1285 (N.D. Ga 2001).  As a leading national racial justice organization, the Lawyers' Committee has a vested interest in ensuring that racial and ethnic minorities have strong enforceable protections from race discrimination in every facet of their lives.

Accordingly, the Lawyer's Committee respectfully requests leave to submit the attached brief as *amicus curiae*.

Respectfully submitted,

/s/ *Kathryn J. Youker*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Jon Greenbaum*
Kathryn J. Youker*
Dariely Rodriguez*
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
kyouker@lawyerscommittee.org
drodriguez@lawyerscommittee.org
*\*Pro Hac Vice Forthcoming*

/s/ *Marlee Santos*
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
msantos@crowell.com

Keith Harrison*
Laurel Pyke Malson*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
O +1.202.624.2500
F +1.202.628.5116
E KHarrison@crowell.com
E LMalson@crowell.com

Meshach Y. Rhoades*
Amy M. Pauli*
Amber R. Gonzales*
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
O +1.303.524.8660
F +1.303.524.8650
E MRhoades@crowell.com
E APauli@crowell.com

Kevin D. Cacabelos*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
O +1.415.986.2800
F +1.415.986.2827
E KCacabelos@crowell.com
*\*Pro Hac Vice Forthcoming*

DATED:  September 1, 2023

IRACTIVE-11435205.1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this brief has been prepared in 14-point, Times New Roman font.

<u>/s/ Marlee Santos</u><br>
Marlee Santos

DATED:  September 1, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing brief through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

/s/ Marlee Santos
Marlee Santos

DATED:  September 1, 2023