# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. |
| v.  ) ) | 1:23-cv-03424-TWT |
| FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC. ) ) ) ) ) ) | |
| Defendants. ) ) | |

## [PROPOSED] ORDER

This matter having come before the Court by motion of proposed *amicus curiae* Lawyers' Committee for Civil Rights Under Law, seeking leave to file an *amicus* brief in the above captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

The Motion for Leave to File *Amicus Curiae* Brief by Lawyers' Committee for Civil Rights Under Law in Support of Defendants' Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is hereby GRANTED.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
HONORABLE THOMAS W. THRASH, JR
UNITED STATES DISTRICT COURT JUDGE