IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC; FEARLESS FUND II, GP, LLC; FEARLESS FUND II, LP; and FEARLESS FOUNDATION, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-03424-TWT |

# ORDER

This matter having come before the Court by motion of proposed *amicus curiae* Lawyers' Committee for Civil Rights Under Law, seeking leave to file an *amicus* brief in the above captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

The Motion for Leave to File *Amicus Curiae* Brief by Lawyers' Committee for Civil Rights Under Law in Support of Defendants' Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is hereby GRANTED.

**IT IS SO ORDERED** this  6th  day of   September  , 2023.

*[Signature]*
HONORABLE THOMAS W. THRASH, JR
UNITED STATES DISTRICT COURT JUDGE