# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

BJay Pak                              Direct Dial: **404-881-7816**                    Email: **bjay.pak@alston.com**

September 7, 2023

Ms. Jordyn Holder
Deputy Clerk for the Honorable Thomas W. Thrash, Jr.
U. S. District Court for the Northern District of Georgia
2188 Richard B. Russell Federal Building & U.S. Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

Re:     *American Alliance for Equal Rights v. Fearless Fund Management, LLC, et al.*
        Case No. 1:23-cv-03424-TWT
        United States District Court for the Northern District of Georgia

Dear Ms. Holder:

As counsel for the Defendants in the above-styled case and pursuant to Rule 83.1E of the Civil Local Rules, I am writing to request that I be granted a leave of absence for the following periods: (1) September 11, 2023 through September 15, 2023; (2) September 25, 2023 through September 27, 2023; (3) November 9, 2023 through November 10, 2023; and (4) November 20, 2023 through November 24, 2023.  Because the leave periods are less than twenty-one (21) days, I understand that a motion is not required.

By copy of this letter, all counsel of record in the above case will be notified regarding this request for a leave of absence.  If you should have any questions, please feel free to contact me. Thank you for your assistance in this matter.

Sincerely,

*Byung J. Pak*

Byung J. Pak

BJP:soc

cc: All counsel of record

Alston & Bird LLP                                                                                                  www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.