IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                                  *Plaintiff*,<br>   v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>                                *Defendants*. | Case No. 1:23-cv-3424-TWT |

**SUPPLEMENTAL DECLARATION OF GILBERT DICKEY**

I, Gilbert Dickey, declare as follows:

    1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

    2.    I am a counsel at Consovoy McCarthy representing the American Alliance for Equal Rights in this action.

    3.    The Alliance is seeking a preliminary injunction against Defendants and is filing these supplemental exhibits with its reply.

    4.    Exhibit L is a true and correct copy of Fearless Fund's website entitled "Apply" as it appeared on Friday, September 8, 2023. That website can be accessed here: https://perma.cc/2WKL-6YMJ.

    5.    Exhibit M is a true and correct copy of an article published by Forbes entitled "Fearless Fund Lawsuit Spotlights Bias Against Black Female Founders" as it appeared on September 8, 2023. That website can be accessed here: https://perma.cc/MVL6-4KQM.

2

6. Exhibit N is a true and correct copy of the supplemental declaration of Edward Blum.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023

_____
Gilbert Dickey