# Exhibit L





FEARLESS FUND INVESTS IN HIGH GROWTH, SCALABLE, WOMEN OF COLOR-LED VENTURES ACROSS THE UNITED STATES. WHILE WE ARE INDUSTRY AGNOSTIC, WE SEEK COMPANIES THAT WE FEEL OUR TEAM OF GENERAL AND LIMITED PARTNERS CAN ADD THE MOST VALUE TO AND HELP SCALE.

## INTERESTED IN PITCHING TO FEARLESS FUND?

Please read through the following investment criteria before seeking capital from our group.



### FEARLESS FUND CONSIDERS INVESTMENTS IN EARLY-STAGE, HIGH GROWTH VENTURES THAT MEET THE FOLLOWING CRITERIA:

- Woman of color-led: At least one woman of color co-founder with *significant* equity in the company.

- Led by a high quality, resilient management team with at least one full-time founder: The management team should have deep industry knowledge as well as an understanding of their product, new and existing competitor's products, and their potential market share. Strong management teams will exhibit enthusiasm and confidence in their team's ability to execute. We see our investment as a partnership with our entrepreneurs and appreciate those who communicate effectively with their investors.

- Have a sustainable competitive advantage: Competitive advantages can include high barriers to entry (if no IP, then trade secrets that can allow a reasonable amount of time to become market leader), disruptive technology, unique/valuable partnerships, etc.

- Established C-Corporations (or LLCs on path to incorporation): Must have a strong business model, 5 year pro-forma, and clearly defined and well-researched exit strategy.

- Ability to scale rapidly and achieve strong returns for investors: We generally prefer to see 3-5 year projections with scalability in excess of $20 million (minimum). We prefer opportunities that can be accelerated with support from plus opportunities that can be accelerated with support from our investment team, partners, and advisors.

### FINANCIAL CONSIDERATIONS:

- Funding ask: Should be in line with the company's stage of growth.

- Stage of Company: Fearless Fund invests in Pre-seed, Seed and Series A stage deals. At a minimum, the company should have proof of concept and preferably a minimum viable product that has some customer traction.

- Investment Size & Ownership: Our initial investment will be no larger than $3M and we seek at least 10% ownership of portfolio companies.

### BELIEVE YOU MEET OUR CRITERIA? SUBMIT AN APPLICATION HERE! FOR OTHER OPPORTUNITIES, HEAD OVER TO OUR FEARLESS PITCH CONTEST TO SEE IF THIS ROUND FITS YOUR INDUSTRY!

*If you have any questions regarding our criteria, please reach out to us at hello@fearless.fund. We applaud your team and wish you much success in your venture!*

