# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>         *Plaintiff*,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC,<br>         *Defendant*. | Case No. 1:23-cv-3424-TWT |

### SUPPLEMENTAL DECLARATION OF EDWARD BLUM

I, Edward Blum, declare as follows:

  1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

  2. I am the President of the American Alliance for Equal Rights.

  3. The Alliance is a nationwide membership organization dedicated to ending racial classifications and racial preferences in America.

  4. The Alliance was founded in 2021.

  5. The IRS approved the Alliance as a 501(c)(3) tax-exempt organization in 2021.

  6. The Alliance currently has 78 members. Its membership continues to steadily grow.

  7. I am pleased with the Alliance's growth. I believe it reflects what public-opinion polling has consistently shown: Americans do not support programs that use skin color to determine admission, eligibility, or opportunity.

1

8. Members voluntarily join the Alliance. They are aware of the Alliance's mission when they do.

9. Members pay dues in order to join the Alliance.

10. The Alliance regularly updates members and receives their input about its litigation efforts and other activities.

11. The Alliance has a board that consists of me (President), Richard Fisher (Treasurer), and Kenny Xu (Secretary).

12. On July 31, 2023, the board voted unanimously to bring this lawsuit against Fearless.

13. Members A, B, and C are all dues-paying members who joined the Alliance because they support its mission and this lawsuit.

14. Keeping its membership anonymous is vitally important for the Alliance. I know that not only from what members tell the Alliance, but also from my personal experiences with this case and another organization I led, Students for Fair Admissions.

15. As a Jewish man, I regularly receive vile, anti-Semitic messages—including death threats—for my role leading organizations that oppose racial classifications. To take just a few examples:

   a. A few days after this lawsuit was filed, one anonymous poster on X attached my picture and wished for my death: "Ed Blum: I Hope You Are No Longer With Us Sooner Rather Than Later #EdwardBlum #SufferYouCoward #PureEvil." @BrentRe20846159, X (Aug. 5, 2023

2

   5:49pm), twitter.com/BrentRe20846159/status/1687943813300449280.

b. I often receive threatening voicemails. Recently, one message said, in an ominous voice, "I heard you didn't want to grow old. Guess what? That might just happen. You need to understand, [inaudible] is after you. And he's going to get you. Just think about that. When you look behind ya, you'll never know what's coming at ya."

c. Another poster, commenting on a peaceful protest led by black men, complained that the protest was peaceful while "Ed Blum is wa[l]king around untouched." @mediamoll, X (Aug. 22, 2023 2:10pm), twitter.com/mediamoll/status/1694049302291636274.

d. Someone named Kate Smith submitted a comment to the Alliance's website on August 22, 2023, saying she's "praying God removes you from this world; you don't belong here."

e. A popular Instagram user, with nearly 200,000 followers, posted about this lawsuit—gratuitously adding rumored information about the city where I live and even the color of my house. @itskimberlyrenee, Instagram (Aug. 15), instagram.com/reel/Cv90JzIt7bE/?utm_source=ig_web_button_share_sheet&igshid=Y2Q0NmNiMjc3NQ%3D%3D.

f. Another poster, a professor at Drake University and the founder of the Black Men's Literacy Project, added that "Ed Blum" backing this lawsuit proves that "Jews have no ethics but benefits from donors." @babyboi2u, X, (Aug. 28, 2023 7:24am), twitter.com/babyboi2u/status/1696121655737688348.

g. Another anonymous poster urged people "to go on the offensive with Ed Blum" by "drag[ging] his racist ass into the light." @510PPM06, X (Aug. 14, 2023 10:24am), twitter.com/510PPM06/status/1691093539571249153.

16.   Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2023

                                                       _____
                                                       Edward Blum
                                                       President of the American
                                                       Alliance for Equal Rights