IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br><br>*Defendants.* | Case No. 1:23-cv-3424-TWT |

**PLAINTIFF'S REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPTMENT**

Plaintiff and Plaintiff's counsel move for entry of an Order authorizing their counsel to bring electronic equipment into the Federal Courthouse on Friday, September 26, 2023, for a 10:00 a.m. hearing before the Honorable Thomas W. Thrash Jr. in Courtroom  A hearing is scheduled for Tuesday, September 26, 2023, before the Honorable Thomas W.2108.

Specifically, Plaintiff requests that Thomas McCarthy, Cameron Norris, Gilbert Dickey, and J. William Fawcett be allowed to bring laptop computers, iPads, tablets, smart phones, and personal cell phones (which will be turned off during the hearing) as needed.

The basis for this request is that it will enable Plaintiff's counsel to present their case clearly, fully, and easily during the hearing. Plaintiff's proposed order is attached hereto.

Respectfully submitted this 19th day of September 2023.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/   Gilbert C. Dickey* |
| J. William Fawcett, Sr. (GA Bar #646162) | Thomas R. McCarthy (VA Bar #82787) (pro hac vice) |
| Chambliss & Fawcett, LLP | Cameron T. Norris (VA Bar #91624) |
| 2900 Paces Ferry Road, Ste. B-101 | (pro hac vice) |
| Atlanta, GA 30339 | Gilbert C. Dickey (VA Bar #98858) |
| (770) 434-0310 | (pro hac vice) |
| wfawcett@cf-firm.com | CONSOVOY MCCARTHY PLLC |
|  | 1600 Wilson Blvd., Ste. 700 |
|  | Arlington, VA 22209 |
|  | (703) 243-9423 |
|  | tom@consovoymccarthy.com |
|  | cam@consovoymccarthy.com |
|  | gilbert@consovoymccarthy.com |

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*

## CERTIFICATE OF SERVICE

I filed this document via ECF, which will serve all counsel of record.

Dated: September 19, 2023         /s/ Gilbert C. Dickey