## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

AMERICAN ALLIANCE
FOR EQUAL RIGHTS,

> *Plaintiff,*

> *v.*

FEARLESS FUND
MANAGEMENT, LLC, *et al.*,

> *Defendants.*

Case No. 1:23-CV-3424-TWT

## <u>NOTICE OF APPEARANCE</u>

Alexandra Garrison Barnett of the law firm of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, GA 30309, hereby enters her appearance as counsel for Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP and Fearless Foundation, Inc. in the above-captioned action.

This 20th day of September, 2023.

*/s/ Alexandra Garrison Barnett*
Alexandra Garrison Barnett
Georgia Bar No. 498906
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7190
(404) 881-7777 (fax)
Alex.Barnett@alston.com

*Counsel for Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP and Fearless Foundation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Alexandra Garrison Barnett*
Alexandra Garrison Barnett