IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>         *Plaintiff*,<br> v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>         *Defendants*. | Case No. 1:23-cv-3424-TWT |

## ORDER

Plaintiff's counsel may bring electronic equipment into the Federal Courthouse on Tuesday, September 26, 2023, for a hearing before the Honorable Thomas W. Thrash, Jr. All equipment shall be subject to inspection.

Specifically, Thomas McCarthy, Gilbert Dickey, Cameron Norris, and J. William Fawcett, are allowed to bring in laptop computers, iPads, iPhones, personal cellular phones (personal, which will be turned off in the courtroom), and accompanying accessories (chargers, mice, etc.).

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

SO ORDERED this 20th day of September, 2023.

Thomas W. Thrash, Jr.
United States District Judge