IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants*. | Case No. 1:23-CV-3424-TWT |

**DEFENDANTS' REQUEST FOR ORDER ALLOWING ELECTRONIC EQUIPMENT**

Pursuant to Rule 83.4 of the Local Rules of the U.S. District Court for the Northern District of Georgia, Defendants respectfully move this Court for entry of an Order authorizing Defendants' counsel to bring electronic equipment into the Federal Courthouse on Tuesday, September 26, 2023, for the hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 2) that will be held before the Honorable Thomas W. Thrash, Jr. in Courtroom 2108 at 10:00 a.m.

Defendants request that their counsel, Brooke Cluse, Benjamin Crump, Alphonso David, Mylan Denerstein, Naima Farrell, Zakiyyah Salim-Williams, Jason Schwartz, Molly Senger, and Jennafer Tryck, be permitted to bring

laptop computers, iPhones or other personal cellular phones (which will be turned off in the courtroom), tablets, and accompanying accessories (*e.g.*, mice, chargers, and cable adapters) into the courtroom.

Good cause exists to grant Defendants' request. Allowing Defendants' counsel to bring the requested devices into the courtroom will allow them to clearly and effectively present their case to the Court during the hearing.

Attached hereto is Defendants' proposed order granting this request.

Dated: September 21, 2023                    Respectfully submitted,

\*\*  /s/ Alphonso David                       /s/ Mylan L. Denerstein

Alphonso David (*pro hac vice*)              Mylan L. Denerstein (*pro hac vice*)
GLOBAL BLACK ECONOMIC              Lee R. Crain (*pro hac vice*)
FORUM                                        GIBSON, DUNN & CRUTCHER LLP
34 35th Street, Suite 5A                     200 Park Avenue
Brooklyn, NY 11232                           New York, NY 10166-0193
(212) 287-5864                               (212) 351-4000
alphonso.david@gbef.com                      mdenerstein@gibsondunn.com
                                             lcrain@gibsondunn.com
*Attorneys for Defendants Fearless
Fund Management, LLC; Fearless*              Jason C. Schwartz (*pro hac vice*)
*Fund II, GP, LLC; Fearless Fund II,*        Zakiyyah T. Salim-Williams (*pro hac*
*LP; and Fearless Foundation, Inc.*          *vice*)
                                             Molly T. Senger (*pro hac vice*)
                                             Naima L. Farrell (*pro hac vice*)
                                             GIBSON, DUNN & CRUTCHER LLP
                                             1050 Connecticut Avenue, N.W.
                                             Washington, DC 20036-5306
                                             (202) 955-8500
                                             jschwartz@gibsondunn.com
                                             zswilliams@gibsondunn.com
                                             msenger@gibsondunn.com
                                             nfarrell@gibsondunn.com

                                             Katherine Marquart (*pro hac vice*)
                                             GIBSON, DUNN & CRUTCHER LLP
                                             333 South Grand Avenue
                                             Los Angeles, CA 90071-3197
                                             (213) 229-7000
                                             kmarquart@gibsondunn.com

                                             *Attorneys for Defendants Fearless*
                                             *Fund Management, LLC; Fearless*
                                             *Fund II, GP, LLC; Fearless Fund II,*
                                             *LP; and Fearless Foundation, Inc.*

2

| | |
|---|---|
| **\*\*** /s/ Brooke Cluse | **\*\*** /s/Byung J. Pak |
| Brooke Cluse (*pro hac vice*) | Byung J. Pak (GA Bar #559457) |
| BEN CRUMP LAW, PLLC | Alexandra Garrison Barnett (GA Bar #498906) |
| 122 S. Calhoun St. | Leila N. Knox (GA Bar #242279) |
| Tallahassee, FL 32301 | ALSTON & BIRD |
| (844) 964-1002 | 1201 W. Peachtree St. |
| Brooke@bencrump.com | Atlanta, GA 30309 |
| | (404) 881-7000 |
| | Bjay.pak@alston.com |
| | Alex.barnett@alston.com |
| *Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.* | Leila.knox@alston.com |
| | *Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.* |

*\*\*Pursuant to Appendix H to the Civil Local Rules, the electronic signatory has confirmed that the content of the document is acceptable.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                                           /s/ *Byung J. Pak*
                                                         Byung J. Pak

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that on September 21, 2023, the foregoing complies with the font and point selection approved by this Court in Local Rule 5.1(B). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

                                                         /s/ *Byung J. Pak*
                                                         Byung J. Pak