IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

**ORDER**

Having reviewed Defendants' Request for Order Allowing Electronic Equipment brought pursuant to Rule 83.4 of the Local Rules of this Court, and finding good cause shown, Defendants' counsel—Brooke Cluse, Benjamin Crump, Alphonso David, Mylan Denerstein, Naima Farrell, Zakiyyah Salim-Williams, Jason Schwartz, Molly Senger, and Jennafer Tryck—may bring laptop computers, iPhones or other personal cellular phones (which will be turned off in the courtroom), tablets, and accompanying accessories (e.g., mice, chargers, and cable adapters) into the Federal Courthouse on Tuesday, September 26, 2023, for a hearing before this Court at 10:00 a.m. in courtroom 2108.

All such equipment shall be subject to inspection, and proper identification is required upon entering the security station on the Plaza or Lower Level Plaza of the Federal Courthouse.

SO ORDERED this 22nd day of September, 2023.

Thomas W. Thrash, Jr.<br>
United States District Judge