# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-03424-TWT**

**American Alliance for Equal Rights v. Fearless Fund Management, LLC et al**

**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 09/26/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.       COURT REPORTER: Diane Peede
TIME IN COURT: 1:30                    DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mylan Denerstein representing Fearless Foundation, Inc.<br>Mylan Denerstein representing Fearless Fund II, GP, LLC<br>Mylan Denerstein representing Fearless Fund II, LP<br>Mylan Denerstein representing Fearless Fund Management, LLC<br>Gilbert Dickey representing American Alliance for Equal Rights<br>Jason Schwartz representing Fearless Foundation, Inc.<br>Jason Schwartz representing Fearless Fund II, GP, LLC<br>Jason Schwartz representing Fearless Fund II, LP<br>Jason Schwartz representing Fearless Fund Management, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for Preliminary Injunction DENIED |
| MINUTE TEXT: | The Court heard argument from the parties on Plaintiff's [2] Motion for Preliminary Injunction. For the reasons stated on the record, the Court DENIED the motion and further denied the injunction pending appeal. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |