## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.* *Defendants*. | Case No. 1:23-cv-3424-TWT |

## EMERGENCY NOTICE OF APPEAL

Plaintiff, the American Alliance for Equal Rights, provides this emergency notice of appeal to the U.S. Court of Appeals for the Eleventh Circuit from this Court's denial of its motion for a preliminary injunction and motion for an injunction pending appeal on September 26, 2023. *See* Doc. 109.

Dated: September 26, 2023

Respectfully submitted,

  */s/   Cameron T. Norris*

| | |
|---|---|
| J. William Fawcett, Sr. (GA Bar #646162) Chambliss & Fawcett, LLP 2900 Paces Ferry Road, Ste. B-101 Atlanta, GA 30339 (770) 434-0310 wfawcett@cf-firm.com | Thomas R. McCarthy (VA Bar #82787) (pro hac vice) Cameron T. Norris (VA Bar #91624) (pro hac vice) Gilbert C. Dickey (DC Bar #1645164) (pro hac vice) CONSOVOY MCCARTHY PLLC 1600 Wilson Blvd., Ste. 700 Arlington, VA 22209 (703) 243-9423 tom@consovoymccarthy.com cam@consovoymccarthy.com gilbert@consovoymccarthy.com |

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I filed this document via ECF, which will serve all counsel of record.

Dated: September 26, 2023          */s/ Cameron T. Norris*