# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

September 26, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

      U.S.D.C. No.: 1:23-cv-3424-TWT
      U.S.C.A. No.: 00-00000-00
      In re:    American Alliance for Equal Rights v. Fearless Fund Management, LLC et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| | There is no transcript. |
| **X** | **The court reporter is Diane Peede.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fees paid electronically on 9/26/23 (Receipt# AGANDC-12910800).** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr..** |
| | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                Kevin P. Weimer
                                                District Court Executive
                                                and Clerk of Court

                                  By:   /s/P. McClam
                                                Deputy Clerk