# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
**404-215-1655**

September 26, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

|  |  |
|---|---|
| **U.S.D.C. No.:** | **1:23-cv-3424-TWT** |
| **U.S.C.A. No.:** | **00-00000-00** |
| **In re:** | **American Alliance for Equal Rights v. Fearless Fund Management, LLC et al** |

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| _____ | This is not the first notice of appeal. Other notices were filed on . |
| _____ | There is no transcript. |
| **X** | **The court reporter is Diane Peede.** |
| _____ | There is sealed material as described below: . |
| _____ | Other: . |
| **X** | **Fees paid electronically on 9/26/23 (Receipt# AGANDC-12910800).** |
| _____ | Appellant has been   leave to proceed *in forma pauperis*. |
| _____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| _____ | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr..** |
| _____ | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk

4months,APPEAL,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:23–cv–03424–TWT</u>

American Alliance for Equal Rights v. Fearless Fund
Management, LLC et al
Assigned to: Judge Thomas W. Thrash, Jr.
Cause: 42:1981 Race Discrimination

Date Filed: 08/02/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**American Alliance for Equal Rights**　　　　represented by　**Cameron T. Norris**
Consovoy McCarthy PLLC –VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703–243–9423
Email: <u>cam@consovoymccarthy.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gilbert Charles Dickey**
Consovoy McCarthy PLLC –VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703–243–9423
Email: <u>gilbert@consovoymccarthy.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Fawcett**
Chambliss Fawcett, LLP
Suite B–101, Vinings Square
2900 Paces Ferry Road
Atlanta, GA 30339
678–819–8339
Email: <u>wfawcett@cf–firm.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas McCarthy**
Consovoy McCarthy PLLC –VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703–243–9423
Email: <u>tom@consovoymccarthy.com</u>

1

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Fearless Fund Management, LLC** | represented by | **Alphonso David** |

457 State Street
Ste #3d
Brooklyn, NY 11217
646–872–1924
Email: alphonsobdavid@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Lloyd Crump**
Ben Crump Law, PLLC
122 S. Calhoun Street
Tallahassee, FL 32301
850–224–2020
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brooke Cluse**
Ben Crump Law, PLLC
633 Pennsylvania Ave NW
Washington, DC 20004
337–501–8356
Email: brooke@bencrump.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Schwartz**
Gibson Dunn & Crutcher LLP–DC
1050 Connecticut Ave. NW
Washington, DC 20036
202–955–8500
Email: jschwartz@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Marquart**
Gibson Dunn & Crutcher–CA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071–3197

213−229−7475
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
Gibson Dunn & Crutcher LLP−NY
200 Park Avenue
New York, NY 10166−0193
212−351−2454
Email: lcrain@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly Senger**
Gibson Dunn & Crutcher LLP−DC
1050 Connecticut Ave. NW
Washington, DC 20036
202−955−8571
Email: msenger@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
Gibson Dunn & Crutcher LLP−NY
200 Park Avenue
New York, NY 10166−0193
212−351−4000
Fax: 212−351−4035
Email: mdenerstein@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
Gibson Dunn & Crutcher−DC
1050 Connecticut Avenue, N.W.
Washington, DC 20036−5306
202−887−3559
Email: nfarrell@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zakiyyah Salim**
Gibson Dunn & Crutcher LLP−DC
1050 Connecticut Ave. NW
Washington, DC 20036
202−955−8503
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra Garrison Barnett**
Alston & Bird LLP
1201 W Peachtree St
Atlanta, GA 30309
404–881–7190
Email: alex.barnett@alston.com
*ATTORNEY TO BE NOTICED*

**Byung J. Pak**
Alston & Bird, LLP – Atl
1201 West Peachtree Street
One Atlantic Center, Floor 36
Atlanta, GA 30309–3424
404–881–7816
Email: bjay.pak@alston.com
*ATTORNEY TO BE NOTICED*

**Leila N. Knox**
Alston & Bird
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
404–881–7843
Email: leila.knox@alston.com
*ATTORNEY TO BE NOTICED*

**Terance A. Gonsalves**
Alston & Bird LLP
1201 W Peachtree St NW
Atlanta, GA 30309
404–881–7983
Email: terance.gonsalves@alston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fearless Fund II, GP, LLC**            represented by   **Alphonso David**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Lloyd Crump**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brooke Cluse**
(See above for address)

4

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly Senger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zakiyyah Salim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra Garrison Barnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Byung J. Pak**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Leila N. Knox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terance A. Gonsalves**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Fearless Fund II, LP**                    represented by    **Alphonso David**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Lloyd Crump**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brooke Cluse**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly Senger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zakiyyah Salim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra Garrison Barnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Byung J. Pak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila N. Knox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terance A. Gonsalves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Fearless Foundation, Inc.                 represented by   **Alphonso David**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Lloyd Crump**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brooke Cluse**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jason Schwartz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee Ross Crain**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Molly Senger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mylan L. Denerstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naima Lillian Farrell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zakiyyah Salim**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexandra Garrison Barnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Byung J. Pak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leila N. Knox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terance A. Gonsalves**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Black Economic Alliance Foundation**     represented by  **Aria Christine Branch**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202–968–4518
Email: abranch@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Ave
Suite 2100
Seattle, WA 98101
206–656–0179
Email: jhawley@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan Elysia Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202–968–4662
Fax: 202–968–4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
Krevolin & Horst, LLC
1201 W. Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
404–888–9700
Email: jlewis@khlawfirm.com
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

| | | |
|---|---|---|
| **National Venture Capital Association** | represented by | **Ashley Thurman**<br>O'Melveny & Myers LLP – TX<br>2501 N Harwood St<br>17th Floor<br>Dallas, TX 75201<br>972–360–1900<br>Email: athurman@omm.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Bruce Crawford Pettig**
O'Melveny & Myers, LLP–NY
7 Times Square
New York, NY 10036
212–728–5968
Email: bpettig@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles C. Lifland**
O'Melveny & Myers LLC–LA CA
400 South Hope Street
Los Angeles, CA 90071
213–430–6000
Fax: 213–430–6407
Email: clifland@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Zachary Cohen**
O'Melveny & Myers, LLP–NY
7 Times Square
New York, NY 10036
212–728–5970
Email: dcohen@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellie Hylton**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202–383–5300
Email: ehylton@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tristan Morales**
O'Melveny & Myers–DC
1625 Eye Street, NW
Washington, DC 20006–4001
202–383–5300
Email: tmorales@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Brandon Waddell**
Caplan Cobb LLP
Suite 2700
75 Fourteenth Street, NE
Atlanta, GA 30309
404–596–5600
Fax: 404–596–5604
Email: bwaddell@caplancobb.com
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **The Venture Capital Foundation (a/k/a Venture Forward)** | represented by | **Ashley Thurman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Bruce Crawford Pettig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles C. Lifland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Zachary Cohen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellie Hylton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Tristan Morales**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Brandon Waddell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Lawyers Committee for Civil Rights Under Law** | represented by | **Amber Gonzales** |

**Lawyers Committee for Civil Rights
Under Law**
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662–8600
*Lawyers Committee for Civil Rights
Under Law*

represented by   **Amber Gonzales**
Crowell & Moring LLP–Denver
1601 Wewatta Street
Denver, CO 80202
303–524–8662
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Pauli**
Crowell & Moring LLP–Denver
1601 Wewatta Street
Denver, CO 80202
303–524–8660
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dariely Rodriguez**
Lawyers Committee for Civil Rights Under
Law –DC
1500 K Street Northwest
Suite 900
Washington, DC 20005
646–637–8776
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
Lawyers' Committee for Civil Rights
Under Law
1500 K. Street NW
Washington, DC 20005
202–662–8315
Fax: .
Email: jgreenbaum@lawyerscommittee.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Youker**

Lawyers Committee for Civil Rights Under
Law –DC
1500 K Street Northwest
Suite 900
Washington, DC 20005
202–662–8375
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith J. Harrison**
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202–624–2500
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Cacabelos**
Crowell & Moring, LLC – SF CA
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
415–986–2800
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laurel Malson**
Crowell & Moring LLP
1001 Pennsylvania Aveue
Washington, DC 20004
202–624–250
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meshach Rhoades**
Crowell & Moring LLP–Denver
1601 Wewatta Street
Denver, CO 80202
303–524–8660
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kurt G. Kastorf**
Kastorf Law, LLC
1387 Iverson Street NE
Suite 100
Atlanta, GA 30307

404–900–0330
Email: kurt.kastorf@gmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/02/2023 | 1 | | COMPLAINT filed by American Alliance for Equal Rights. (Filing fee $402, receipt number AGANDC–12785274) (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet Supplement Attachment)(jkb) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified to edit text on 8/31/2023 (jkb). (Entered: 08/02/2023) |
| 08/02/2023 | 2 | | MOTION for Temporary Restraining Order <span style="color:red">IMMEDIATE HEARING REQUESTED</span>, MOTION for Preliminary Injunction by American Alliance for Equal Rights. (Attachments: # 1 Memorandum in Support)(jkb) (Additional attachment(s) added on 8/31/2023: # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit K) (jkb). (Additional attachment(s) added on 9/22/2023: # 12 Declaration of Gilbert Dickey) (jeh). (Entered: 08/02/2023) |
| 08/02/2023 | 3 | | Certificate of Interested Persons and Corporate Disclosure Statement by American Alliance for Equal Rights. (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 4 | | Electronic Summons Issued as to Fearless Fund Management, LLC. (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 5 | | Electronic Summons Issued as to Fearless Fund II, LP. c/o Corporation Systems (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 6 | | Electronic Summons Issued as to Fearless Fund II, LP. c/o Arian Simone Reed (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 7 | | Electronic Summons Issued as to Fearless Fund II, GP, LLC. (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | | | Submission of 2 MOTION for Temporary Restraining Order <span style="color:red">IMMEDIATE HEARING REQUESTED</span> MOTION for Preliminary Injunction, to District Judge Thomas W. Thrash Jr. (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 8 | | PROPOSED SUMMONS filed by American Alliance for Equal Rights (Fawcett, John) (Entered: 08/02/2023) |
| 08/02/2023 | 9 | | PROPOSED SUMMONS filed by American Alliance for Equal Rights *(Corrected)* (Fawcett, John) (Entered: 08/02/2023) |
| 08/02/2023 | 10 | | Electronic Summons Issued as to Fearless Foundation, Inc. (jkb) (Entered: 08/02/2023) |
| 08/02/2023 | 11 | | NOTICE Of Filing by American Alliance for Equal Rights re 1 Complaint,, *Notice of Filing Exhibit J* (Attachments: # 1 Exhibit Exhibit J to Declaration of Gilbert Dickey (No. 1–3))(Fawcett, John) (Entered: 08/02/2023) |
| 08/03/2023 | 12 | | APPLICATION for Admission of Thomas R. McCarthy Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12790688).by American |

| | | | |
|---|---|---|---|
| | | | Alliance for Equal Rights. (Fawcett, John) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/03/2023) |
| 08/03/2023 | 13 | | APPLICATION for Admission of Cameron T. Norris Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12790733).by American Alliance for Equal Rights. (Fawcett, John) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/03/2023) |
| 08/03/2023 | 14 | | APPLICATION for Admission of Gilbert C. Dickey Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12790771).by American Alliance for Equal Rights. (Fawcett, John) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/03/2023) |
| 08/04/2023 | | | APPROVAL by Clerks Office re: 12 APPLICATION for Admission of Thomas R. McCarthy Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12790688). Attorney Thomas McCarthy added appearing on behalf of American Alliance for Equal Rights. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 08/04/2023) |
| 08/04/2023 | | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Cameron T. Norris Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12790733) Attorney Cameron T. Norris added appearing on behalf of American Alliance for Equal Rights. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 08/04/2023) |
| 08/04/2023 | | | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Gilbert C. Dickey Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12790771) Attorney Gilbert Charles Dickey added appearing on behalf of American Alliance for Equal Rights. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 08/04/2023) |
| 08/04/2023 | | | Clerk's Notation re 3 Certificate of Interested Persons/Corporate Disclosure Statement. Reviewed and approved by Judge Thrash. (jeh) (Entered: 08/04/2023) |
| 08/04/2023 | 15 | | AFFIDAVIT of Service for Summons, Complaint, TRO and PI Motion and Memorandum, and supporting documents , as to Fearless Fund II, LP. (Dickey, Gilbert) (Entered: 08/04/2023) |
| 08/04/2023 | 16 | | NOTICE by American Alliance for Equal Rights *Regarding Service of Process* (Attachments: # 1 Affidavit Declaration of Gilbert Dickey Regarding Service, # 2 Exhibit Exhibit A to Dickey Declaration, # 3 Exhibit Exhibit B to Dickey Declaration, # 4 Exhibit Exhibit C to Dickey Declaration, # 5 Exhibit Exhibit D to Dickey Declaration, # 6 Exhibit Exhibit E to Dickey Declaration, # 7 Exhibit Exhibit F to Dickey Declaration, # 8 Exhibit Exhibit G to Dickey Declaration, # 9 Exhibit Exhibit H to Dickey Declaration, # 10 Exhibit Exhibit I to Dickey Declaration)(Dickey, Gilbert) (Entered: 08/04/2023) |
| 08/07/2023 | 17 | | ORDER granting 14 Application for Admission Pro Hac Vice of Gilbert C. Dickey. Signed by Judge Thomas W. Thrash, Jr. on 08/07/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/07/2023) |

| 08/07/2023 | 18 | | ORDER granting 13 Application for Admission Pro Hac Vice of Cameron T. Norris. Signed by Judge Thomas W. Thrash, Jr. on 08/07/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/07/2023) |
| 08/07/2023 | 19 | | MOTION to Expedite Briefing on TRO and Preliminary Injunction Motion with Brief In Support by American Alliance for Equal Rights. (Dickey, Gilbert) (Entered: 08/07/2023) |
| 08/08/2023 | 20 | | ORDER granting 12 Application for Admission Pro Hac Vice of Thomas R McCarthy. Signed by Judge Thomas W. Thrash, Jr. on 08/08/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/08/2023) |
| 08/10/2023 | 21 | | Return of Service Executed by American Alliance for Equal Rights. Fearless Fund II, GP, LLC served on 8/5/2023, answer due 8/28/2023. (Attachments: # 1 Exhibit)(Dickey, Gilbert) (Entered: 08/10/2023) |
| 08/10/2023 | 22 | | Return of Service Executed by American Alliance for Equal Rights. Fearless Fund Management, LLC served on 8/5/2023, answer due 8/28/2023. (Attachments: # 1 Exhibit)(Dickey, Gilbert) (Entered: 08/10/2023) |
| 08/10/2023 | 23 | | CERTIFICATE OF SERVICE filed by American Alliance for Equal Rights *(Motion for TRO and PI − Fearless Fund II GP, LLC)* (Attachments: # 1 Exhibit)(Dickey, Gilbert) (Entered: 08/10/2023) |
| 08/10/2023 | 24 | | CERTIFICATE OF SERVICE filed by American Alliance for Equal Rights *(Motion for TRO and PI − Fearless Fund Management, LLC)* (Attachments: # 1 Exhibit)(Dickey, Gilbert) (Entered: 08/10/2023) |
| 08/11/2023 | 25 | | NOTICE by American Alliance for Equal Rights re 19 MOTION to Expedite Briefing on TRO and Preliminary Injunction Motion *(Withdrawal of Request for TRO and Motion for Expedited Briefing)* (Dickey, Gilbert) (Entered: 08/11/2023) |
| 08/15/2023 | 26 | | NOTICE of Appearance by Byung J. Pak on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC (Pak, Byung) (Entered: 08/15/2023) |
| 08/15/2023 | 27 | | NOTICE of Appearance by Leila N. Knox on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC (Knox, Leila) (Entered: 08/15/2023) |
| 08/15/2023 | 28 | | APPLICATION for Admission of Alphonso David Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817230).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/15/2023) |
| 08/15/2023 | 29 | | APPLICATION for Admission of Zakiyyah Salim−Williams Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817259).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not |

| | | | |
|---|---|---|---|
| | | | available for viewing outside the courthouse. (Entered: 08/15/2023) |
| 08/15/2023 | <u>30</u> | | APPLICATION for Admission of Ben Crump Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817284).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/15/2023 | <u>31</u> | | APPLICATION for Admission of Jason Schwartz Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817328).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/15/2023 | <u>32</u> | | APPLICATION for Admission of Mylan Denerstein Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817357).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/15/2023 | <u>33</u> | | APPLICATION for Admission of Molly Senger Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817385).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/15/2023 | <u>34</u> | | APPLICATION for Admission of Naima Farrell Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817417).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/15/2023 | <u>35</u> | | APPLICATION for Admission of Katherine Marquart Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817457).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 08/15/2023) |
| 08/16/2023 | | | RETURN of <u>28</u> APPLICATION for Admission of Alphonso David Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817230). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of <u>30</u> APPLICATION for Admission of Ben Crump Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817284). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of <u>31</u> APPLICATION for Admission of Jason Schwartz Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817328). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of <u>32</u> APPLICATION for Admission of Mylan Denerstein Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12817357). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: |

17

| | | | 08/16/2023) |
|---|---|---|---|
| 08/16/2023 | | | RETURN of 34 APPLICATION for Admission of Naima Farrell Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817417). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of 35 APPLICATION for Admission of Katherine Marquart Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817457). to attorney for correction. Reason for return: Applicant mistake (djs) (Entered: 08/16/2023) |
| 08/16/2023 | 36 | | Joint MOTION for Extension of Time For Preliminary Injunction Briefing Schedule and Responsive Pleading Deadline by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) (Entered: 08/16/2023) |
| 08/16/2023 | 37 | | APPLICATION for Admission of Alphonso David Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | 38 | | APPLICATION for Admission of Jason Schwartz Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | 39 | | APPLICATION for Admission of Mylan Denerstein Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | 40 | | APPLICATION for Admission of Naima Farrell Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | 41 | | APPLICATION for Admission of Katherine Marquart Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | 42 | | APPLICATION for Admission of Brooke Cluse Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12821399).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 41 APPLICATION for Admission of Katherine Marquart Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817457). Attorney Katherine Marquart added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 37 APPLICATION for Admission of Alphonso David Pro Hac Vice (Application fee $ 150, receipt number |

| | | | |
|---|---|---|---|
| | | | AGANDC–12817230). Attorney Alphonso David added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 38 APPLICATION for Admission of Jason Schwartz Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817328). Attorney Jason Schwartz added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 39 APPLICATION for Admission of Mylan Denerstein Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817357). Attorney Mylan Denerstein added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 40 APPLICATION for Admission of Naima Farrell Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817417). Attorney Naima Farrell added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of 42 APPLICATION for Admission of Brooke Cluse Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12821399) to attorney for correction. Reason for return: Applicant must list all courts in the State of Texas on the application to which she has been admitted so that the Clerk's Office can verify your admission with the highest court of the state. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | RETURN of 29 APPLICATION for Admission of Zakiyyah Salim–Williams Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817259). to attorney for correction. Reason for return: Applicant must list all courts in the State of New York on the application to which she has been admitted so that the Clerk's Office can verify her admission with the highest court of the state. (rvb) (Entered: 08/16/2023) |
| 08/16/2023 | | | APPROVAL by Clerks Office re: 33 APPLICATION for Admission of Molly Senger Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817385). Attorney Molly Senger added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/16/2023) |
| 08/17/2023 | 43 | | MOTION to Withdraw Application for Admission Pro Hac Vice 30 APPLICATION for Admission of Ben Crump Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817284). by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) (Entered: 08/17/2023) |
| 08/17/2023 | 44 | | ORDER granting 36 Joint MOTION for Extension of Time For Preliminary Injunction Briefing Schedule and Responsive Pleading Deadline. Signed by |

| | | | |
|---|---|---|---|
| | | | Judge Thomas W. Thrash, Jr. on 8/17/2023. (See order for deadlines) (jeh) (Entered: 08/17/2023) |
| 08/17/2023 | 45 | | APPLICATION for Admission of Zakiyyah Salim Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/17/2023) |
| 08/17/2023 | 46 | | APPLICATION for Admission of Brooke Cluse Pro Hac Vice.by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/17/2023) |
| 08/17/2023 | | | APPROVAL by Clerks Office re: 45 APPLICATION for Admission of Zakiyyah Salim Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817259). Attorney Zakiyyah Salim added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/17/2023) |
| 08/17/2023 | | | APPROVAL by Clerks Office re: 46 APPLICATION for Admission of Brooke Cluse Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12821399). Attorney Brooke Cluse added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/17/2023) |
| 08/18/2023 | 47 | | ORDER granting 43 Motion to Withdraw Application for Admission Pro Hac Vice of Ben Crump 30 . Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 48 | | ORDER granting 46 Application for Admission Pro Hac Vice of Brooke Cluse. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Brooke Cluse re 48 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 49 | | ORDER granting 37 Application for Admission Pro Hac Vice of Alphonso David. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Alphonso David re 49 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 50 | | ORDER granting 39 Application for Admission Pro Hac Vice of Mylan Denerstein. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |

| 08/18/2023 | | | Clerk's Certificate of Mailing to Mylan Denerstein re 50 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
|---|---|---|---|
| 08/18/2023 | 51 | | ORDER granting 40 Application for Admission Pro Hac Vice of Naima Farrell. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Naima Farrell re 51 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 52 | | ORDER granting 41 Application for Admission Pro Hac Vice of Katherine Marquart. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Katherine Marquart re 52 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 53 | | ORDER granting 45 Application for Admission Pro Hac Vice of Zakiyyah Salim. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Zakiyyah Salim re 53 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 54 | | ORDER granting 38 Application for Admission Pro Hac Vice of Jason Schwartz. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Jason Schwartz re 54 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/18/2023 | 55 | | ORDER granting 33 Application for Admission Pro Hac Vice of Molly Senger. Signed by Judge Thomas W. Thrash, Jr. on 08/18/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/18/2023) |
| 08/18/2023 | | | Clerk's Certificate of Mailing to Molly Senger re 55 Order on Application for Admission PHV. (jkb) (Entered: 08/18/2023) |
| 08/28/2023 | 56 | | APPLICATION for Admission of Lee R. Crain Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12846002).by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/28/2023) |

| 08/29/2023 | | | APPROVAL by Clerks Office re: <u>56</u> APPLICATION for Admission of Lee R. Crain Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12846002). Attorney Lee R. Crain added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. E−filing access may be requested after an order granting the application is entered. (rvb) (Entered: 08/29/2023) |
|---|---|---|---|
| 08/31/2023 | <u>57</u> | | ORDER granting <u>56</u> Application for Admission Pro Hac Vice of Lee R. Crain. Signed by Judge Thomas W. Thrash, Jr. on 08/31/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 08/31/2023) |
| 08/31/2023 | | | Clerk's Certificate of Mailing to Lee R. Crain re <u>57</u> Order on Application for Admission PHV,. (jkb) (Entered: 08/31/2023) |
| 08/31/2023 | <u>58</u> | | Certificate of Interested Persons and Corporate Disclosure Statement by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC identifying Other Affiliate General Mills, Inc., Other Affiliate Costco Wholesale Corporation, Other Affiliate Mastercard Incorporated, Other Affiliate Bank of America Corporation Inc. for Fearless Fund II, LP. (Denerstein, Mylan) (Entered: 08/31/2023) |
| 08/31/2023 | <u>59</u> | | RESPONSE in Opposition re <u>2</u> MOTION for Temporary Restraining Order <span style="color:red">IMMEDIATE HEARING REQUESTED</span> MOTION for Preliminary Injunction / *DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION* filed by Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. (Attachments: # <u>1</u> Exhibit Index of Exhibits, # <u>2</u> Exhibit 1 – Simone Declaration and Exhibits, # <u>3</u> Exhibit 2 – Cleckley Declaration and Exhibits, # <u>4</u> Exhibit 3 – Bradley Declaration and Exhibits, # <u>5</u> Exhibit 4 – Gamble Declaration and Exhibits)(Denerstein, Mylan) (Entered: 08/31/2023) |
| 09/01/2023 | <u>60</u> | | MOTION for Leave to File Amicus Curiae Brief in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injuction by Black Economic Alliance Foundation. (Attachments: # <u>1</u> Brief, # <u>2</u> Text of Proposed Order)(Lewis, Joyce) (Entered: 09/01/2023) |
| 09/01/2023 | <u>61</u> | | APPLICATION for Admission of Jonathan P. Hawley Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12858749).by Black Economic Alliance Foundation. (Lewis, Joyce) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 09/01/2023) |
| 09/01/2023 | <u>62</u> | | APPLICATION for Admission of Meaghan E. Mixon Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12858768).by Black Economic Alliance Foundation. (Lewis, Joyce) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 09/01/2023) |
| 09/01/2023 | <u>63</u> | | APPLICATION for Admission of Aria Christine Branch Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12858778).by Black Economic Alliance Foundation. (Lewis, Joyce) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 09/01/2023) |
| 09/01/2023 | <u>64</u> | | Certificate of Interested Persons and Corporate Disclosure Statement by Black Economic Alliance Foundation. (Lewis, Joyce) (Entered: 09/01/2023) |

| 09/01/2023 | 65 | | Unopposed MOTION for Leave to File Excess Pages *for Reply Brief Due 9/8/23* with Brief In Support by American Alliance for Equal Rights. (Norris, Cameron) (Entered: 09/01/2023) |
|---|---|---|---|
| 09/01/2023 | 66 | | Unopposed MOTION for Leave to File Brief as Amici Curiae in Support of Defendants by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Attachments: # 1 Text of Proposed Order, # 2 Brief of The National Venture Capital Association and The Venture Capital Foundation as Amici Curiae in Support of Defendants)(Waddell, Timothy) (Entered: 09/01/2023) |
| 09/01/2023 | 67 | | APPLICATION for Admission of Charles Lifland Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859733).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 68 | | APPLICATION for Admission of David Zachary Cohen Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859741).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 69 | | APPLICATION for Admission of Bruce Crawford Pettig Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859751).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 70 | | APPLICATION for Admission of Ethel Louise (Ellie) Hylton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859756).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 71 | | APPLICATION for Admission of M. Tristan Morales Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859764).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 72 | | APPLICATION for Admission of Ashley Thurman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859791).by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/01/2023) |
| 09/01/2023 | 73 | | MOTION for Leave to File BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION with Brief In Support by Lawyers Committee for Civil Rights Under Law. (Attachments: # 1 Brief BRIEF OF LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW AND SIX ORGANIZATIONS AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS, # 2 Text of Proposed Order)(Santos, Marlee) (Entered: 09/01/2023) |

| 09/04/2023 | | | APPROVAL by Clerks Office re: 61 APPLICATION for Admission of Jonathan P. Hawley Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12858749). Attorney Jonathan Patrick Hawley added appearing on behalf of Black Economic Alliance Foundation. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/04/2023) |
|---|---|---|---|
| 09/04/2023 | | | APPROVAL by Clerks Office re: 62 APPLICATION for Admission of Meaghan E. Mixon Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12858768). Attorney Meaghan Elysia Mixon added appearing on behalf of Black Economic Alliance Foundation. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/04/2023) |
| 09/04/2023 | | | APPROVAL by Clerks Office re: 63 APPLICATION for Admission of Aria Christine Branch Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12858778). Attorney Aria Christine Branch added appearing on behalf of Black Economic Alliance Foundation. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/04/2023) |
| 09/04/2023 | | | APPROVAL by Clerks Office re: 67 APPLICATION for Admission of Charles Lifland Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859733). Attorney Charles C. Lifland added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/04/2023) |
| 09/04/2023 | | | APPROVAL by Clerks Office re: 71 APPLICATION for Admission of M. Tristan Morales Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859764). Attorney M. Tristan Morales added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/04/2023) |
| 09/04/2023 | | | RETURN of 70 APPLICATION for Admission of Ethel Louise (Ellie) Hylton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859756) to attorney for correction. Reason for return: You must identify the highest court of the state to which are you admitted and the date of admission on your application so the Clerk's Office can verify your information. (rvb) (Entered: 09/04/2023) |
| 09/04/2023 | | | RETURN of 72 APPLICATION for Admission of Ashley Thurman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859791) to attorney for correction. Reason for return: You must identify the highest court of the state to which are you admitted and the date of admission on your application so the Clerk's Office can verify your information. (rvb) (Entered: 09/04/2023) |
| 09/05/2023 | 74 | | Clerk's Notation re 58 Certificate of Interested Persons/Corporate Disclosure Statement. Reviewed and approved by Judge Thrash. (jeh) (Entered: 09/05/2023) |
| 09/05/2023 | | | NOTICE of Hearing on Motion re: 2 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction. Motion Hearing set for 9/26/2023 at 10:00 AM in ATLA |

| | | | |
|---|---|---|---|
| | | | Courtroom 2108 before Judge Thomas W. Thrash Jr. (jeh) (Entered: 09/05/2023) |
| 09/05/2023 | 75 | | ORDER granting 63 Application for Admission Pro Hac Vice for Aria Christine Branch. Signed by Judge Thomas W. Thrash, Jr. on 09/05/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/05/2023) |
| 09/05/2023 | 76 | | ORDER granting 61 Application for Admission Pro Hac Vice for Jonathan P. Hawley. Signed by Judge Thomas W. Thrash, Jr. on 09/05/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/05/2023) |
| 09/05/2023 | 77 | | ORDER granting 67 Application for Admission Pro Hac Vice of Charles Lifland. Signed by Judge Thomas W. Thrash, Jr. on 09/05/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/05/2023) |
| 09/05/2023 | | | Clerk's Certificate of Mailing to Charles Lifland re 77 Order on Application for Admission PHV,. (jkb) (Entered: 09/05/2023) |
| 09/05/2023 | 78 | | ORDER granting 62 Application for Admission Pro Hac Vice of Meaghan Mixon. Signed by Judge Thomas W. Thrash, Jr. on 09/05/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/05/2023) |
| 09/05/2023 | 79 | | ORDER granting 71 Application for Admission Pro Hac Vice of M. Tristan Morales. Signed by Judge Thomas W. Thrash, Jr. on 09/05/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/05/2023) |
| 09/05/2023 | | | Clerk's Certificate of Mailing to M. Tristan Morales re 79 Order on Application for Admission PHV. (jkb) (Entered: 09/05/2023) |
| 09/05/2023 | 80 | | APPLICATION for Admission of Ethel Louise (Ellie) Hylton Pro Hac Vice.by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/05/2023) |
| 09/05/2023 | 81 | | APPLICATION for Admission of Ashley Thurman Pro Hac Vice.by National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). (Waddell, Timothy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/05/2023) |
| 09/06/2023 | | | ORDER (by docket entry) granting 65 Motion for Leave to File Excess Pages. Ordered by Judge Thomas W. Thrash, Jr. on 9/6/2023. (jeh) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/06/2023) |
| 09/06/2023 | | | Clerk's Notation re 64 Certificate of Interested Persons/Corporate Disclosure Statement. Reviewed and approved by Judge Thrash. (jeh) (Entered: 09/06/2023) |
| 09/06/2023 | 82 | | NOTICE of Appearance by Terance A. Gonsalves on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC (Gonsalves, Terance) (Entered: 09/06/2023) |
| 09/06/2023 | | | APPROVAL by Clerks Office re: 68 APPLICATION for Admission of David Zachary Cohen Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859741). Attorney David Zachary Cohen added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/06/2023) |
| 09/06/2023 | | | APPROVAL by Clerks Office re: 69 APPLICATION for Admission of Bruce Crawford Pettig Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859751). Attorney Bruce Crawford Pettig added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/06/2023) |
| 09/06/2023 | 83 | | ORDER granting 60 Motion for Leave to File Brief in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. Signed by Judge Thomas W. Thrash, Jr. on 09/06/2023. (jkb) (Entered: 09/06/2023) |
| 09/06/2023 | 84 | | ORDER granting 66 Motion for Leave to File Brief As Amici Curiae In Support of Defendants. Signed by Judge Thomas W. Thrash, Jr. on 09/06/2023. (jkb) (Entered: 09/06/2023) |
| 09/06/2023 | 85 | | ORDER granting 73 Motion for Leave to File Brief by Lawyers' Committee for Civil Rights Under Law in Support of Defendants' Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. Signed by Judge Thomas W. Thrash, Jr. on 09/06/2023. (jkb) (Entered: 09/06/2023) |
| 09/06/2023 | | | APPROVAL by Clerks Office re: 80 APPLICATION for Admission of Ethel Louise (Ellie) Hylton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859756). Attorney Ethel Louise Hylton added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/06/2023) |
| 09/06/2023 | | | APPROVAL by Clerks Office re: 81 APPLICATION for Admission of Ashley Thurman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12859791). Attorney Ashley Thurman added appearing on behalf of National Venture Capital Association, The Venture Capital Foundation (a/k/a Venture Forward). E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/06/2023) |
| 09/07/2023 | 86 | | Request for Leave of Absence for the following date(s): 9/11–9/15, 9/25–9/27, 11/9, 11/10, 11/20–11/24, by Byung J. Pak. (Pak, Byung) (Entered: 09/07/2023) |

| 09/07/2023 | 87 | | ORDER granting 68 Application for Admission Pro Hac Vice. Signed by Judge Thomas W. Thrash, Jr. on 9/7/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dmb) (Entered: 09/07/2023) |
| --- | --- | --- | --- |
| 09/07/2023 | 88 | | ORDER granting 69 Application for Admission Pro Hac Vice. Signed by Judge Thomas W. Thrash, Jr. on 9/7/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dmb) (Entered: 09/07/2023) |
| 09/07/2023 | 89 | | ORDER granting 80 Application for Admission Pro Hac Vice. Signed by Judge Thomas W. Thrash, Jr. on 9/7/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dmb) (Entered: 09/07/2023) |
| 09/07/2023 | 90 | | ORDER granting 81 Application for Admission Pro Hac Vice. Signed by Judge Thomas W. Thrash, Jr. on 9/7/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(dmb) (Entered: 09/07/2023) |
| 09/08/2023 | 91 | | REPLY to Response to Motion re 2 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction filed by American Alliance for Equal Rights. (Attachments: # 1 Affidavit Supplemental Declaration of Gilbert Dickey, # 2 Exhibit Exhibit L, # 3 Exhibit Exhibit M, # 4 Exhibit Exhibit N (Supplemental Declaration of Edward Blum))(Dickey, Gilbert) (Entered: 09/08/2023) |
| 09/08/2023 | 92 | | WAIVER OF SERVICE Returned Executed by American Alliance for Equal Rights. Fearless Foundation, Inc. waiver mailed on 8/11/2023, answer due 10/10/2023. (Dickey, Gilbert) (Entered: 09/08/2023) |
| 09/14/2023 | 93 | | APPLICATION for Admission of Kevin D. Cacabelos Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12883293).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 94 | | APPLICATION for Admission of Amber R. Gonzales Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12883300).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 95 | | APPLICATION for Admission of Jon Greenbaum Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12883304).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 96 | | APPLICATION for Admission of Keith J. Harrison Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12883306).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not |

| | | | available for viewing outside the courthouse. (Entered: 09/14/2023) |
|---|---|---|---|
| 09/14/2023 | 97 | | APPLICATION for Admission of Laurel P. Malson Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883311).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 98 | | APPLICATION for Admission of Amy Pauli Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883317).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 99 | | APPLICATION for Admission of Meshach Rhoades Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883323).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/14/2023 | 100 | | APPLICATION for Admission of Dariely Rodriguez Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883326).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/14/2023) |
| 09/15/2023 | 101 | | APPLICATION for Admission of Kathryn Youker Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12889426).by Lawyers Committee for Civil Rights Under Law. (Kastorf, Kurt) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/15/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 93 APPLICATION for Admission of Kevin D. Cacabelos Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883293).. Attorney Kevin Cacabelos added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 94 APPLICATION for Admission of Amber R. Gonzales Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883300). Attorney Amber Gonzales added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 95 APPLICATION for Admission of Jon Greenbaum Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883304).. Attorney Jon M. Greenbaum added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 96 APPLICATION for Admission of Keith J. Harrison Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883306).. Attorney Keith J. Harrison added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 97 APPLICATION for Admission of Laurel P. Malson Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883311). Attorney Laurel Malson added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 98 APPLICATION for Admission of Amy Pauli Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883317).. Attorney Amy Pauli added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 99 APPLICATION for Admission of Meshach Rhoades Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883323).. Attorney Meshach Rhoades added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 100 APPLICATION for Admission of Dariely Rodriguez Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12883326).. Attorney Dariely Rodriguez added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/18/2023 | | | APPROVAL by Clerks Office re: 101 APPLICATION for Admission of Kathryn Youker Pro Hac Vice (Application fee $ 150, receipt number AGANDC−12889426). Attorney Kathryn Youker added appearing on behalf of Lawyers Committee for Civil Rights Under Law. E−filing access may be requested after an order granting the application is entered. (djs) (Entered: 09/18/2023) |
| 09/19/2023 | | | ORDER (by docket entry) granting 93 Application for Admission of Kevin D. Cacabelo Pro Hac Vice; granting 94 Application for Admission of Amber R. Gonzales Pro Hac Vice; granting 95 Application for Admission of Jon Greenbaum Pro Hac Vice; granting 96 Application for Admission of Keith J. Harrison Pro Hac Vice; granting 97 Application for Admission of Laurel P. Malson Pro Hac Vice; granting 98 Application for Admission of Amy Pauli Pro Hac Vice; granting 99 Application for Admission of Meshach Rhoades Pro Hac Vice; granting 100 Application for Admission of Dariely Rodriguez Pro Hac Vice; granting 101 Application for Admission of Kathryn Youker Pro Hac Vice. Ordered by Judge Thomas W. Thrash, Jr. on 9/19/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step. (jeh) (Entered: 09/19/2023) |
| 09/19/2023 | 102 | | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom *for 09/26/2023 hearing* by American Alliance for Equal Rights. (Attachments: # 1 Text of Proposed Order)(Dickey, Gilbert) (Entered: 09/19/2023) |

| 09/20/2023 | 103 | | NOTICE of Appearance by Alexandra Garrison Barnett on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC (Barnett, Alexandra) (Entered: 09/20/2023) |
|---|---|---|---|
| 09/20/2023 | 104 | | ORDER ALLOWING AUDIO/VISUAL EQUIPMENT IN THE COURTROOM. Signed by Judge Thomas W. Thrash, Jr. on 9/20/2023. (jeh) (Entered: 09/20/2023) |
| 09/21/2023 | 105 | | APPLICATION for Admission of Benjamin Crump Pro Hac Vice.by Fearless Fund Management, LLC. (Pak, Byung) Documents for this entry are not available for viewing outside the courthouse. (Entered: 09/21/2023) |
| 09/21/2023 | 106 | | Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom by Fearless Fund Management, LLC. (Attachments: # 1 Text of Proposed Order)(Pak, Byung) (Entered: 09/21/2023) |
| 09/22/2023 | 107 | | ORDER granting 106 Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom. Signed by Judge Thomas W. Thrash, Jr. on 9/22/2023. (jeh) (Entered: 09/22/2023) |
| 09/22/2023 | | | APPROVAL by Clerks Office re: 105 APPLICATION for Admission of Benjamin Crump Pro Hac Vice (Application fee $ 150, receipt number AGANDC–12817284). Attorney Benjamin Lloyd Crump added appearing on behalf of Fearless Foundation, Inc., Fearless Fund II, GP, LLC, Fearless Fund II, LP, Fearless Fund Management, LLC. Clerk's Office confirmed that applicant is representing all defendants as indicated on his previously withdrawn application. E–filing access may be requested after an order granting the application is entered. (rvb) (Entered: 09/22/2023) |
| 09/25/2023 | 108 | | ORDER granting 105 Application for Admission Pro Hac Vice of Benjamin Crump. Signed by Judge Thomas W. Thrash, Jr. on 09/25/2023. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkb) (Entered: 09/25/2023) |
| 09/25/2023 | | | Clerk's Certificate of Mailing to Benjamin Crump re 108 Order on Application for Admission PHV. (jkb) (Entered: 09/25/2023) |
| 09/26/2023 | 109 | | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr.: Motion Hearing held on 9/26/2023 Denying 2 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction filed by American Alliance for Equal Rights. (Court Reporter Diane Peede)(jkb) (Entered: 09/26/2023) |
| 09/26/2023 | 110 | | NOTICE OF APPEAL as to 109 Order on Motion for Preliminary Injunction,, Motion Hearing, by American Alliance for Equal Rights. Filing fee $ 505, receipt number AGANDC–12910800. Transcript Order Form due on 10/10/2023 (Norris, Cameron) (Entered: 09/26/2023) |
| 09/26/2023 | 111 | | USCA Appeal Transmission Letter to USCA– 11th Circuit re: 110 Notice of Appeal filed by American Alliance for Equal Rights. (pjm) (Entered: 09/26/2023) |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-03424-TWT
### American Alliance for Equal Rights v. Fearless Fund Management, LLC et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 09/26/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 11:30 A.M. | COURT REPORTER: Diane Peede |
| TIME IN COURT: 1:30 | DEPUTY CLERK: Jordyn Holder |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mylan Denerstein representing Fearless Foundation, Inc.<br>Mylan Denerstein representing Fearless Fund II, GP, LLC<br>Mylan Denerstein representing Fearless Fund II, LP<br>Mylan Denerstein representing Fearless Fund Management, LLC<br>Gilbert Dickey representing American Alliance for Equal Rights<br>Jason Schwartz representing Fearless Foundation, Inc.<br>Jason Schwartz representing Fearless Fund II, GP, LLC<br>Jason Schwartz representing Fearless Fund II, LP<br>Jason Schwartz representing Fearless Fund Management, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for Preliminary Injunction DENIED |
| MINUTE TEXT: | The Court heard argument from the parties on Plaintiff's [2] Motion for Preliminary Injunction. For the reasons stated on the record, the Court DENIED the motion and further denied the injunction pending appeal. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AMERICAN ALLIANCE
FOR EQUAL RIGHTS,

<em>Plaintiff,</em>

v.

FEARLESS FUND
MANAGEMENT, LLC, *et al.*

<em>Defendants.</em>

Case No. 1:23-cv-3424-TWT

## <u>EMERGENCY</u> NOTICE OF APPEAL

Plaintiff, the American Alliance for Equal Rights, provides this emergency notice of appeal to the U.S. Court of Appeals for the Eleventh Circuit from this Court's denial of its motion for a preliminary injunction and motion for an injunction pending appeal on September 26, 2023. *See* Doc. 109.

Dated: September 26, 2023

Respectfully submitted,

  /s/ Cameron T. Norris 

J. William Fawcett, Sr. (GA Bar #646162)
Chambliss & Fawcett, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

Thomas R. McCarthy (VA Bar #82787) (pro hac vice)
Cameron T. Norris (VA Bar #91624) (pro hac vice)
Gilbert C. Dickey (DC Bar #1645164) (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I filed this document via ECF, which will serve all counsel of record.

Dated: September 26, 2023       */s/ Cameron T. Norris*