IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMERICAN ALLIANCE
FOR EQUAL RIGHTS,
                     *Plaintiff*,

  v.

FEARLESS FUND
MANAGEMENT, LLC, *et al.*
                     *Defendants*.

Case No. 1:23-cv-3424-TWT

# ORDER

The Court grants the parties' Joint Motion to Stay Defendants' Responsive Pleading Deadline. *See* Dkt. 118. Defendants' deadline to respond to the complaint is stayed pending resolution of Plaintiff's appeal in the U.S. Court of Appeals for the Eleventh Circuit. Defendants shall have 30 days after issuance of the Eleventh Circuit's mandate to file a responsive pleading. If, however, either party files a petition for certiorari, Defendants' responsive pleading deadline shall be further stayed until 30 days after the U.S. Supreme Court (1) denies the petition for certiorari or (2) issues a judgment on the merits and delivers a certified copy of the judgment to the Eleventh Circuit.

SO ORDERED this 13th day of October, 2023.

Thomas W. Thrash, Jr.
United States District Judge