# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13138

_____

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

                                              Plaintiff-Appellant,

*versus*

FEARLESS FUND MANAGEMENT, LLC,
FEARLESS FUND II, GP, LLC,
FEARLESS FUND II, LP,
FEARLESS FOUNDATION, INC.,

                                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03424-TWT

2                      Order of the Court                      23-13138

_____

ORDER:

        The motion for attorney Jonathan P. Hawley to withdraw as counsel from the appeal American Alliance for Equal Rights v. Fearless Fund Management, LLC, No. 23-13138 is GRANTED.

        The Clerk is DIRECTED to terminate attorney Jonathan P. Hawley from the appeal.

                                                               DAVID J. SMITH
                                     Clerk of the United States Court of
                                            Appeals for the Eleventh Circuit

                               ENTERED FOR THE COURT - BY DIRECTION