IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>　　　　*Plaintiff*,<br>v.<br>FEARLESS FUND MANAGEMENT, LLC, *et al.*<br>　　　　*Defendants*. | Case No. 1:23-cv-3424-TWT |

## [JOINT* PROPOSED] MANDATE ORDER

The defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and the Fearless Foundation, Inc., are preliminarily enjoined from closing the application window or picking a winner for the Fearless Strivers Grant Contest.

SO ORDERED this ____ day of August, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas W. Thrash, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

---

\* After the conference call on August 21, the parties conferred on a proposed mandate order. This proposed order is now jointly proposed by the parties.