IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants*. | Case No. 1:23-CV-3424-TWT |

**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Fearless Fund Management, LLC, Fearless Fund II, GP, LLC, Fearless Fund II, LP, and Fearless Foundation, Inc. (together, "Defendants") respectfully request that the Court extend their deadline to respond to Plaintiff American Alliance for Equal Rights' pleading by thirty days to October 3, 2024. Plaintiff does not oppose this request.

In support of this request, the parties state the following:

1. The United States Court of Appeals for the Eleventh Circuit issued its Mandate in this case on August 2, 2024, *see* Dkt. 136;

1

2. Absent extension, Defendants' response to Plaintiff's Complaint would be due thirty days from the date that the mandate issued, or on September 3, 2024 (to account for the Labor Day holiday), *see* Dkt. 124;

3. Defendants request an extension for filing the responsive pleading by thirty (30) days to October 3, 2024;

4. Plaintiff does not oppose Defendants' request;

5. The parties certify that this is their first request for an extension of time for this purpose, this extension is not requested for the purpose of undue delay, and this extension will not prejudice the conduct of the litigation.

Dated: September 3, 2024                    Respectfully submitted,

**\*\*  /s/ *Mylan L. Denerstein*__**

Alphonso David (*pro hac vice*)
GLOBAL BLACK ECONOMIC FORUM
34 35th Street, Suite 5A
Brooklyn, NY 11232
(212) 287-5864
alphonso.david@gbef.com

*Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.*

Mylan L. Denerstein (*pro hac vice*)
Lee R. Crain (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Zakiyyah T. Salim-Williams (*pro hac vice*)
Molly T. Senger (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP

        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        (202) 955-8500
        jschwartz@gibsondunn.com
        zswilliams@gibsondunn.com
        msenger@gibsondunn.com
        nfarrell@gibsondunn.com

        Katherine Marquart (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213) 229-7000
        kmarquart@gibsondunn.com

        *Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.*

        **\*\***   <u>/s/ *Byung J. Pak*</u>

| | |
|---|---|
| Brooke Cluse (*pro hac vice*) | Byung J. Pak (GA Bar #559457) |
| BEN CRUMP LAW, PLLC | Alex Barnett (GA Bar #498906) |
| 122 S. Calhoun St. | ALSTON & BIRD |
| Tallahassee, FL 32301 | 1201 W. Peachtree St. |
| (844) 964-1002 | Atlanta, GA 30309 |
| Brooke@bencrump.com | (404) 881-7000 |
| | Bjay.pak@alston.com |
| | Alex.barnett@alston.com |
| *Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.* | *Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.* |

| | |
|---|---|
| **\*\***  */s/ Gilbert C. Dickey* | **\*\*** */s/ J. William Fawcett, Sr.* |
| Thomas R. McCarthy (VA Bar #82787)<br>(pro hac vice)<br>Cameron T. Norris (VA Bar #91624)<br>(pro hac vice)<br>Gilbert C. Dickey (DC Bar #1645164)<br>(pro hac vice)<br>CONSOVOY McCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>Phone: (703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gilbert@consovoymccarthy.com | J. William Fawcett, Sr. (GA Bar #646162)<br>CHAMBLISS & FAWCETT, LLP<br>2900 Paces Ferry Road, Ste. B-101<br>Atlanta, GA 30339<br>Phone: (770) 434-0310<br>wfawcett@cf-firm.com |
| *\*\*Pursuant to Appendix H to the Civil Local Rules, the electronic signatory has confirmed that the content of the document is acceptable.* | *Attorneys for Plaintiff American Alliance for Equal Rights* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                              /s/ *Byung J. Pak*
                                              Byung J. Pak

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that on September 3, 2043, the foregoing complies with the font and point selection approved by this Court in Local Rule 5.1(B). This paper was prepared on a computer using Century Schoolbook thirteen-point font, double-spaced.

                                              /s/ *Byung J. Pak*
                                              Byung J. Pak

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-3424-TWT |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

The Court, having considered Defendants' Unopposed Motion to Extend Response Deadline HEREBY ORDERS THAT Defendants' response to Plaintiff's Complaint is due by October 3, 2024.

Dated:

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE