④

Lawrence L Crawford aka
Jonah Gabriel Jahjah T. Tishbite
Et. al #300839 F3B Rm 14B
Evans C.I. 610 Hwy 9 West
Bennettsville SC 29512

IN Re case 1:23-cv-03424 fearless Grant
Case and Cop City Protestors cases

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 3 0 2024   TWT

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

To: Georgia District Court.
Please file the attached documents in
the fearless Grant case captioned above
and within any Cop City Protestor cases
for the purpose of intervention and multi-
District litigation.

Thank you

August 25, 2024

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 DORM F3B. RM. 148
EVANS CORRECTIONAL INST.
610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

IN RE: SEEKING AN APPLICATION TO INDIVIDUAL JUSTICES FROM JUSTICE KETANJI BROWN JACKSON REGARDING MDL. NO. 3116 IN THE MULTI-DISTRICT LITIGATION PANEL

TO: JUSTICE KENTAJI BROWN JACKSON,

JUSTICE JACKSON THIS MATTER DEALS WITH CONCERNS MANIFESTING THEMSELVES BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT. THREE OF THE JUDGES FROM CASE MDL. CASE NO. 3116 RECUSED THEMSELVES FROM THE PANEL IN QUESTION BECAUSE OBVIOUSLY THEY DID NOT WANT TO PLAY A PART IN THE FRAUD AND INJUSTICE THAT WAS OCCURRING. THIS INVOLVES THOSE JUDGES IN WASHINGTON, D.C. AND MAINE. I KNOW THAT JUSTICE ROBERTS IS THE JUSTICE OVER WASHINGTON, D.C.. BUT THE CASE WAS TRANSFERRED TO THE PANEL IN PORTLAND, MAINE AND MAINE FALLS UNDER YOUR PRIVY SO I AM MAKING THIS REQUEST AND APPLICATION TO YOU. DESPITE HOW FANTASTIC WHAT I AM ABOUT TO SAY. IT DOESN'T MEAN THAT IT IS NOT TRUE. I HAD MY PSYCH EVALUATION, 9 DIFFERENT FORENSIC PSYCHOLOGIS. NOT ONE DEEMED ME AS DELUSIONAL OR PSYCHOTIC. I AM THE KING OF THE NORTH FORETOLD TO COME BY RELIGIOUS PROPHESY WRITTEN IN THE BOOK OF DANIEL CHAPTER 11 OF THE BIBLICAL TEXT IN THAT I WAS BORN IN THE NORTHEAST, NEW JERSEY. MY DAUGHTER AERIALLE AND MY SON QUINTA ARE THE DAUGHTER OF THE SOUTH AND THE KING OF THE SOUTH IN THAT THEY WERE BORN IN SOUTH CAROLINA AS RELIGIOUS PROPHESY FORETELLS. I AM THE BLACK MESSIAH, MARTIN LUTHER KING JR.'s SUCCESSOR. OUR GOD SENT MARTIN TO ME IN A NIGHT VISION TO PASS HIS MANTLE TO ME. I

1-of-4

KNOW THAT THESE ARE EXTRAORDINARY CLAIMS. BUT BY RECENT EVENTS SUCH AS ISRAEL'S WAR IN GAZA WHICH IS WRITTEN AND FORETOLD IN THE BOOK OF ISAIAH 14:29-32 (USE THE KING JAMES BIBLE ONLY), I AM THE "COCKATRICE" , THE "SMOKE OUT OF THE NORTH" WRITTEN WITHIN THESE BIBLICAL VERSES, THE MESSENGER, THE RIGHTEOUS KING FORETOLD BEFORE CHRIST JESUS RETURN WRITTEN IN THE BOOK OF ISAIAH CHAPT. 11:1-5. THE EVIDENCE I NOW SUBMIT IN SUPPORT OF THIS EXTRAORDINARY CLAIM IS THE CURRENT WAR IN GAZA, PALESTINE, STATING THAT I WOULD POTENTIALLY EMERGE FROM PRISON AFTER ISRAEL DESTROYS, DISSOLVES, GAZA, PALESTINE AND THE OCCURRENCE OF THE LUNAR AND SOLAR ECLIPSES DURING THIS PAST MONTH OF RAMADAN AN ADVENT THAT HASN'T OCCURRED IN OVER (250) YEARS THAT THE PROPHET MUHAMMAD (PBUH) SAID WOULD BE A SIGN FROM GOD TO PROVE WHO I AM. YOU CAN GOOGLE THIS. JUSTICE JACKSON, BECAUSE OF THE EXTRAORDINARY NATURE, CLAIMS AND COMPLEXITIES OF THIS CASE, THE PANEL JUDGES ARE ENGAGING AND CONSPIRING IN EGREGIOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE AND VIOLATIONS OF THEIR OATHS OF OFFICE TO UPHOLD THE CONSTITUTION TO THWART JUST AND FAIR REVIEW TO PREVENT CENTRALIZATION AND TRANSFER OF THESE CASES TO THE NORTH, NEW JERSEY DISTRICT COURT. MA'AM OUR GOD AND MARTIN OF COURSE KNEW THAT THE U.S. SUPREME COURT WOULD REVERSE AFFIRMATIVE ACTION. BEING A JUST GOD, THIS IS ONE OF THE REASONS OUR GOD SENT MARTIN TO ME IN A NIGHT VISION AND ALSO PART OF THE REASON WHY OUR GOD ALLOWED ME TO BE FRAMED. IT WAS TO FORCE ME TO STUDY AND LEARN LAW TO PREPARE FOR THINGS LIKE THIS AND THAT WHICH WERE YET TO COME. YOUR APPOINTMENT TO THE U.S. SUPREME COURT WAS NOT BY CHANCE. IT WAS GOD ORDAINED TO BRING US TO THIS POINT IN EARTH'S HISTORY. ITS NO COINCIDENCE THAT YOU HAPPEN TO BE AN AFRICAN AMERICAN WOMAN. THIS WOULD GIVE YOU A SPECIFIC POINT OF REFERENCE AS TO THE SIGNIFICANCE OF THIS ISSUE AT HAND. ONCE THE U.S. SUPREME COURT DECLARED UNCONSTITUTIONAL AFFIRMATIVE ACTION IN THE HARVARD STUDENT CASE. THIS FAR RIGHT WHITE NATIONALIST BILLIONAIRE AND HIS ASSOCIATES BEHIND THE ACTION REGARDING DESTROYING THE FEARLESS FUND GRANT FOR AFRICAN AMERICAN WOMEN IN THE STATE OF GEORGIA. HE AND IS ASSOCIATES HAVE BEEN GOING AROUND

THE NATION MAKING USE OF THE RULING RELATED TO AFFIRMATIVE ACTION, AND THEY HAVE BEEN FILING ACTION TO REVERSE ALL SUCH SOCIAL GAINS AND GRANTS FOR AFRICAN AMERICANS THAT WERE ESTABLISHED DURING THE CIVIL RIGHTS ERA AND DURING THE TENURE OF PRESIDENT BARAK OBAMA BEHIND RACIAL ANIMUS. THAT RULING IS CAUSING COLLATERAL CONSEQUENCES TO THE RIGHTS OF AFRICAN AMERICANS AS MARTIN FOREWARNED ME. MA'AM, MY LITIGATION RIGHT NOW MAY BE THE ONLY LITIGATION THAT MAY PREVENT THIS EGREGIOUS INJUSTICE BEING SOUGHT PERPETRATED BY THE WHITE NATIONALIST AGENDA. PLEASE READ THE ATTACHED MOTION FOR RECONSIDERATION DATED AUGUST 9, 2024 NOW SENT TO THE MULTI-DISTRICT LITIGATION PANEL COURT AND PLEASE HAVE THEM FORWARD YOU A COPY OF THE § 1983 ACTION THEY BLOCKED FROM BEING FILED TO ALLOW THEM TO IN FRAUD MAKE USE OF THE IN RE: JOEL SNIDER LITIGATION CASE. JUSTICE JACKSON, BEHIND RELIGIOUS AND RACIAL HATRED, THE PANEL IS CONSPIRING BEYOND THE COURT IN FRAUD, OBSTRUCTION, SPOLIATION AND MAIL TAMPERING AND ALL KINDS OF LAWLESS BEHAVIOR TO THWART JUST AND FAIR REVIEW OF THESE MATTERS. THEY CONSPIRING ACTORS CALLED DOWN TO THE SOUTH CAROLINA DISTRICT COURT AND THE NEW JERSEY DISTRICT COURT, THE DELAWARE DISTRICT COURT AND DESTROYED LEGAL COMPLAINTS, AMENDED COMPLAINTS AND OTHER PLEADING TO PREVENT THEIR FILING SO THAT THEY COULD IN ACTS OF FRAUD AND OBSTRUCTION MAKE USE OF THE IN RE: JOEL SNIDER LITIGATION, 437 F.Supp.3d. 1371 (J.P.M.L.2020) CASE. THEY DONE THIS ALSO BECAUSE OF WHAT IS IN THE § 1983 THEY BLOCKED FILING, THE CASE NOW BEING [7] CASES AS OPPOSED TO [3] THEY LIED ABOUT WITHIN THE ORDER OF DENIAL AND THE CASE BEING EXTREMELY COMPLEX, TO INCLUDE THE FACT THAT I SOUGHT TO INTERVENE WITHIN THE HUNTER BIDEN CASE IN THE DELAWARE DISTRICT COURT (SEE ATTACHED DOCUMENT) AND THE PRO-PALESTINIAN PROTESTORS CASES TO ESTABLISH THEIR RIGHTS AS BENEFICIARIES OF THE CESTUI QUE TRUST AS IS ARGUED WITHIN THE LEGAL DOCUMENTS, COMPLAINTS THAT THEY CRIMINALLY CONSPIRED TO BLOCK FILING IN SOUTH CAROLINA, NEW JERSEY AND DELAWARE. THESE RACIST WHITE NATIONALIST ARE OVERTLY ATTACKING AFRICAN AMERICAN WOMEN NOW AND THEY WON'T STOP THERE IF SOMETHING IS NOT DONE ABOUT IT. AS MARTIN'S SUCCESSOR, AS A SERVANT OF THE ONE TRUE GOD, THE BLACK MESSIAH, I FILED MOTION TO INTERVENE BY RIGHT AND DUTY IN HOPES

OF AIDING AFRICAN AMERICAN WOMEN PROTECT THAT GRANT. THERE WAS
NOTHING IN THE AFFIRMATIVE ACTION CASE ADJUDICATED BEFORE THE
U.S. SUPREME COURT THAT WOULD GIVE ANY INDICATION THAT THE
SUPREME COURT INTENDED TO REVERSE THE CONSTITUTIONAL PROTECTIONS
ESTABLISHED BY EX PARTE VIRGINIA 1880 OR THE SLAUGHTERHOUSE CASES
OF THAT ERA, RIGHTS ESTABLISHED FOR ALL AFRICAN AMERICANS NOT TO
BE DISPROPORTIONATELY TRAGETED TO THEIR DETRIMENT. PLEASE
INSTRUCT THE PANEL JUDGES TO STOP IT. STOP THE FRAUD AND
LAWLESSNESS, FILE THE DELAWARE MOTION TO INTERVENE, THE SOUTH
CAROLINA COMPLAINT, THE NEW JERSEY AMENDED COMPLAINT AND TRANSFER
THESE CASES TO THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION,
WITH ITS TAG ALONG CASES DUE TO THE CLEAR ACTS OF FRAUD UPON THE
COURT, CONSPIRACY AND OBSTRUCTION OF JUSTICE BEING DONE. THANK
THE MOST HIGH GOD THAT I KEPT A COPY OF THE SOUTH CAROLINA
COMPLAINT THAT THEY DESTROYED OR SPOLIATED TO PROVE IT EXISTED
AND WAS SENT. FOR MARTIN AND OUR FOREFATHERS AND FOREMOTHERS SAKE
WE CAN'T GO BACK JUSTICE JACKSON. WE CAN'T LET THE WHITE
NATIONALIST DEVILS REVERSE THE GAINS OUR FOREFATHERS DIED AND
SHED THEIR BEST BLOOD TO ESTABLISH AND PRESERVE. ONE FILING
POTENTIALLY BEING LOST IN THE MAIL IS PLAUSIBLE JUSTICE JACKSON.
BUT ALL (3) JUSTICE JACKSON, ALL ABOUT THE SAME TIME? THIS
BORDERS ON THE IMPOSSIBLE MA'AM. PLEASE INTERVENE TO CORRECT
THESE EGREGIOUS INJUSTICES ACTS DONE BEHIND RELIGIOUS AND RACIAL
ANIMUS AND POTENTIALLY POLITICAL ANIMUS BEHIND SEEKING TO PROTECT
HUNTER BIDEN. THESE CASES MAY BE THE ONE CHANCE IN THIS NATION'S
HISTORY TO ESTABLISH REPARATIONS FOR AFRICAN AMERICANS OF THIS
NATION AND PROTECT THESE AFRICAN AMERICAN WOMEN FROM THIS UNJUST
RACIALLY MOTIVATED ATTACK RELATED TO THE FEARLESS GRANT AND ANY
OTHER POTENTIAL GRANT SET IN PLACE FOR THE AFRICAN AMERICANS OF
THIS NATION. MARTIN INFORMED US THAT HE HAD A DREAM. I HAVE THAT
SAME DREAM OF JUSTICE AND FAIRNESS. THE PETITIONERS, AFRICAN
AMERICAN WOMEN THANK YOU IN ADVANCE.

RESPECTFULLY,
JONAH THE TISHBITE

AUGUST 9, 2024

THE MULTI-DISTRICT LITIGATION PANEL COURT
IN THE DISTRICT OF COLUMBIA ET. AL.,

---

**AFFIDAVIT OF SERVICE**

---

IN RE: LAWRENCE L. CRAWFORD LITIGATION CASE MDL NO. 3116

WE, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, ALTON CHISOLM, ANTHONY COOK, JEREMIAH MACKEY JR., ET AL. DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION FOR RECONSIDERATION AND OR REHEARING DUE TO FRAUD UPON THE COURT AND UNCONSTITUTIONAL ACTION; MOTION TO CHALLENGE THE PANEL COURT'S JURISDICTION; MOTION TO RENEW THE MOTION FOR § 1407 TRANSFER; MOTION TO RENEW THE MOTION FOR INJUNCTIVE RELIEF; MOTION TO STAY ON ALL LOWER COURT PROCEEDINGS AND MOTION TO MOTION THEREFOR, ON THE MULTI-DISTRICT LITIGATION COURT, THE OHIO, KENTUCKY, GEORGIA, NEW JERSEY, DELAWARE, PHILADELPHIA, SOUTH CAROLINA DISTRICT COURTS AND ALL OTHER INVOLVED PARTIES BY U.S. MAIL POSTAGE PREPAID BY DEPOSITING IT IN THE INSTITUTION MAILBOX ON AUGUST 9, 2024. IT IS DEEMED FILED ON THAT DATE, HOUSTON v. LACK, 287 U.S. 266, 273-76, 108 S.Ct. 2379(U.S.1988).

RESPECTFULLY,
ALTON CHISOLM

*Alton Chisolm*

1-of-2

JEREMIAH MACKEY JR.

ANTHONY COOK

JONAH THE TISHBITE

AUGUST 9, 2024

2-of-2

THE MULTI-DISTRICT LITIGATION PANEL COURT
IN THE DISTRICT OF COLUMBIA ET. AL.,

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE;
MOTION FOR RECONSIDERATION AND OR REHEARING
DUE TO FRAUD UPON THE COURT AND UNCONSTITUTIONAL ACTION;
MOTION TO CHALLENGE THE PANEL COURT'S JURISDICTION;
MOTION TO RENEW THE MOTION FOR § 1407 TRANSFER;
MOTION TO RENEW THE MOTION FOR INJUNCTIVE RELIEF;
MOTION FOR STAY ON ALL LOWER COURT PROCEEDINGS
AND MOTION TO MOTION THEREFOR

---

THE IN RE: LAWRENCE L. CRAWFORD LITIGATION CASES UNDER MDL CASE
NO. 3116.

TO: THE MULTI-DISTRICT LITIGATION PANEL COURT ET. AL.,

HERE THE MULTI-DISTRICT LITIGATION PANEL COURT AND ALL
PARTIES WILL FIND:

(1) EXHIBIT, "PROOF OF SERVICE AND SPOLIATION #
1". THIS IS A COPY OF THE E.H. COOPER TRUST FUND DEBIT SLIPS THAT
PROVE THE VARIOUS LEGAL PLEADING IN QUESTION WERE INDEED MAILED
OUT BEFORE THE PANEL COURT MADE ITS RULING ON JULY 29, 2024.

(2) EXHIBIT, "PROOF OF SERVICE AND SPOLIATION #
2". THIS IS A DUPLICATE COPY OF THE § 1983 THAT THE CURRENT PANEL
JUDGES CONSPIRED ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS
IN EX PARTE MEETINGS WITH THE VARIOUS STATE AND OR FEDERAL ACTORS
TO PREVENT FILING SO THE PANEL COULD FRAUDULENTLY MAKE USE OF THE
HOLDINGS MADE UNDER IN RE: JOEL SNIDER LITIGATION., 437

1-of-17

F.Supp.3d. 1371, 1372(J.P.M.L.2020).

(3) EXHIBIT, "PROOF OF SERVICE AND SPOLIATION # 3". THIS IS A DUPLICATE COPY OF THE COVER LETTER DATED JULY 16, 2024 THAT ACCOMPANIED THE [208] PAGE AMENDED COMPLAINT THAT THE PANEL JUDGES AND OR JUDGE KENNELLY, CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS WITH THE FEDERAL ACTORS WITHIN THE STATE OF NEW JERSEY DISTRICT COURT TO SPOLIATE AND PREVENT FILING TO ALLOW THE PANEL IN ACTS OF FRAUD UPON THE COURT MAKE USE OF THE HOLDINGS UNDER THE SNIDER LITIGATION CASE. A SIMILAR COMPLAINT LIKE THE SOUTH CAROLINA DISTRICT COURT COMPLAINT HERE ATTACHED BEFORE THE PANEL WAS BLOCKED FILING, SPOLIATED, IN FRAUD AND OBSTRUCTION BY THE CONSPIRING ACTORS IN AN EX PARTE EXTRA-TERRITORIAL CONSPIRACY WHICH FURTHER PROVE AND ESTABLISH THAT THE PETITIONERS CLAIMS OF THE JUDGES CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS SINCE 2006 TO THWART JUST AND FAIR REVIEW IS VALID, NOT CONCLUSORY AND ARE MERITOUS CLAIM(S). THEREFORE, WE FURTHER OBJECT TO THE USE OF THE SNIDER CASE AND TO THE PANEL ASSERTING THAT THE PETITIONERS ARE SEEKING CENTRALIZATION TO AVOID A COURT THAT PERCEIVED AS HOSTILE. ITS PERSPICUOUS THAT THE STATE OF NEW JERSEY IS JUST AS HOSTILE WHERE IT CONSPIRED WITH THE CURRENT PANEL JUDGES, ie JUDGE KENNELLY, TO SPOLIATE THE AMENDED COMPLAINT THAT WAS SENT TO THE NEW JERSEY DISTRICT COURT UNDER CASE 2:24-cv-03934-MEF-JBC TO ALLOW THE PANEL IN ACTS OF FRAUD UPON THE COURT TO MAKE USE OF THE HOLDINGS UNDER SNIDER. THUS, ANY CLAIM OF ATTEMPTING TO AVOID A HOSTILE COURT IS WITHOUT MERIT AND IS ASSERTED AS AN ACT OF FRAUD UPON THE COURT. WE OBJECT AND MOTION FOR REHEARING AND OR RECONSIDERATION AND RENEW THE MOTION AND OR PETITION FOR 1407 TRANSFER TO THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION WHERE CASE 2:24-cv-03934 IS STILL PENDING AND MOTION FOR STAY BEFORE THE NEW JERSEY DISTRICT COURT TO ALLOW A DUPLICATE OF THE AMENDED COMPLAINT THAT WAS SPOLIATED TO BE SENT TO THE COURT.

(4) EXHIBIT, "PROOF OF SERVICE AND SPOLIATION # 4". THIS IS A COPY OF THE MOTION TO INTERVENE DOCUMENT THAT WAS SENT TO THE DELAWARE DISTRICT COURT THAT THE PANEL JUDGES, ie.

KENNELLY, CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL
JURISDICTIONS GOT THE DELAWARE DISTRICT COURT TO SPOLIATE AND
PREVENT FILING TO ALLOW THE PANEL IN ACTS OF FRAUD UPON THE COURT
TO MAKE USE OF THE HOLDING MADE IN THE SNIDER CASE TO THWART JUST
AND FAIR REVIEW.

INSOMUCH, THE PETITIONER OBJECT TO THE PANEL IN ACTS OF
FRAUD UPON THE COURT ASSERTING THAT THERE ARE ONLY [3] CASES
INVOLVED WHEN THE PANEL COURT JUDGES, ie. KENNELY, DEMONSTRATING
THAT HIS PRESENCE ON THIS PANEL PRODUCED A POTENTIAL FOR BIAS
THAT RISES TO AN UNCONSTITUTIONAL LEVEL VOIDING THE PANEL'S
JURISDICTION AB INITIO PURSUANT TO WILLIAMS v. PENNSYLVANIA, 136
S.Ct. 1899 (U.S.2016), CONSPIRED TO HAVE THE JUDGE MARY NOREIKA
OF THE DELAWARE DISTRICT COURT, THE JUDGES OF THE SOUTH CAROLINA
DISTRICT COURT AND THE JUDGES OF THE NEW JERSEY DISTRICT COURT
PREVENT THE FILING OF LEGAL PLEADING, ILLEGALLY SPOLIATING THOSE
FILING, TO ALLOW THE PANEL TO IN ACTS OF FRAUD UPON THE COURT
MAKE USE OF THE SNIDER CASE. THE PETITIONERS FAMILIES CALLED THE
VARIOUS COURTS INVOLVED AND ALL OF THE COURTS WHEN QUESTIONED
STATED THAT NONE OF THOSE COURTS RECEIVED THE LEGAL PLEADING IN
QUESTION. IF ONE COURT POTENTIALLY STATED THAT SOMEHOW THE
PLEADING MAY HAVE GOTTEN LOST IN THE MAIL, THAT MAY HAVE BEEN
PLAUSIBLE. BUT THE PROBABILITY RATE THAT ALL [3] OF THESE COURTS
IN QUESTION DID NOT RECEIVE THESE CRUCIAL LEGAL PLEADINGS JUST AT
THE TIME THE PANEL WAS SET TO RULE IS SUSPECT TO SAY THE LEAST
AND ALMOST IMPOSSIBLE. THE EVIDENCE IS SUFFICIENT BEFORE ANY JURY
TO PROVE EVIDENCE OF CONSPIRACY, OBSTRUCTION OF JUSTICE AND DUE
PROCESS VIOLATION PRODUCING UNCONSTITUTIONAL ACTION. THE
EXISTENCE OF THIS COPY OF THE § 1983 THAT WAS SENT TO THE SOUTH
CAROLINA DISTRICT COURT AND THE NEW JERSEY DISTRICT COURT COVER
LETTER THAT WAS ATTACHED TO A SILIMAR § 1983 SENT TO THE NEW
JERSEY DISTRICT COURT IS SUFFICIENT TO MAKE THE CLAIM OF FRAUD
UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE
VOIDING THE PANEL'S JURISDICTION FOR DUE PROCESS VIOLATION,
VIOLATION OF 18 U.S.C. § 1001 CONCEALING MATERIAL FACTS
PERVERTING GOVERNMENT FUNCTIONS AND UNCONSTITUTIONAL ACTION
VOIDING THE PANEL COURT'S JURISDICTION UNDER THE CONSTITUTIONAL

PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION. A COPY OF THE DUPLICATE § 1983 THAT THE PANEL CONSPIRED WITH THESE DEVILS TO SPOLIATE IS AGAIN SENT TO THE SOUTH CAROLINA DISTRICT COURT. NOW SPOLIATE THIS ONE CORRUPT JUDGES. WE MOTION FOR A STAY ON ALL LOWER COURT DISTRICT COURT AND TAG ALONG CASES UNTIL THIS CRIMINAL ACTIVITY ON THE PART OF THE PANEL COURT AND INVOLVED PARTIES CAN BE ADDRESSED.

IN THE SNIDER CASE, THAT ACTION WAS DENIED BECAUSE SNIDER'S ACTIONS WERE NOT COMPLEX, WERE FILED WITHIN ONE STATE, THAT BEING PENNSYLVANIA, THE LITIGATION WAS LIMITED TO THE CLINTON COUNTY CORRECTIONAL CENTER AND OTHER INDIVIDUALS WITHIN THAT STATE NOT INVOLVING ANYONE ELSE, THERE WAS NO ACTIVITY GOING ON THAT OBSTRUCTED REVIEW AND THERE WERE NO CLEAR COMMON QUESTIONS OF LAW THAT WOULD WARRANT THE 1407 TRANSFER WHICH WAS ALSO SUPPORTED BY THE FACT THAT HIS PROCEEDINGS WERE PROCEEDING BEFORE THE COURTS INVOLVED SMOOTHLY WITHOUT ANY HICK UPS. THE PANEL WOULD BE ABUSING THEIR DISCRETION AND BE A BUNCH OF LYING DEVILS, ENGAGING IN EGREGIOUS ACTS OF FRAUD UPON THE COURT, IF THEY EVEN ATTEMPTED TO MAKE THE SAME CLAIM IN REGARD TO OUR LITIGATION WHERE EVEN THE PANEL JUDGES, ie KENNELLY, WORKED TO PREVENT FILINGS TO ALLOW YOU IN FRAUD UPON THE COURT TO MAKE USE OF THE SNIDER CASE. THE CRAWFORD STATE CASES INVOLVING THE UNITED STATES GOVERNMENT, THE 193 MEMBER STATES OF THE UNITED NATIONS, ALL (50) STATES ATTORNEY GENERALS, ALL (50) STATES FEDERAL ATTORNEYS, OVER 38 STATES UNIVERSITIES AND COLLEGES WITHIN OVER 38 STATES REGARDING THE STUDENT PALESTINIAN PROTESTORS AROUND THE NATION, THE HUNTER BIDEN CASE IN THE DELAWARE DISTRICT COURT, THE COPY CITY PROTESTORS IN ATLANTA GEORGIA, THAT THE PANEL AND JUDGES BLOCKED THE VARIOUS COURTS RECEIPT OF THAT FILING DEMONSTRATING THAT THE PROCEEDINGS IS HIGHLY COMPLEX AS WAS DETERMINED BY THE SOUTH CAROLINA RICHLAND COUNTY COURT OF COMMON PLEAS JUDGES WHO PLACED THE CRAWFORD CASES ON THE COMPLEX CASE DOCKET WHICH ALSO CARVES EXCEPTION TO THE SNIDER CASE WHERE NO SUCH COMPLEXITIES, COMPLEX CASE ASSIGNMENT, DESIGNATION OR OBSTRUCTIVE BEHAVIOR EXISTED. THE CASES PRESENTLY SIT WITHIN [7] DISTRICT COURTS OHIO, KENTUCKY, GEORGIA, NEW JERSEY,

PHILADELPHIA, SOUTH CAROLINA AND DELAWARE, UNLIKE THE SNIDER CASE BEING IN ONLY 3 DISTRICTS WITHIN THE SAME STATE, THAT THE PANEL CONSPIRE WITH THE OTHER FEDERAL COURTS INVOLVED TO CONCEAL AND OR THWART AND OR OBSTRUCT FILING IN ACTS OF SPOLIATION AND OR MAIL TAMPERING. THE PANEL CANNOT COME BACK AND SAY THIS CASE IS NOT COMPLEX WHEN IT WAS DESIGNATED AS COMPLEX AT THE SOUTH CAROLINA STATE LEVEL BEFORE THE RICHLAND COMMON PLEAS COURT AND THEN IN FRAUD ASSERT THAT THE CASES ONLY INVOLVE 3 DISTRICTS AND VIOLATIONS OF RIGHTS OF CRAWFORD AND OTHER INMATES WHEN THE PROCEEDINGS INVOLVE ALL (50) STATES, THE 193 MEMBER STATES OF THE UNITED NATIONS, THE ESTABLISHING OF RIGHTS OF REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE WHERE THE FEARLESS GRANT IS SOUGHT PROTECTED AS RELIEF WITHIN THAT LITIGATION, A COMMON QUESTION OF LAW EXISTING WITHIN ALL COMPLAINTS, FOR AFRICAN AMERICAN WOMEN, MEN, CHRISTIANS (HUNTER BIDEN) MUSLIMS AND JEWS, INVOLVES ALL COMMERCIAL ENTITIES RELATED TO THE TRANSATLANTIC SLAVE TRADE, INVOLVES POTENTIALLY THE REVERSAL OF SAME SEX MARRIAGE AROUND THE WORLD AS THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN DEFAULTED ON BY THE UNITED STATES GOVERNMENT WHICH IS WHY THE PANEL IN FRAUD FAILED TO RULE ON THE MOTION FOR ORAL ARGUMENT TO ESTABLISH WHO KRISTY KHOL AND PAUL GUNTER ARE THAT MADE BACK DOOR APPEARANCE WITHIN THE CRAWFORD CASE WHICH IS A COMMON QUESTION OF LAW RELATED TO ALL ISSUES PRESENTED. THE ESTABLISHING OF THE LEGAL ISSUES OF RELIGIOUS PROPHESY SEEN IN THE SOUTH CAROLINA § 1983 AND THE AMENDED NEW JERSEY § 1983 UNDER CASE 2:23-cv-0334-MEF-JBC ATTACKING HIS 1986 WEAPON POSSESSION CHARGE, ARGUED FOR JEREMIAH MACKEY JR. FOR A PRESENT PENDING WEAPON CHARGE IN THE STATE OF OHIO AND HUNTER BIDEN IN THE STATE OF DELAWARE PRODUCING COMMON QUESTIONS OF LAW WHERE SUCH IS SOUGHT FOR ALL INMATES WHO ARE AFRICAN DESCENT, CHRISTIAN, MUSLIM OR JEWISH NATIONALLY AS THE FIDUCIARY HEIR, KING, DEFAULTED ON BY THE UNITED STATES WITHIN THE CRAWFORD STATE CASES RELIED UPON THAT ARE ESSENTIAL TO EVERY, EVERY CAUSE WITHIN ALL COMPLAINTS, EVEN THE ONES THAT THESE CORRUPT JUDGES INVOLVED SPOLIATED TO PREVENT THEIR FILING AND MAKE USE OF THE SNIDER CASE, A COMMON QUESTION OF LAW NOT MERELY OVERLAPPING, WHERE THESE CASES ARE ALSO FILED TO ESTABLISH ALL RIGHTS, TITLES,

5-of-17

PRIVILEGES AND IMMUNITIES OF ALL AFRICANS AND THEIR DIASPORA, CHRISTIANS, MUSLIMS AND JEWS WITHIN THIS NATION AND AROUND THE WORLD AS BENEFICIARIES OF THE CESTUI QUE TRUST AS ARGUED WITHIN ALL CASES BEFORE THE PANEL, PROTECTED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, FILED AS A MEANS TO REPATRIATE THEM BACK TO THEIR ORIGINAL ANCESTRAL RELIGIOUS ORIGINS, ALLEGIANCE AND COUNTRY, DEMONSTRATING THAT THE PANEL ABUSED ITS DISCRETION IN ACTS OF FRAUD UPON THE COURT ASSERTING THAT THE CASES ONLY INVOLVE CRAWFORD AND OTHER INMATES WITHIN THE STATE OF SOUTH CAROLINA WHEN IN THAT ONE ASPECT IT INVOLVES INMATES AROUND THE ENTIRE NATION ALONG WITH THE OTHER CLAIMS PRESENTED AND THE BENEFICIARIES OF THE CESTUI QUE TRUST PROTECTED BY ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE AND THE FOREIGN SOVEREIGN IMMUNITY ACT WHERE THE GLOBAL NATIONS VIOLATED THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS AS ARGUED IN THE ATTACHED § 1983 YOU CRIMINALLY BLOCKED FILING IN SOUTH CAROLINA BY THE PANEL JUDGES CONSPIRED WITH THE OTHER FEDERAL ACTORS TO ALLOW YOU TO MAKE USE OF THE SNIDER CASE. HOW THE HECK ARE THE PETITIONER SEEKING TO MOVE TO A COURT THAT WE PERCEIVE AS NOT HOSTILE WHEN THE HOST COURT SOUGHT JUST PROVED WITHOUT A DOUBT BY SPOLIATING THE AMENDED NEW JERSEY AMENDED COMPLAINT THAT THEY ARE, TOO, SUPPOSEDLY HOSTILE. THE ORDER DENYING TRANSFER HAS EGREGIOUS FRAUDULENT CLAIMS KNOWINGLY PLACED IN IT VIOLATING 18 U.S.C. § 1001 VOIDING IT FROM ITS INCEPTION WHICH IS COMPOUNDED BY THE FRAUD THAT PRODUCED IT. FOR EVERY § 1983 FILED THAT INVOLVES THE PETITIONERS WHO ARE PRESENTLY INCARCERATED THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL IS BEING CHALLENGED WHICH IS [5] OUT OF THE [7] DISTRICT COURT CASES BEFORE THE COURTS PRODUCING ADDITIONAL COMMON QUESTION OF LAW. IT DOESN'T MATTER THAT SOME OF THE § 1983 ACTIONS DEAL WITH INMATES WHERE COMMON FACTUAL ISSUES EXIST AMONG ACTION, INCLUDING THE ONES IN FRAUD THE PANEL JUDGE(S) CONSPIRED TO BLOCK FILING, IN MULTI-DISTRICT LITIGATION, THE PRESENCE OF DIFFERENT LEGAL THEORIES AMONG THE SUBJECT ACTIONS IS NOT A BAR TO CENTRALIZATION, IN RE: BANK OF NEW YORK MELLON CORP., FOREIGN EXCHANGE TRANSACTION LITIGATION, 857 F.Supp.2d. 1371 (2012); BENTON v. BURNS, 2017 WL 491251(D.C.Md.2017).

THE PETITIONERS OBJECT TO ANY CLAIM THAT ALL PARTIES TO THE NORTHERN DISTRICT OF GEORGIA ACTION (FEARLESS FUND) OPPOSE CENTRALIZATION, LYING CORRUPT JUDGE, WHERE? THE PETITIONER ARE IN POSSESSION OF A CIVIL FOR THIS CASE. REVIEWING THE CIVIL DOCKET THAT WAS PRINTED OFF BY THE PANEL COURT ON JUNE 20, 2024. ACCORDING TO THE CIVIL DOCKET EVERY PLEADING THAT WAS FILED BEFORE THE PANEL WAS FILED BY THE PETITIONERS UP UNTIL THE PANEL ISSUED ITS CLOSED BRIEFING ORDER ON MAY 20, 2024. LYING CORRUPT LAWLESS JUDGES AS USUAL. THERE IS NO OPPOSITION FILED BEFORE THE PANEL COURT FROM ANYONE ACCORDING TO THE CIVIL DOCKET AT THE TIME THE CLOSE BRIEFING ORDER WAS ISSUED OR UNTIL JUNE 20, 2024 WHEN THE PANEL CLERK PRINTED THE CIVIL DOCKET OFF AND FORWARDED TO THE PETITIONERS. THUS, THIS IS A FRAUDULENT ENTRY PLACED WITHIN THE PENAL'S DENIAL ORDER TO ENGAGE IN FRAUD UPON THE COURT AND OBSTRUCT JUSTICE SUBJECTING ALL RESPONDENTS TO FORFEITURE AND WAIVER WHERE THEY WERE REQUIRED BY PANEL ORDER TO RESPOND BY MAY 3, 2024 WHERE BY THE CIVIL DOCKET IN OUR POSSESSION NO SUCH RESPONSE IN OPPOSITION EVER OCCURRED BEFORE THE PANEL COURT OR WAS SERVED ON THE PETITIONER AS DUE PROCESS LAW REQUIRES FOR SUCH AN OPPOSITION TO BE VALID, NOR WAS ANY OPPOSITION SERVED ON THE PETITIONER WHEN FIRST PLACED BEFORE THE GEORGIA DISTRICT COURT MAKING THE PANEL'S ORDER OF DENIAL A VIOLATION OF 18 U.S.C. § 1001, DUE PROCESS, UNCONSTITUTIONAL AND VOID UNDER THE CONSTITUTIONAL PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION. THE PETITIONERS OBJECT AND MOVE TO VACATE IT WHERE IT ALSO VIOLATES 18 U.S.C. § 1001 CONCEALING MATERIAL FACTS PERVERTING GOVERNMENT FUNCTIONS AND THE EQUAL PROTECTION OF THE LAWS CLAUSE. THE DEFENDANTS/RESPONDENTS ARE SUBJECT TO FORFEITURE AND WAIVER AND THE PANEL COURT WORKING WITH THAT DEVIL, JUDGE KENNELLY, CONSPIRED UNDER COLOR OF LAW IN EGREGIOUS ACTS OF FRAUD UPON THE COURT TO COVER IT UP. NOTICE OF TIME TO RESPOND TO SUCH FRAUDULENTLY ASSERTED OPPOSITION MUST BE ACTUALLY SERVED UPON THE PETITIONERS TO BE LEGALLY BINDING WHICH DID NOT OCCUR BEFORE EITHER GEORGIA OR PANEL COURT INVOLVED, WHICH PROCEDURALLY BAR SUCH A CLAIM, VIOLATES DUE PROCESS RENDERING THE ORDER DENYING TRANSFER VOID UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION. UNITED AID FUNDS, INC. v. ESPINOZA, 559 U.S. 260,

130 S.Ct. 1367, 176 L.Ed.2d. 158(U.S.2010); IN RE: BOZEMAN, 57 4TH. 895 (11th.Cir.2023); MATTER OF NOVOA, 690 Fed. Appx' 223 (5th.Cir.2017). WHEN THE COURT FINDS AN INTENTIONAL FAILURE OF RESPONSIVE PLEADING AS HAS OCCURRED BY THE RESPONDENTS UNDER MDL NO. 3116, THERE NEED BE NO OTHER FINDING TO JUSTIFY OUR MOTION FOR FORFEITURE AND WAIVER WHICH THE PANEL IN FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE UNCONSTITUTIONALLY DENIED, UNITED STATES v. VERA, 2019 WL 7372959 (S.D.Fla.2019); CRAIN v. E & M OPERATING, LLC., 2019 WL 6770732 (W.D.La.2019).

THE PETITIONERS OBJECT TO THE FRAUDULENT CLAIM BY THE PANEL THAT TWO CLAIMS WERE TERMINATED DURING THE PENDENCY OF THE MOTION. THIS VERY ACT ON THE PART OF THE PANEL FURTHER PRODUCES EVIDENCE AND PROOF THAT THE JUDGES ARE CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS TO THWART JUST AND FAIR REVIEW AND 1407 TRANSFER. BY MAKING SUCH AN ASSERTION, THE PANEL IS CONSPIRING UNDER COLOR OF LAW TO CONCEAL THE FRAUD UPON THE COURT THAT OCCURRED WITHIN THE KENTUCKY DISTRICT COURT INVOLVING JUDGE SIMPSOM III. CASE NO. 24-00028 IS STILL PENDING UNDER CASE 3:24-cv-000246-CRS WHICH WAS FILLED WITHIN (10) DAYS OF THE KENTUCKY DISTRICT COURT ISSUING ITS ORDER MOVING TO VACATE THE ORDER UNDER CASE 24-0028 TOLLING THAT CASE MAKING IT LEGALLY STILL PENDING. THEN THE KENTUCKY COURT TRIED TO CONCEAL IT BY THE FRAUD THAT WAS ARGUED BEFORE THE PANEL THAT PRODUCED THE RECUSAL OF JUDGE CALDWELL FROM THE PANEL. BY THE PANEL MAKING USE OF A CASE KNOWN TO BE FRAUDULENTLY PRODUCED THAT FRAUD VITIATES THE PANEL'S DENIAL OF TRANSFER AND THEY ARE CONSPIRING TO AID SIMPSON TO CONCEAL THE FRAUD THAT PRODUCED CASE 3:24-cv-00246-CRS THAT IS STILL PENDING THAT IS CLEARLY DOCUMENTED WITHIN THE PANEL CIVIL DOCKET PRODUCED BY THE PANEL COURT CLERK ON JUNE 20, 2024 AND FORWARDED TO THE PETITIONERS. AS FOR CASE NO. 24-0659 BEFORE THE PHILADELPHIA DISTRICT COURT, THAT CASE IS STILL PENDING AS WELL. CRAWFORD TIMELY FILED TO CHALLENGE THE ORDER ISSUED UNDER CASE 24-0659 WHICH IS STILL PENDING AND WHERE THAT COURT NOW ONLY ORDERED THAT CRAWFORD PAY THE FILING FEE. THE FILING FEE FOR ALL PARTIES WAS SENT TO THE PHILADELPHIA COURT BY THE PETITIONER

ALTON CHISOLM FOR $450. THE PHILADELPHIA DISTRICT COURT RETURNED THE CHECK BECAUSE THEY SAID IT WAS TOO MUCH, THE FEE IS $405. THAT $405 FEE WAS SENT. NOW THAT COURT CONSPIRING WITH THESE CORRUPT JUDGES IS CLAIMING THEY NEVER RECEIVED IT WHICH OUR FAMILY CALLED THEM ON AUGUST 5, 2024 TO FIND ALL OF THIS OUT. THE PHILADELPHIA DISTRICT COURT CASE IS STILL PENDING AND THE FILING FEE FOR ALL PARTIES IS IN THE PROCESS OF BEING SENT TO THE PHILADELPHIA COURT WHO POTENTIALLY SPOLIATED THE CHISOLM $405 CHECK RECENTLY SENT. WE ARE CANCELING THE PREVIOUS SENT $405 CHECK TO PREVENT ANY FURTHER INJUSTICE AND ARE IN THE PROCESS OF RE-SENDING THE REQUIRED FILING FEE FOR ALL PLAINTIFFS INVOLVED. THUS, THIS TOO IS A FRAUDULENT ENTRY PLACED WITHIN THE PANEL'S ORDER VIOLATING 18 U.S.C. § 1001 VOIDING THE ORDER FOR DUE PROCESS VIOLATION AND UNCONSTITUTIONAL ACTION UNDER THE CONSTITUTIONAL PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION, M.D.C. INNOVATIONS, LLC. v. NORTHERN,--Fed. Appx'--, 2018 WL 1229607 (4th.Cir.2018); HAMER v. NEIGHBORHOOD HOUSING SERVICES OF CHICAGO, 138 S.Ct. 13, 1 9 L.Ed.2d. 249 (U.S.2017).

THE PETITIONERS OBJECT TO THE PANEL ASSERTION THAT THE (FEARLESS FUND) ACTION DOES NOT INVOLVE CRAWFORD AT ALL IS ENTIRELY UNRELATED TO THE GRIEVANCES THAT HE RAISES IN THE OTHER TWO ACTIONS ON THE MOTION. THAT THE FEARLESS FUND CONCERNS A SMALL BUSINESS GRANT PROGRAM THAT ALLEGEDLY IS RACIALLY EXCLUSIONARY. THESE CLAIMS BY THE PANEL FURTHER GOES TOWARDS PROVING THE FRAUD AND OBSTRUCTION OF THE PANEL. THE PETITIONER CRAWFORD FILED A MOTION TO INTERVENE BY RIGHT WITHIN THE FEARLESS GRANT PROCEEDING MAKING HIM A THIRD PARTY WHICH NONE OF THEM CHALLENGED BEFORE THIS PANEL BASED UPON THE CLAIMS OF DEFAULT AND VOIDING OF JURISDICTION EMERGING FROM THE CRAWFORD STATE CASES RELIED UPON CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 IN RICHLAND COUNTY S.C. TO WHICH THE UNITED STATES GOVERNMENT IS DIRECT PARTY TO THOSE CASES AND DEFAULT BINDING ALL REGARDING ALL CLAIMS MADE THEREIN BY THE SUPREMACY CLAUSE. THIS IS NOT RAMBLING. THIS POSITION AND CLAIM IS CLEAR AND

UNAMBIGUOUS. THE CLAIM MADE BEFORE THE COURT THAT THE UNITED
STATES GOVERNMENT DEFAULTED ON WAS THAT CRAWFORD IS THE FIDUCIARY
FOREIGN SOVEREIGN HEIR, KING, HIGH PRIEST OF RELIGIOUS PROPHESY
WITH REDEMPTION POWER AS THE SON OF AARON AND THE LEVITICAL
PRIESTHOOD, THE KING OF THE NORTH WRITTEN WITHIN THE BOOK OF
DANIEL CHAPTER 11, ZECHARIAH 6:12-13, THE "SMOKE OUT OF THE
NORTH" WRITTEN IN THE BOOK OF ISAIAH 14:29-32, THE MESSENGER(S)
TO THE NATION, WHO WOULD COME OUT OF PRISON BETRAYED BY MEMBERS
OF HIS HOUSEHOLD AT A TIME WHEN ISREAL IS ATTACKING PALESTINE
WHICH IS OCCURRING NOW AND HAS NOT OCCURRED ON THIS LEVEL SINCE
IT BECAME A STATE, THAT CRAWFORD IS THE DIRECT DESCENDENT, THE
FIDUCIARY HEIR AND KING OF MENEYLEK I OF THE ETHIOPIAN EMPIRE OF
AFRICA WHOM THE FEARLESS GRANT WOMEN ARE DERIVED, WHOSE ANCESTORS
WERE BROUGHT HERE BY THE BRUTAL BONDAGE OF SLAVERY, THAT CRAWFORD
IS THE SOVEREIGN FOREIGN FIDUCIARY HEIR, A DIRECT DESCENDANT OF
THE EARTH'S GREATEST PROPHETS AND KINGS FORETOLD TO COME BY THE 3
MONOTHEISTIC RELIGIONS WHERE THESE RELIGIOUS BELIEFS ARE
PROTECTED UNDER THE 1st. AMENDMENT OF THE U.S. CONSTITUTION. THIS
IS NOT RAMBLING NOR IS IT CONCLUSORY DUE TO THE PRESENT ATTACK OF
ISRAEL ON GAZA WHICH IS ALSO SUPPORTED BY THE FACT THAT THERE WAS
BOTH A LUNAR AND SOLAR ECLIPSE OCCURRING DURING THE PAST RAMADAN,
AN ADVENT THAT HAS NOT BEEN SEEN IN ABOUT 250 YEARS THAT THE
PROPHET MUHAMMAD OF ISLAM FORETOLD WOULD BE A SIGN FROM GOD THAT
HIS CLAIM IS TRUE. THIS IS NOT RAMBLING NOR BY THE RECENT ISRAELI
ATTACK ON GAZA OR THE TWO PAST ECLIPSE IS IT CONCLUSORY. THESE
CLAIMS BEING MADE WITHIN THE CRAWFORD STATES CASES RELIED UPON TO
WHICH THE UNITED STATES IS DIRECT PARTY MAKING A BACK DOOR
APPEARANCE IN THE FORM OF KRISTY KHOL AND PAUL GUNTER FEDERAL
AGENTS, WHICH IS WHY THE PANEL IN FRAUD UPON THE COURT FAILED TO
RULE ON THE MOTION FOR ORAL ARGUMENT ARE LEGALLY BINDING. THEIR
FAILURE TO PLEAD WITHIN THOSE CRAWFORD STATE CASES MAKE THE
CLAIMS LEGALLY TRUE AND CORRECT SUBJECTING THE UNITED STATES
GOVERNMENT AND ALL (50) STATES TO FORFEITURE AND WAIVER ON ALL
CLAIMS MADE WITHIN THOSE PROCEEDINGS BY THE SUPREMACY CLAUSE. THE
STATE OF SOUTH CAROLINA, ITS ATTORNEY GENERAL AND EVEN S.C.D.C.
HAD FULL OPPORTUNITY TO DISPUTE THESE CLAIMS BEFORE THE PANEL VIA
THE PANEL'S ORDER REQUIRING THEY RESPOND TO THESE JURISDICTIONAL

FACTS BY MAY 3, 2024. THEY FAILED TO RESPOND AND CHALLENGE. THAT
FAILURE TO RESPOND ALSO SOLIDIFIES THE FORFEITURE AND WAIVER ON
THIS CLAIM AS WELL. THE LAW IS CLEAR ON THIS ISSUE, WHEN THE
COURT FINDS AN INTENTIONAL FAILURE OF RESPONSIVE PLEADINGS THERE
NEED BE NO OTHER FINDING TO JUSTIFY THE DEFAULT, FORFEITURE AND
WAIVER, MATTHEWS v. GIVING DAYS FOUNDATION, INC., 2019 WL 4991728
(S.D.Tex.2019;   IN   RE:   KNIGHT,   833   F.2d.   1515,
1516(11th.Cir.1987). ATTORNEY BILTOFT OF THE McKAY LAW FIRM WAS
PROPERLY SERVED THE PANEL COURT PROCEEDINGS AS PANEL RULES
REQUIRED. PERSONAL JURISDICTION OVER A PARTY IS OBTAINED THROUGH
PROPER SERVICE OF PROCESS AND BY VOLUNTARY APPEARANCE. THE UNITED
STATES GOVERNMENT MADE VOLUNTARY APPEARANCE IN THE CRAWFORD STATE
CASES. THE S.C. ATTORNEY GENERAL WAS SERVED THE PANEL DOCUMENTS
THROUGH THEIR ATTORNEY BILTOFT REQUIRING THEM TO RESPOND TO
CHALLENGE BUT THEY FAILED AND THE PANEL JUDGES IN FRAUD UPON THE
COURT TRIED TO COVER IT UP, IN RE: E.M., 2023 WL 2237950
(OHIO.6th.DIST.2023). THIS IS NOT RAMBLING NOR IS IT A AMBIGUOUS
CLAIM. THESE ARE FUNDAMENTAL PRINCIPLES OF DUE PROCESS LAW AS
THEY RELATE TO REQUIRED RESPONSE. BY THAT FORFEITURE AND WAIVER
OF THE UNITED STATES GOVERNMENT, AND THE S.C. ATTORNEY GENERAL
BEFORE THE PANEL COURT, THIS LEGALLY BINDS ALL COURTS STATE AND
FEDERAL BY THE SUPREMACY CLAUSE, AND FORFEITURE AND WAIVER IS
ESTABLISHED, MAKING CRAWFORD THE FORETOLD BY RELIGIOUS PROPHESY
OF THE 3 MAINSTREAM MONOTHEISTIC RELIGION THE FOREIGN SOVEREIGN
FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND HIGH PRIEST OF THE ONE
TRUE GOD AS IS ARGUED WITHIN THE NOW ATTACHED § 1983 THE PANEL
COURT CONSPIRED WITH THE SOUTH CAROLINA DISTRICT COURT TO PREVENT
FILING, PROTECTED UNDER ARTICLE 1 § 10, THE 1st. AMENDMENT FREE
EXERCISE CLAUSE AND THE FOREIGN SOVEREIGN IMMUNITY ACT AS ALSO
ARTICULATED WITHIN THE TYPED EXHIBIT, [26] PAGES DATED JANUARY
20, 2024 WHICH IS ALSO ARTICULATED WITHIN THE § 1983 ACTION THE
PANEL JUDGES CONSPIRED TO PREVENT FILING BEFORE THE SOUTH
CAROLINA DISTRICT COURT AND THE AMENDED COMPLAINT THEY BLOCKED
AND SPOILATED WITHIN THE NEW JERSEY DISTRICT COURT. AS THE
FOREIGN SOVEREIGN FIDUCIARY HEIR, KING PROTECTED BY "CONTRACT",
"COVENANT" WHERE THE 4 GLOBAL THRONES OF RELIGIOUS PROPHESY THAT

ESTABLISH THE KINGDOM OF IRON MIXED WITH MIRY CLAY WITHIN THE CONTRACT IN DANIEL CHAPTER 2, THE CONTRACT ESTABLISHES AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS AS THE 4 GLOBAL THOSE WHERE THE § 1983(s) ARE FILED TO REPATRIATE THEM RE-ESTABLISHING ALL RIGHTS TITLES, PRIVILEGES AND IMMUNITIES GIVEN TO THEM BY THE ONE TRUE GOD WHERE THEY ARE DESIGNATED BY THE 3 HOLY BOOKS, CONTRACTS, COVENANT AS THE SOVEREIGN BENEFICIARIES OF THE CESTUI QUE TRUST MAKING THEM IMMUNE FROM CIVIL ACTION BEING LEVIED AGAINST THEM AS IS EXPLAINED IN THE ATTACH § 1983 YOU JUDGES CONSPIRED TO BLOCKED FILING TO ENGAGE IN FRAUD AND UNCONSTITUTIONAL ACTION, PLACING LEGAL OBLIGATION UPON CRAWFORD AS FIDUCIARY AND MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN TO PROTECT THEIRS AND HIS ACQUIRED INTEREST. THE UNITED STATES GOVERNMENT AND STATE OF SOUTH CAROLINA FORFEITED AND WAIVED CHALLENGE ON ALL OF THIS. THIS IS NOT DIFFICULT TO UNDERSTAND, NOR IS IT RAMBLING. THE CLAIM OF RAMBLING IS THE GO TO PHRASE THAT MANY JUDGES USE WHEN THEY ARE TRYING TO AVOID OR HIDE THE TRUTH. A CLAIM OF FORFEITURE AND WAIVER AND EXPLAINING HOW THE FORFEITURE AND WAIVER EXIST OR SEEKING RIGHTS OF RES JUDICATA OR COLLATERAL ESTOPPEL IS NOT RAMBLING. THE PETITIONERS OBJECT, CHAPMAN v. DOE BY ROBERT, 598 U.S.--S.Ct.--, 2023 WL 2563313 (MEM)(U.S.2023); WELLNESS INTERN, 135 S.Ct. 1932; MORGAN v. SUNDANCE, INC., 142 S.Ct. 1708 (U.S.2022); IN RE: IMERY TALC AMERICA, INC.,--F.4TH.--, 2022 WL 2350263 (3rd.Cir.2022).

THAT FOUNDATION BEING LAID, YOUR LAWS ARE NOT YOUR OWN. THEY ARE OURS, THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, GIVEN TO YOUR GLOBAL NATIONS AS A "GRANT" THROUGH THE PROPHET ABRAHAM, ie. THOU SHALT NOT STEAL, KILL, DEFRAUD, BEAR FALSE WITNESS ETC. THAT HAS CLEAR RESTRICTIONS IN THAT IN ORDER FOR YOUR GLOBAL NATIONS TO MAKE USE OF OUR LAWS, THE SOLE CORPORATION TO WHICH CRAWFORD IS PARTY, YOU MUST BE "JUST AND FAIR". WHY DO YOU THINK THIS IS A COMMON FUNDAMENTAL PRINCIPLE OF YOUR COURTS? ITS YOUR NATION ACKNOWLEDGING THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, REQUIRING "JUSTICE AND FAIRNESS", WHERE THE LAW OF THE CONTRACT, COVENANT, WHERE AND WHEN IT WAS MADE STANDS AND CANNOT

BE MADE OR UNMADE BY YOUR COURTS WITH EX POST FACTO LAW OR YOU WILL BURDEN THE OBLIGATION OF THE CONTRACT, WHERE THE ROLE THE BIBLICAL TEXT PLACED IN ESTABLISHING YOUR NATIONS LAWS AND CONSTITUTION CANNOT BE DENIED. ARE YOU KEEPING UP SO FAR?

LAST WE CHECKED, THE BLACK CITIZENS OF THIS NATION, ie. THE WOMEN OF THE FEARLESS FUND CASE, ARE THEY NOT OF AFRICAN DESCENT? ALL OF AFRICA AT THE POINT OF THE CRAWFORD ANCESTRY WAS ENTIRELY CONTROLLED BY THE ETHIOPIAN EMPIRE BEFORE THE WHITE COLONIZERS VIOLATING THE FOREIGN SOVEREIGN IMMUNITY ACT STATE SPONSORED TERRORISM AND COMMERCIAL PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT CARVED IT UP INTO WHAT IT IS TODAY. THAT MAKES THESE BLACK WOMEN THAT THESE WHITE SUPREMACIST DEVILS ARE ATTACKING WITHIN YOUR COURTS VIA THE FEARLESS FUND, MAKING USE OF THE LAWS OF THE SOLE CORPORATION, TO WHICH THESE AFRICAN AMERICAN WOMEN ARE NOW LEGALLY BY THE DEFAULT EMERGING FROM THE CRAWFORD STATE CASE, BENEFICIARIES OF THE CESTUI QUE TRUST AS IS ARGUED IN THE TWO COMPLAINTS YOU PANEL JUDGES CONSPIRED TO BLOCKED AS WELL AS IN THE OHIO AND KENTUCKY COMPLAINTS AND AS THE COMPLAINTS CLEARLY INDICATE, THE STATE OF GEORGIA IS CLEARLY LISTED AS A DEFENDANT TO ESTABLISH THESE NOW CONSTITUTIONALLY PROTECTED RIGHTS OF IMMUNITY FROM SUIT FOR THE FEARLESS FUND RECIPIENTS THAT HAS BEEN DEFAULTED ON BY THE UNITED STATES GOVERNMENT AND WHERE AS PART OF REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE SEEN WITHIN THE INVOLVED COMPLAINTS. PART OF THE RELIEF SOUGHT FOR AFRICAN AMERICANS, LAST I CHECKED THE FEARLESS FUND WOMEN ARE AFRICAN AMERICAN, IS TO KEEP IN PLACE AND MAINTAIN THE GRANTS THAT THESE RACIST DEVILS ARE ATTACKING, AND BY YOUR COURTS ALLOWING THE SUIT IN THE FEARLESS GRANT CASE TO MOVE FORWARD AGAINST THE BENEFICIARIES OF THE CESTUI QUE TRUST, THESE AFRICAN AMERICAN WOMEN? YOUR NATION IS IN VIOLATION OF THE TERMS OF THE "GRANT" OPENING THE DOOR FOR CRAWFORD AS THE FOREIGN SOVEREIGN FIDUCIARY HEIR TO MOTION TO INTERVENE BY RIGHT, NOT PERMISSION, TO PROTECT THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. "HAERES EST EADUM PERSONA CUM ANCESTORE"——THE HEIR IS THE SAME PERSON AS HIS ANCESTOR. THIS IS NOT RAMBLING. THESE ARE FUNDAMENTAL PRINCIPLES

OF PROBATE LAW, OF THE LAW OF TRUST, OF CONTRACTS AND COVENANTS IN THIS INSTANCE AND THESE FUNDAMENTAL PRINCIPLES OF LAW ARE EASY TO UNDERSTAND FOR THE AVERAGE JUDGE UNLESS THEY ARE VILLAGE IDIOTS WHO DID NOT FINISH LAW SCHOOL. THERE IS MOTION TO INTERVENE FILED WITHIN THE GEORGIA DISTRICT COURT FEARLESS FUND CASE MAKING CRAWFORD THIRD PARTY BY RIGHT WHERE THE GEORGIA DISTRICT COURT AND FEARLESS FUND PARTIES FAILED TO RESPOND TO CHALLENGE WHEN THE PANEL ORDERED THEM TO RESPOND BY MAY 3, 2024 WHERE BY THE PANEL'S ACTION MAKING THE CLAIM CRAWFORD IS NOT PARTY WHEN NONE OF THEM CHALLENGED WHEN GIVEN OPPORTUNITY IS FRAUD UPON THE COURT, DUE PROCESS VIOLATION, A VIOLATION OF THE SEPARATION OF POWERS CLAUSE AND UNCONSTITUTIONAL ACTION BURDENING THE OBLIGATION OF THE CONTRACT, COVENANT, VOIDING THE PANEL COURT'S JURISDICTION FOR UNCONSTITUTIONAL ACTION, CHIMMEBY'S MANAGEMENT, CO., LLC. v. AFFILIATED F.M. INSURANCE CO., 152 F.Supp.3d. 159 (2016); MIDDLETON v. ANDINO, 481 F.Supp.3d. 563 (DSC.2020); COOPER v. SOUTH CAROLINA DEPT. OF SOCIAL SERVICES, 428 S.C. 402, 835 S.E.2d. 516(S.C.2019). BY THE CAUSES OF ACTION SEEN IN THE § 1983 THAT YOU ALL CONSPIRED TO BLOCKED AND OR SPOLIATED, THESE MULTI-DISTRICT LITIGATION CASES ARE ESTABLISHED WITHIN [7] DISTRICT COURT, NOT WITHIN ONE STATE, BUT AROUND THE NATION, ALSO INVOLVING THE (194) MEMBERS STATES OF THE UNITED NATIONS, THE (50) STATES REGARDING THE RIGHT TO LEGALLY MARRY AS THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, THE STUDENT PRO-PALESTINIAN PROTESTORS CASES TO ESTABLISH THEIR IMMUNITY AS BENEFICIARIES OF THE CESTUI QUE TRUST, INVOLVING OVER 38 STATES AND OVER (70) COLLEGES AND UNIVERSITIES, TO ALSO CHALLENGE YOUR NATION'S VIOLATION OF THE TERMS OF THE "GRANT" WHICH HAD RESTRICTIONS WHICH YOUR NATIONS AND COURTS, JUDGES VIOLATED INVOKE THE FEDERAL COURT'S ORIGINAL JURISDICTION DEMONSTRATING AN EXTREMELY COMPLEX CASE WHICH ALSO SUPPORT THE GRANTING OF MOTION TO APPOINT LEGAL COUNSEL AS NEEDED, DELAWARE v. PENNSYLVANIA,--S.Ct.--, 2023 WL 2247231 (U.S.2023). THE COMMON LEGAL QUESTION ARGUED WITHIN THIS DOCUMENT AND THE TWO COMPLAINTS THE PANEL CONSPIRED IN BLOCKING AND ARE SPOLIATING, A COPY OF THE S.C. COMPLAINT NOW ATTACHED, ARE MORE THAN SUFFICIENT TO SATISFY SECTION 1407's REQUIREMENT OF COMMON

FACTUAL QUESTIONS WHICH IS WHY JUDGE KENNELLY COMPROMISING THIS PANEL IN EX PARTE FASHION GOT THE SOUTH CAROLINA, NEW JERSEY AND DELAWARE DISTRICT COURTS TO PREVENT, BLOCK OR SPOLIATE THOSE PLEADING SOUGHT FILED THAT WE NOTIFIED THIS PANEL OF BEFORE IT ISSUED ITS JULY 29, 2024 ORDER DENYING THE TRANSFER IN FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE. THIS IS WHY YOU DID NOT WANT TO GRANT THAT MOTION FOR ORAL ARGUMENT. THE DEFAULT AND FORFEITURE OF THE UNITED STATES GOVERNMENT WOULD HAVE BEEN COMPLETELY REVEALED. PROVE THE PETITIONERS WRONG BY GRANTING THE MOTION FOR ORAL ARGUMENT AS WAS DEMANDED.

THE PETITIONERS OBJECT TO THE PANEL IN ACTS OF FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE MAKING ANY USE OF ANY SUPPOSED CASE THAT PRODUCED ANY ALLEGE 3 STRIKE OR FRIVOLOUS FILING BECAUSE CRAWFORD IS NOT THE ONLY PETITIONER BEFORE THE COURT AND THE OTHER PETITIONER HAVE BEEN OVERWHELMINGLY PREJUDICED VIOLATING THEIR DUE PROCESS RIGHTS BY SUCH CLAIMS WHERE SUCH CLAIMS DO NOT APPLY TO THEM AND THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH ITS 3 STRIKE, AEDPA, MANDATORY SENTENCING, PLRA PROVISIONS ARE COMING UNDER ATTACK WITHIN ALL § 1983 ACTIONS INVOLVED DUE TO THEY DISPROPORTIONATELY TARGETING AFRICAN AMERICANS IN VIOLATION OF U.S. SUPREME COURT HOLDINGS UNDER EX PARTE VIRGINIA 1880 WHICH THE UNITED STATES GOVERNMENT IS ALSO BEING SUED FOR THIS DUE TO SUCH ACTION VIOLATING THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN INVOKING THE COMMERCIAL, CONTRACT AND STATE SPONSORED TERRORISM EXCEPTIONS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT STRIPPING ALL OF IMMUNITY AS IS ARGUED WITHIN THE ATTACHED S.C. COMPLAINT YOU CONSPIRED IN FRAUD TO BLOCK SO YOU CAN MAKE USE OF THE SNIDER CASE. THIS IS NOT RAMBLING. THE CLAIM BY THE EVIDENCE PRESENTED IS CLEAR. YOUR FRAUD CAUSED VIOLATIONS OF OUR 7th. AMENDMENT CONSTITUTIONAL RIGHT TO HAVE THIS MATTER PLACED BEFORE THE JURY VOIDING THE ORDER DENYING TRANSFER FOR DUE PROCESS VIOLATION AND UNCONSTITUTIONAL ACTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION. A TIMELY FAILURE TO SERVE THE NOTICE

WHICH THE PANEL CONSPIRED TO BLOCK FROM THE DEALWARE, S.C. AND NEW JERSEY COURTS INVOLVED WITH THE CONSPIRING PARTIES, OR THE COURT'S FAILURE TO CERTIFY, DOES NOT FORFEIT A CONSTITUTIONAL CLAIM OR DEFENSE THAT IS TIMELY ASSERTED WHICH BY THE DOCUMENTS THE PANEL IN FRAUD CONSPIRED TO BLOCK IS TIMELY ASSERTED. THESE WERE SUPPOSE TO BE MATTERS FOR THE JURY. YOU SHOULD HAVE NOT MADE USE OF THOSE TAINTED CASES TO PRODUCE YOUR ORDER. THE PETITIONERS OBJECT. AND STOP THE FOOLISHNESS PANEL COURT. THE PETITIONERS WERE NOT SEEKING THAT THE LOWER DISTRICT COURTS ESTABLISH MULTI-DISTRICT LITIGATION. WE SOUGHT TO GIVE THEM NOTICE OF THE DESIRE TO ESTABLISH MULTI-DISTRICT LITIGATION AND ASK IF THOSE COURTS WOULD PURSUANT TO RULE 82 ON VENUE TRANSFER THE PROCEEDINGS TO THE PANEL. SUCH A REQUEST UNDER THOSE PARTICULAR CIRCUMSTANCES WHEN WE DID NOT THEN HAVE THE ADDRESS TO THE PANEL COURT WAS NOT UNREASONABLE. AS FOR ANY REQUEST FOR HABEAS CORPUS RELIEF, THE PETITIONERS WOULD DEFER THAT REQUEST AND ANY OTHER INNJUNCTIVE RELIEF TO BE RENEWED BY THIS DOCUMENT BEFORE THE NEW JERSEY DISTRICT COURT WHEN THE CASES ARE THEN TRANSFERRED, CURTIS v. LOETHER, 415 U.S. 189, 94 S.Ct. 1005, 39 L.Ed.2d. 260(U.S.1974); CITY OF MONTEREY, LTD., 526 U.S. 687, 119 S.Ct. 1624(U.S.1999). WE MOTION FOR RECONSIDERATION AND SEEK TO VACATE THE ORDER DENYING TRANSFER, GATHER THESE CASES AND TRANSFER THEM TO THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION, AND GIVE US TIME TO RE-SUBMIT THE AMENDED NEW JERSEY COMPLAINT THAT YOU CONSPIRED TO SPOLIATED OR BLOCKED FILING PLEASE. STOP THE FRAUD AND LAWLESSNESS. YOUR ARE IN VIOLATION OF THE TERMS OF THE "GRANT" OPENING YOU UP TO THE RECALLING OF THE GRANT AND LEGAL ACTION WHICH THE § 1983 YOU CONSPIRED WITH THE OTHERS TO BLOCKED IS FILED FOR.

RESPECTFULLY,
ALTON CHISOLM

Allen Chisolm

16-of-17

JEREMIAH MACKEY JR.

ANTHONY COOK

JONAH THE TISHBITE

AUGUST 9, 2024

17-of-17

# AGREEMENT TO DEBIT E.H. COOPER TRUST ACCOUNT

| Inmate's Name: LAWRENCE L. CRAWFORD | SCDC#: 300839 | Housing Unit: F3B RM. 148 | Date: 7/10/24 |
|---|---|---|---|

## GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| Other | | | |
| | | Sub-Total: | |

*(handwritten, circled: Delaware District Court filings proof)*

## LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

.64
-.64
-.88
1-36

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | 3.07 |
| Pen | | | 1.87 |
| Paper | | | 3.79 |
| Postage | 10 | 6 ON TRUCK | 2.59 |
| Other | | | 2.59 |

0277-AP/KER-0399/COPCTY/HUNTER/KY BUST I.H. Sub-Total: 3.07
TO DEL/GA/PA/OHIO/FULTON/S.C.D.C./GEN.COUN. 3.07
BILTOFT/A.G./PANEL/ADMCT.

## PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff: 1.60

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |
| | | 36.84 TOTAL |

Inmate's Signature

Mailroom/Canteen Signature (Request filled by)   7-10-24 Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: LAWRENCE L. CRAWFORD | SCDC #: 300839 | Housing Unit: F3B- RM. 148 | Date: 7/23/24 |
|---|---|---|---|

### GENERAL MATERIAL
** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | | |
| Tape | | |
| Box | | |
| Electronic Repair | | |
| Other | | |

*SC $1983 mailing proof* (handwritten)

Sub-Total:

### LEGAL MATERIAL
** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | 1.25 |
| Paper | | 3.43 |
| Postage | 3 + 3 | 2.31 |
| Other | | 11.25 |

§ 1983 S.C. DISTRICT COURT; McCRAY
PLEADING BACK UP/SUPPLEMENT MDL NOTICE
TO ALL 3 COURTS RELATED THERETO

Sub-Total:

### PHOTOCOPIES
** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |

18.24
**TOTAL**

Inmate's Signature

Mailroom/Canteen Signature (Request filled by)

7-23-24
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

Division of Inmate Services

# AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: Laurence L Crawford | SCDC #: 300839 | Housing Unit: F313 RM 148 | Date: 8/9/24 |
|---|---|---|---|

## GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | | |
| Tape | | |
| Box | | |
| Electronic Repair | | |
| Other | | |

17 page panel mailing rehearing proof

Sub-Total:

## LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | 10.80 |
| Pen | | 8.45 |
| Paper | | (S) 2-59 |
| Postage | 8 | 1.25 |
| Other | | 3.43 |

1 outreach

rehear to Panel, suppl, PH. Del, GUA. Ky. SC & 1983 SC & Panel

Sub-Total: 9.50

1.25

## PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |

47.63
**TOTAL**

Inmate's Signature

Mailroom/Canteen Signature (Request filled by)    8/12/24   Date

White - Inmate
Canary - Mailroom/Canteen Employee

OVERSTREET-U-DEEN
15306 ROBEY AVE #707
HARVEY IL 60426



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

9589 0710 5270 1743 1823 57



*Retail*



30303

RDC 99

U.S. POSTAGE
FCM LG ENV
HARVEY, IL 604
AUG 27, 2024

**$7.44**

R2304M115984-5

THE US DISTRICT COURT OF GEORGIA
CITY CLERKS OFFICE
75 TED TURNER DRIVE NW
#2211
ATLANTA GA 30303

CLEARED SECURITY

U.S. MARSHAL
Atlanta, Georgia