IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FEARLESS FUND MANAGEMENT, LLC, *et al.*, *Defendants*. | Case No. 1:23-CV-3424-TWT |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

The Court, having considered Defendants' Unopposed Motion to Extend Response Deadline HEREBY ORDERS THAT Defendants' response to Plaintiff's Complaint is due by October 3, 2024.

SO ORDERED this 5th day of September, 2024.

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE