# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>         *Plaintiff*,<br>v.<br>FEARLESS FUND MANAGEMENT, LLC, *et al.*,<br>         *Defendant*. | Case No. 1:23-cv-3424-TWT |

## JOINT STIPULATION OF DISMISSAL

The parties have settled. Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to the dismissal of this case with prejudice.

Dated: September 11, 2024

Respectfully submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
mdenerstein@gibsondunn.com

Jason C. Schwartz (pro hac vice)
Zakiyyah T. Salim-Williams (pro hac vice)
Molly T. Senger (pro hac vice)
Naima L. Farrell (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jschwartz@gibsondunn.com
zswilliams@gibsondunn.com
msenger@gibsondunn.com
nfarrell@gibsondunn.com

Katherine Marquart (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com

Alphonso David (pro hac vice)
GLOBAL BLACK ECONOMIC FORUM
34 35th Street, Suite 5A
Brooklyn, NY 11232
(212) 287-5864
alphonso.david@gbef.com

Ben Crump (pro hac vice)
Brooke Cluse (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301

*/s/ Gilbert C. Dickey*
Thomas R. McCarthy (pro hac vice)
Cameron T. Norris (pro hac vice)
Gilbert C. Dickey (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com

J. William Fawcett, Sr. (GA Bar #646162)
CHAMBLISS & FAWCETT, LLP
2900 Paces Ferry Road, Ste. B-101
Atlanta, GA 30339
(770) 434-0310
wfawcett@cf-firm.com

*Attorneys for Plaintiff*

(844) 964-1002
Brooke@bencrump.com

Byung J. Pak (GA Bar #559457)
Leila N. Knox (GA Bar #242279)
ALSTON & BIRD
1201 W. Peachtree St.
Atlanta, GA 30309
(404) 881-7000
Bjay.pak@alston.com
Leila.knox@alston.com

*Attorneys for Defendants Fearless Fund Management, LLC; Fearless Fund II, GP, LLC; Fearless Fund II, LP; and Fearless Foundation, Inc.*
*Counsel for Defendants*