IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>     Plaintiff,<br><br>     v.<br><br>FEARLESS FUND MANAGEMENT, LLC, et al.,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO. 1:23-CV-3424-TWT |

### ORDER

This is a civil rights action. It is before the Court on the Motion to Intervene [Doc. 148] of a pro se prisoner. The case is closed. The Motion to Intervene [Doc. 148] is DENIED.

SO ORDERED, this <u>15th</u> day of October, 2024.

THOMAS W. THRASH, JR.
United States District Judge