IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>    Plaintiff,<br><br>        v.<br><br>FEARLESS FUND MANAGEMENT, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:23-CV-3424-TWT |

### ORDER

This is a civil rights action. It is before the Court on the pro se prisoner Lawrence L Crawford's Motion to Expand the Scope [Doc. 164], Application to Appeal in Forma Pauperis [Doc. 165 & 166], and Motion to Renew Motion [Doc. 169] which are all DENIED as frivolous. Mr. Crawford is not a party to this closed action His Motion to Intervene was denied. His frivolous filings are a waste of the Court's time. The Clerk is directed to file any papers received from Mr. Crawford. But no paper other than a Notice of Appeal is to be docketed as a motion requiring action by the Court without my express written approval.

SO ORDERED, this  19th  day of February, 2025.

THOMAS W. THRASH, JR.
United States District Judge