# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 28, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
Court Reporter
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 24-13930-J
Case Style: American Alliance for Equal Rights v. Lawrence Crawford
District Court Docket No: 1:23-cv-03424-TWT

The referenced appeal was erroneously dismissed.

This dismissal was issued in error. This appeal has been reinstated by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-13930-J

_____

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

                                                            Plaintiff - Appellee,

versus

LAWRENCE L. CRAWFORD,

                                                            Interested Party - Appellant,

FEARLESS FUND MANAGEMENT, LLC, et al.,

                                                            Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: This appeal is reinstated by the clerk, effective May 28, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                FOR THE COURT - BY DIRECTION